ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022

(212) 603-6300

FAX (212) 956-2164

April 16, 2019

212-603-6395
prg@robinsonbrog.com

**VIA ECF**

Hon. Allison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *BlockChain Technologies Corp. v. RVH Inc. et al.*,
            No. 18-cv-09352 (AJN)

Dear Judge Nathan:

    We represent Plaintiff BlockChain Technologies Corporation and Third-Party Defendants Nikolaos Spanos and The Synapse Foundation d/b/a Zap.org in the above-referenced case. We submit this letter jointly with Alan Avery Heller, counsel for Defendants RVH Inc. and Robert Herskowitz, pursuant to the Case Management Plan in this case to advise the Court that at this time the parties do not seek referral to a Magistrate Judge for a settlement conference or to mediation.

    Should the parties' position change, we will notify the Court.

                                  Respectfully submitted,

                                  Peter R. Ginsberg

cc:    Alan A. Heller

{00999565.DOCX;1 }