

NEW YORK OFFICE
100 wall street
twentieth floor
new york, new york 10005-3708
TEL 212 431 8700 FAX 212 334 1278

OTHER OFFICES
seattle, washington
portland, oregon
washington, d.c.
beijing, china
GSBLAW.COM

GARVEY SCHUBERT BARER

A PROFESSIONAL SERVICE CORPORATION

*Please reply to* ALAN A. HELLER
aheller@gsblaw.com
TEL EXT 4526

June 27, 2019

**VIA ECF**

Hon. Alison J. Nathan, USDJ
United States District Court
Southern District of New York
40 Foley Square,
New York, NY 10007

  Re: Blockchain Technologies Corporation v. RVH Inc. et al.,
    Case 1:18-cv-09352 (AJN) (SDNY)

Dear Judge Nathan:

  This firm represents Defendants in the above-referenced matter.  I write this letter with the consent of Plaintiff's counsel Peter Ginsberg, Esq.

  In light of today's Order extending the discovery schedule in this matter through September 2019 (ECF 36), the parties respectfully request that the Court adjourn the June 28, 2019 post discovery status conference to a date in October, 2019.  Please note that when picking dates, I will not be available on October 1, 9, 15, 21 and 22 (due to the Jewish holiday schedule).

  Thank you.

                Respectfully yours,

                Alan A. Heller

AH/jsl

cc: Peter Ginsberg, Esq.
   *By ECF*

GSB:10372550.1