UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blockchain Technologies Corp.,

    Plaintiff,

—v—

RVH, Inc., *et al.*,

    Defendants.



18-cv-9352 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that the discovery schedule has been extended through September 2019, the Post Discovery Conference scheduled for June 28, 2019 is hereby adjourned *sine die*.

    SO ORDERED.

Dated: June 27, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge