UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Blockchain Technologies Corp.,

        Plaintiff,

–v–

RVH, Inc., *et al.*,

        Defendants.

18-cv-9352 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are hereby ordered to file a proposed amended case management plan that is consistent with this Court's June 27, 2019 order, *see* Dtk. No. 36, on or before July 8, 2019.

SO ORDERED.

Dated: July 2, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge