UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLOCKCHAIN TECHNOLOGIES CORPORATION, <br><br> Plaintiff, <br><br> - against - <br><br> RVH INC. and ROBERT HERSKOWITZ, <br><br> Defendants. | Case No. 18-cv-09352 (AJN) <br><br> Hon. Alison J. Nathan |
| RVH INC. and ROBERT HERSKOWITZ, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> NIKOLAOS SPANOS a/k/a NICK SPANOS and THE SYNAPSE FOUNDATION d/b/a ZAP.ORG, <br><br> Third-Party Defendants. | **NOTICE OF WITHDRAWAL** <br><br> SO ORDERED: 7/10/19 <br><br> _____ <br> HON. ALISON J. NATHAN <br> UNITED STATES DISTRICT JUDGE |



JUL 10 2019

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby withdraws his appearance in the above-captioned matter on behalf of Plaintiff BlockChain Technologies Corp. and third-party defendants Nikolaos Spanos and The Synapse Foundation d/b/a Zap.org (collectively, the "BlockChain Parties"), and requests that no further notices be given to or required of him in this action, and therefore to be removed from the Court's ECF notification system.

Robinson Brog Leinwand Greene Genovese & Gluck P.C. no longer represents the BlockChain Parties. Peter R. Ginsberg, counsel for the BlockChain Parties, is now associated with the law firm of Sullivan & Worcester LLP.

<table>
<tr><td>Dated: July 9, 2019<br>New York, New York</td><td>ROBINSON BROG LEINWAND GREENE<br>GENOVESE & GLUCK P.C.<br><br>By: s/ Nicholas M. Menasché<br>     Nicholas M. Menasché<br><br>875 Third Avenue, 9th Floor<br>New York, NY  10022<br>Tel: (212) 603-6300<br>Fax: (212) 956-2164<br>Email: nmm@robinsonbrog.com</td></tr>
</table>