

**Sullivan & Worcester** LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

September 23, 2019

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

                    Blockchain Technologies Corp. v. RVH, Inc., et al.
                    Civil Action No. 18-cv-9352 (AJN)

Dear Judge Nathan:

        The Parties jointly submit this letter with respect to discovery in the above-captioned matter.  During the discovery period, counsel have communicated both with regard to the complicated nature of discovery and with regard to determining whether resolution were possible at this stage of the proceedings.

        As to discovery, the Parties have exchanged and responded to written discovery.  By virtue of the extensive paperwork involved in the transactions underlying the claims and counterclaims in this matter, and the practicalities of counsel's schedules, deposition discovery is ongoing.  While the Parties are working collaboratively, our forward movement has been delayed by the breadth of discovery.

        Given the above, counsel jointly request that discovery be extended through November 15, 2019.  At that time, we believe it would be constructive for the Parties to appear before the Magistrate Judge for a settlement conference.

        If the Court grants this request to extend the period for discovery, Plaintiff will submit a proposed Order to the Court.  Thank you for your attention to this request.

                    Respectfully submitted,

s/Alan A. Heller                                    /s/Peter R. Ginsberg
Alan A. Heller (AH-7942)                            Peter R. Ginsberg (PG-6712)
Garvey Schubert Barber, P.C.                        Sullivan & Worcester LLP
100 Wall Street                                     1633 Broadway
New York, NY  10005                                 New York, NY  10019
(212) 965-4526                                      (212) 660-3059

Attorneys for Defendant                             Attorneys for Plaintiff