USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blockchain Technologies Corp.,

                Plaintiff,

     –v–

RVH, Inc., *et al.*,

                Defendants.

18-cv-9352 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that the discovery schedule has been extended, the post-discovery conference scheduled for July 24, 2020 is hereby adjourned to October 2, 2020 at 3 p.m.

    SO ORDERED.

Dated: July 21, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge