# EXHIBIT C

NY_DOCS:615453.1 [99998.42025]

300634

2015 MAR -4 PM 3:30

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

INTERSTATE FILINGS LLC
2071 FLATBUSH AVE, SUITE 165
BROOKLYN, NY 11234

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **BLOCKCHAIN TECHNOLOGIES CORPORATION**

1c. MAILING ADDRESS: 55 WALL STREET, SUITE 708
CITY: NEW YORK
STATE: NY
POSTAL CODE: 10005
COUNTRY: USA

1d. SEE INSTRUCTIONS: Not Applicable
1e. TYPE OF ORGANIZATION: CORPORATION
1f. JURISDICTION OF ORGANIZATION: NEW YORK

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME (none)

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **RVH INC.**

3c. MAILING ADDRESS: PO BOX 403303
CITY: MIAMI BEACH
STATE: FL
POSTAL CODE: 33140
COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

**SEE ATTACHED EXHIBIT B**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

BTC010227

**FILING NUMBER: 201503040107522**

300634  2015 MAR -4 PM 3:30

**Exhibit B**

## DEFINITION OF PLEDGED PROPERTY

For the purpose of securing prompt and complete payment and performance by the Company of all of the Obligations, the Company unconditionally and irrevocably hereby grants to the Secured Party a continuing first priority security interest in and to, and lien upon, all the assets of the Company, which is now owned or hereafter acquired, including without limitation, the following:

(a) all cash, negotiable instruments, escrow funds, bank accounts, contract rights, prepaid expenses and claims;

(b) all goods of the Company, including, without limitation, machinery, equipment, computer, furniture, furnishings, fixtures, signs, lights, tools, parts, supplies and motor vehicles of every kind and description, now or hereafter owned by the Company or in which the Company may have or may hereafter acquire any interest, and all replacements, additions, accessions, substitutions and proceeds thereof, arising from the sale or disposition thereof, and where applicable, the proceeds of insurance and of any tort claims involving any of the foregoing;

(c) all inventory of the Company, including, but not limited to, all goods, wares, merchandise, parts, supplies, finished products, other tangible personal property, including such inventory as is temporarily out of Company's custody or possession and including any returns upon any accounts or other proceeds, including insurance proceeds, resulting from the sale or disposition of any of the foregoing;

(d) all contract rights and general intangibles of the Company, goodwill, leasehold interests, partnership or joint venture interests, deposit accounts whether now owned or hereafter created;

(e) all documents, warehouse receipts, instruments and chattel paper of the Company whether now owned or hereafter created, including without limitation all files, records, books of account, business papers and computer programs;

(f) all accounts and other receivables, instruments or other forms of obligations and rights to payment of the Company (herein collectively referred to as "Accounts"), together with the proceeds thereof, all goods represented by such Accounts and all such goods that may be returned by the Company's customers, and all proceeds of any insurance thereon, and all guarantees, securities and liens which the Company may hold for the payment of any such Accounts including, without limitation, all rights of stoppage in transit, replevin and reclamation and as an unpaid vendor and/or lienor, all of which the Company represents and warrants will be bona fide and existing obligations of its respective customers, arising out of the sale of goods by the Company in the ordinary course of business;

(g) to the extent assignable, all of the Company's rights under all present and future authorizations, permits, licenses and franchises issued or granted in connection with the operations of any of its facilities;

(h) (i) invention registrations, (ii) patents (including but not limited to design patents), patent registrations and patent applications (including all reissues, divisions, continuations, continuations-in-part, extensions and reexaminations) and all improvements to the

16

BTC010228

inventions disclosed in each such registration, patent or application, (iii) trademarks, trademark rights, business identifiers, service marks, trade dress, logos, trade names, brand names and corporate names (and any deviations thereof), whether or not registered, including but not limited to all common law rights, and registrations and applications for registration thereof, including, but not limited to, all marks registered in any trademark offices throughout the world, (iv) registered and unregistered copyrights in both published works and unpublished works (including but not limited to copyrights on designs) and registrations and applications for registration thereof, (v) computer software, including, without limitation, source code, operating systems and specifications, data, data bases, files, documentation and other materials related thereto, data and documentation, (vi) all know-how, trade secrets and confidential or proprietary, technical and business information (including but not limited to ideas, pricing information, client lists and other data, formulas, compositions, inventions, and conceptions of inventions whether patentable or unpatentable and whether or not reduced to practice), (vii) whether or not confidential, technology (including know-how and show-how), production processes and techniques, research and development information, drawings, specifications, designs, plans, proposals, technical data, copyrightable works, financial, marketing and business data, pricing and cost information, business and marketing plans and customer and supplier lists and information, (viii) all goodwill associated therewith accruing from the dates of first use thereof, and all rights associated with the foregoing, and (ix) all contracts or agreements granting any right, title, license or privilege under the intellectual property rights of any third party; and

(i) all products and proceeds (including, without limitation, insurance proceeds) from the above-described Pledged Property.

300634

2015 MAR -4 PM 3:30

17

BTC010229