# EXHIBIT E

NY_DOCS:615453.1 [99998.42025]

From: **Eric Dixon** eric@blocktech.com
Subject: Wednesday Crypto Christmas Party NYC: Group interested
Date: December 14, 2018 at 9:01 PM America/Los_Angeles
To: jason@blockworksgroup.io



I represent a blockchain technology group in New York and several of its members -- developers, owners -- would like to attend Wednesday. Many of us are "old guard" who have been involved in the space since 2013. I wanted to confirm there will be space for perhaps five to eight people.

I will personally commit to attending.

* I've been subscribing to the Off the Chain newsletter. It is a compelling read. *

Sincerely

Eric Dixon
Part owner and legal advisor
Blocktech LLC
Blockchain Technologies Corporation
Zap.org
Phone 917-696-2442
Twitter: @OGblockchain