# EXHIBIT F

NY_DOCS:615453.1 [99998.42025]

From: **Eric Dixon** eric@blocktech.com
Subject: Re: Invitation: Zap General Meeting @ Tue Feb 5, 2019 1:15pm - 1:45pm (EST) (mufti@blocktech.com)
Date: February 04, 2019 at 8:46 PM America/Los_Angeles
To: Mufti Ahmed mufti@blocktech.com



Why wasn't I on the original distribution list?

On Feb 4, 2019, at 11:23 PM, Mufti Ahmed <mufti@blocktech.com> wrote:

exchange listing will come up during the discussion tmrw.

if you have time you are free to join.

---------- Forwarded message ---------
From: **Kelvyn Hernandez** <kelvyn@blocktech.com>
Date: Mon, Feb 4, 2019 at 10:06 AM
Subject: Invitation: Zap General Meeting @ Tue Feb 5, 2019 1:15pm - 1:45pm (EST)
(mufti@blocktech.com)
To: <mufti@blocktech.com>, <stefan@blocktech.com>, <tom@blocktech.com>,
Kumail Akbari <kumail@blocktech.com>, <propulsor.ichimoku@gmail.com>,
<dimitri@blocktech.com>, <peter@blocktech.com>, <max@blocktech.com>,
<harry@blocktech.com>, <hamdan@blocktech.com>, Nick Spanos
<nick@blocktech.com>

---

**Zap General Meeting**                                    more details »

Kelvyn Hernandez is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/627152002

One tap mobile
+16468769923,,627152002# US (New York)
+14086380968,,627152002# US (San Jose)

Dial by your location
    +1 646 876 9923 US (New York)
    +1 408 638 0968 US (San Jose)
    +1 669 900 6833 US (San Jose)
Meeting ID: 627 152 002
Find your local number: https://zoom.us/u/afYz9zq9d

| | |
|---|---|
| When | Tue Feb 5, 2019 1:15pm – 1:45pm Eastern Time - New York |
| Where | https://zoom.us/j/627152002 (map) |
| Joining info | meet.google.com/tqr-izjr-ihx |
| | Or dial: +1 314-384-5738 PIN: 145808936# |
| Calendar | mufti@blocktech.com |
| Who | • kelvyn@blocktech.com - organizer |
| | • stefan@blocktech.com |
| | • tom@blocktech.com |

BTC003523

- Kumail Akbari
- propulsor.ichimoku@gmail.com
- dimitri@blocktech.com
- peter@blocktech.com
- max@blocktech.com
- harry@blocktech.com
- mufti@blocktech.com
- hamdan@blocktech.com
- Nick Spanos

Going (mufti@blocktech.com)?   **Yes**  -  **Maybe**  -  **No**    more options »

Invitation from **Google Calendar**

You are receiving this email at the account **mufti@blocktech.com** because you are
subscribed for invitations on calendar **mufti@blocktech.com**.

To stop receiving these emails, please log in to
**https://www.google.com/calendar/** and change your notification settings for this
calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response.
**Learn More**.

<invite.ics>

BTC003524