# EXHIBIT G

NY_DOCS:615453.1 [99998.42025]

From: **Hamdan Azhar** hamdan@blocktech.com
Subject: Re: expertise
Date: December 12, 2018 at 9:55 PM America/Los_Angeles
To: eric@blocktech.com
Cc: Nick Spanos nick@blocktech.com, Mufti Ahmed mufti@blocktech.com, steve.g@blocktech.com

Yes we need this right away. Mufti, how does this fit into our roadmaps and who can drive this tactically???

HAMDAN AZHAR
Director of Growth & Partnerships, Blocktech
Lead Data Scientist, Zap.org | Founding Member, Bitcoin Center NYC
Founder, PRISMOJI | Former Data Scientist, Facebook
hamdan@blocktech.com | hamdanazhar.com
Signal (US): +1 814 880 3988

BTC003060