# EXHIBIT I

NY_DOCS:615453.1 [99998.42025]

From: **Kelvyn Hernandez** kelvyn@blocktech.com
Subject: Invitation: ZAP | Real Estate | Legal Structure @ Tue Dec 18, 2018 7pm - 7:30pm (EST) (eric@blocktech.com)
Date: December 17, 2018 at 3:57 PM America/Los_Angeles
To: eric@blocktech.com, mufti@blocktech.com, kevin@blocktech.com, Nick Spanos nick@blocktech.com



### ZAP | Real Estate | Legal Structure    more details »

Kelvyn Hernandez is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/456282334

One tap mobile
+16468769923,,456282334# US (New York)
+14086380968,,456282334# US (San Jose)

Dial by your location
    +1 646 876 9923 US (New York)
    +1 408 638 0968 US (San Jose)
    +1 669 900 6833 US (San Jose)
Meeting ID: 456 282 334
Find your local number: https://zoom.us/u/advWisOHsu

| | |
|---|---|
| When | Tue Dec 18, 2018 7pm – 7:30pm Eastern Time - New York |
| Where | https://zoom.us/j/456282334 (map) |
| Joining info | meet.google.com/dtf-pezp-yjs |
| | Or dial: +1 413-591-2777  PIN: 399571174# |
| Calendar | eric@blocktech.com |
| Who | • kelvyn@blocktech.com - organizer<br>• mufti@blocktech.com<br>• eric@blocktech.com<br>• kevin@blocktech.com<br>• Nick Spanos |

Going (eric@blocktech.com)?  **Yes**  -  **Maybe**  -  **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account eric@blocktech.com because you are subscribed for invitations on calendar eric@blocktech.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

**Attachments:**
invite.ics (2.3 kB)
invite.ics (2.3 kB)