# EXHIBIT K

NY_DOCS:615453.1 [99998.42025]

From: **Mufti Ahmed** mufti@blocktech.com
Subject: 4pm Call | NDA for Blocktech & Synapse
Date: December 10, 2018 at 10:18 PM America/Los_Angeles
To: phillip@fatfishgroup.com
Cc: Nick Spanos nick@blocktech.com, Eric Dixon eric@blocktech.com, Hamdan Azar hamdan@blocktech.com

Hi Phillip,

(cc'd on this message are Nick, Eric Dixon, and Hamdan Azhar)

**Deal Structure**
Thank you for coming by the office today and last week Thursday. We greatly appreciate the viewpoints you bring to the table, the innovative approach of bringing the entities together, and identifying the Nasdaq shell.

**NDA**
As we move forward, please sign the NDA as Eric keeps track of our arrangements, partnerships and relationships.

Also, can you request for the parties we engage with during the 4pm call to sign and copy and ensure Eric receives.

**4pm call with Nasdaq Shell**
Will you be forwarding the call details or owners of the shell firm?
Invites will consist of the 4 of us plus Kevin, (we'll forward)


Thanks in Advance,
Mufti N Ahmed
1-862-262-2002



**Attachments:**
NDA_Blocktech.Technologies.Corporation_Synapse.Foundation.PDF (1.29 MB)