# EXHIBIT L

NY_DOCS:615453.1 [99998.42025]



From: **Nick Spanos** nick@blocktech.com
Subject: mou atkin spence.pdf
Date: February 01, 2019 at 12:54 AM America/Los_Angeles
To: eric@blocktech.com

Can we publicize this? Sent from my iPad
**Attachments:**
mou atkin spence.pdf (673.04 kB)

BTC003278



Aitken Spence PLC
Reg. No. PQ 120

Synapse Foundation Zap.org
Metalli
Baarerstrasse 14-16, 2nd Floor
6300 Zug
Switzerland

Dear Nick & Anselm,

LETTER OF INTENT

It was a pleasure meeting you together with your team; Zach Huff, Hamdan Azhar. The ensuing discussions were interesting and informative. We identified some areas where we will be interested in using blockchain technologies such as Zap-enbled oraclized smart contracts, to streamline the processes, rationalize cost and maintain confidentiality. As discussed, we are keen to commence the preliminary project, "the initial project pioneering blockchain-based systems" for Aitken Spence Resorts and Hotel properties in Maldives, Sri Lanka, India and Oman.

We look forward to jointly exploring blockchain's potential in supply chain management at Aitken Spence-managed ports – and the possibilities for launching Sri Lanka's first – ever commodities futures, using Zap's oraclized smart contracts and bonding curves.

This is to confirm that our intention is to engage Synapse Foundation Zap.org and Business Process Outsourcing Services (Pvt Ltd) Sri Lanka, 315 Vauxhall Street Colombo 2 (consortium) for the Blockchain Technology Implementations subject to agreeing on the deliverables and signing of ensuing technical and commercial agreements.

Yours sincerely,
Aitken Spence PLC