# EXHIBIT N

NY_DOCS:615453.1 [99998.42025]

From: **Mufti Ahmed** mufti@blocktech.com
Subject: **Re: expertise: Breadth & Depth of BlockTech/Zap and the Team**
Date: December 13, 2018 at 5:39 AM America/Los_Angeles
To: Eric Dixon eric@blocktech.com, Hamdan Azar hamdan@blocktech.com
Cc: Nick Spanos nick@blocktech.com, Steve G steve.g@blocktech.com



Hmm,

Macro-level conferences
this article is very interesting. in the first para it mentions WEF and SXSW, 2 weeks ago i was thinking how do we position ourselves for them.

BlockTech/Zap
Let's start with listing the following 4 as comprehensively and exhaustively as possible. I prioritized them in what is potentially most potent and visible.

First 3 are very public, 4rth may include products that have been in the market or internally on the chopping block.

(1) Every patent - (gov't granted, legally non-deniable)
(2) Every testimony before any government, domestic or foreign
(3) Every presentation (TV, convention)
(4) Every product developed

Hamdan
A. Please can you dig up everything as much as possible
B. Define what firm or person was represented


Then we'll move towards the following 3.
-- Every tangible accomplishment
-- Every major client test use case
-- Every article written