# EXHIBIT O




From: **Mufti Ahmed** mufti@blocktech.com
Subject: Zap's Private Key & Legal Terms of Service {in prep for MainNet}
Date: December 20, 2018 at 6:38 PM America/Los_Angeles
To: "Tom St. Laurent" tom@blocktech.com, Eric Dixon eric@blocktech.com, Nick Spanos nick@blocktech.com
Cc: Hamdan Azar hamdan@blocktech.com

---

Hi Tom,

Have you had a chance to follow up with Nick & Eric on the following 2 items?

- A. Legal Terms of Service - with respect to launch of Zap to MainNet
  - general indemnification of Synapse
  - Eric may need to draft a 1 to 2 pager
  - Tom may have samples from other projects.

- B. Zap's Private Key
  - Nick, Who holds the private key?
  - Tom, can go into governance of contracts
    - with admin
    - with/out admins

Cheers,
Muft