# EXHIBIT P

NY_DOCS:615453.1 [99998.42025]



From: **Nick Spanos** nick@blocktech.com
Subject: Re: Legal Memo stating Zap is a Utiliy Token
Date: January 28, 2019 at 5:58 AM America/Los_Angeles
To: Eric Dixon eric@blocktech.com

Do you have a copy? Maybe tony or Rani has it?

On Mon, Jan 28, 2019 at 7:01 AM Eric Dixon <eric@blocktech.com> wrote:
> Nick: Is this the Mayne Miller letter? Can you forward that?
>
> On Jan 27, 2019, at 10:49 PM, Mufti Ahmed <mufti@blocktech.com> wrote:
>
>> Hi Eric,
>>
>> We are in starting the process of listing Zap on BitTrex.
>>
>> The initial steps requires a memo from Zap's legal representative stating that Zap is a utility token and not a security token.
>>
>> Nick mentioned you have this already, when you find it or if yo need to redevelop it, please pass it on. Kumail and I will be driving this conversation with BitTrex's client engagement team.
>>
>> Tnx,
>> Mufti