# EXHIBIT Q

NY_DOCS:615453.1 [99998.42025]

From: **Nick Spanos** nick@blocktech.com
Subject: Re: nick spanos
Date: November 28, 2018 at 8:56 PM America/Los_Angeles
To: m.marchuk@icoholder.com
Cc: Hamdan Azar hamdan@blocktech.com, Eric Dixon eric@blocktech.com



https://icoholder.com/en/fonder-25642

please remove my name from this page

On Tue, Nov 27, 2018 at 4:09 AM M Marchuk <m.marchuk@icoholder.com> wrote:
> provide a link to the project where you were placed without your permission
>
> Maks. M. | Head of Content, icoholder.com
> m.marchuk@icoholder.com - Email
> https://t.me/m_holder - Telegram
> https://t.me/setair08 - Reserve telegram
>
> ---- On Вт, 27 ноя 2018 00:49:33 -0800 **Nick Spanos <nick@blocktech.com>** wrote ----
>
>> fonder put me up without my consent. I never advised fonder.
>> I have a project called zap.com and I was also an advisor to dragon yes.
>>
>> On Tue, Nov 27, 2018 at 3:36 AM M Marchuk <m.marchuk@icoholder.com> wrote:
>>> Hello, please send link to your project
>>>
>>> Maks. M. | Head of Content, icoholder.com
>>> m.marchuk@icoholder.com - Email
>>> https://t.me/m_holder - Telegram
>>> https://t.me/setair08 - Reserve telegram
>>>
>>>
>>> ============ Forwarded message ============
>>> From : Mari Hang <info@icoholder.com>
>>> To : "M Marchuk"<m.marchuk@icoholder.com>
>>> Date : Вс, 25 ноя 2018 21:45:08 -0800
>>> Subject : Fwd: nick spanos
>>> ============ Forwarded message ============
>>>
>>>
>>>
>>> ============ Forwarded message ============
>>> From : Nick Spanos <nick@blocktech.com>
>>> To : <info@icoholder.com>
>>> Date : Sun, 25 Nov 2018 21:16:29 -0800
>>> Subject : nick spanos
>>> ============ Forwarded message ============
>>>
>>>> I am nick spanos
>>>> I am not an advisor to fonder
>>>> please remove fonder for me
>>>>
>>>> thank you very much

BTC003210

> nick
> +1646 879 5357
>
> Regards, Mari Hang
> icoholder.com
> How to add/edit/promote your ICO
> telegram @marihang

BTC003211