# EXHIBIT S

NY_DOCS:615453.1 [99998.42025]

**From:** Mufti Ahmed mufti@blocktech.com
**Subject:** Zap Real Estate - Eric Dixon's drafting of the Business Model
**Date:** December 12, 2018 at 8:21 PM America/Los_Angeles
**To:** Eric Dixon eric@blocktech.com
**Cc:** Hamdan Azar hamdan@blocktech.com, Nick Spanos nick@blocktech.com

Hi Eric,

the business model you drafted yesterday.

i included snapshots of today's technical discussion/whiteboard of UI discovery phase.

**Attachments:**
Eric.Dixon_Zap.Real.Estate_Business.Model_page.1_Dec.11.2018.jpg (964.81 kB)
Eric.Dixon_Zap.Real.Estate_Business.Model_page.2_Dec.11.2018.jpg (888.73 kB)
Zap.Real.Estate_UX-UI_Project.Phases_Dec.12.2018.jpg (984.12 kB)
Zap.Real.Estate_UI-Discovery.Phase_Dec.12.2018.jpg (1.1 MB)







