# EXHIBIT V

NY_DOCS:615453.1 [99998.42025]

**Metropolitan Commercial Bank**
The Entrepreneurial Bank

Statement Ending **01/31/2019**
**BLOCKCHAIN TECHNOLOGIES**
Page 3 of 8
Statement Number: XXXXXXXX8094

## Digital Business Ckg-XXXXXXXX8094 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/07/2019 | CHECK NUMBER 584 REF #991008483 | $381.00 | | $4,002.11 |
| 01/07/2019 | CHECK NUMBER 585 REF #991008482 | $550.00 | | $3,452.11 |
| 01/08/2019 | ACCOUNT ANALYSIS SERVICE CHARGE | $1,004.80 | | $2,447.31 |
| 01/09/2019 | CHECK NUMBER 575 REF #991013338 | $750.00 | | $1,697.31 |
| 01/09/2019 | CHECK NUMBER 587 REF #991014709 | $1,055.00 | | $642.31 |
| 01/14/2019 | CHECK NUMBER 583 REF #700007599 | $250.00 | | $392.31 |
| 01/16/2019 | CHECK NUMBER 588 REF #991011358 | $250.00 | | $142.31 |
| 01/22/2019 | WIRE FROM DIGITAL CURRENCY ACTION | | $30,000.00 | $30,142.31 |
| 01/22/2019 | WIRE TRANSFER FEE | $50.00 | | $30,092.31 |
| 01/23/2019 | WIRE TO NIKOLAOS SPANOS | $15,000.00 | | $15,092.31 |
| 01/23/2019 | WIRE TRANSFER FEE | $50.00 | | $15,042.31 |
| 01/23/2019 | CHECK NUMBER 589 REF #991007436 | $550.00 | | $14,492.31 |
| 01/23/2019 | CHECK NUMBER 592 REF #991007439 | $381.00 | | $14,111.31 |
| 01/23/2019 | CHECK NUMBER 597 REF #991007437 | $550.00 | | $13,561.31 |
| 01/23/2019 | CHECK NUMBER 599 REF #991007438 | $381.00 | | $13,180.31 |
| 01/25/2019 | WIRE TO NIKOLAOS SPANOS | $6,900.00 | | $6,280.31 |
| 01/25/2019 | WIRE TRANSFER FEE | $50.00 | | $6,230.31 |
| 01/25/2019 | CHECK NUMBER 591 REF #991001155 | $3,000.00 | | $3,230.31 |
| 01/28/2019 | CHECK NUMBER 603 REF #991003342 | $1,800.00 | | $1,430.31 |
| 01/29/2019 | CHECK NUMBER 596 REF #991005637 | $250.00 | | $1,180.31 |
| 01/29/2019 | CHECK NUMBER 600 REF #991007912 | $381.00 | | $799.31 |
| 01/29/2019 | CHECK NUMBER 601 REF #991005638 | $250.00 | | $549.31 |
| 01/29/2019 | CHECK NUMBER 602 REF #991007911 | $550.00 | | -$0.69 |
| 01/30/2019 | WIRE FROM DIGITAL CURRENCY ACTION | | $10,000.00 | $9,999.31 |
| 01/30/2019 | WIRE TRANSFER FEE | $50.00 | | $9,949.31 |
| 01/31/2019 | WIRE TO MANNBENHAM FIDUCIA | $1,000.00 | | $8,949.31 |
| 01/31/2019 | WIRE TRANSFER FEE | $50.00 | | $8,899.31 |
| 01/31/2019 | WIRE TO NIKOLAOS SPANOS | $3,300.00 | | $5,599.31 |
| 01/31/2019 | WIRE TRANSFER FEE | $50.00 | | $5,549.31 |
| 01/31/2019 | WIRE TO BLOCKCHAIN TECHNOL | $2,500.00 | | $3,049.31 |
| 01/31/2019 | WIRE TRANSFER FEE | $50.00 | | $2,999.31 |
| 01/31/2019 | **Ending Balance** | | | **$2,999.31** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 575 | 01/09/2019 | $750.00 | 591* | 01/25/2019 | $3,000.00 |
| 577* | 01/04/2019 | $250.00 | 592 | 01/23/2019 | $381.00 |
| 578 | 01/02/2019 | $2,500.00 | 596* | 01/29/2019 | $250.00 |
| 583* | 01/14/2019 | $250.00 | 597 | 01/23/2019 | $550.00 |
| 584 | 01/07/2019 | $381.00 | 599* | 01/23/2019 | $381.00 |
| 585 | 01/07/2019 | $550.00 | 600 | 01/29/2019 | $381.00 |
| 587* | 01/09/2019 | $1,055.00 | 601 | 01/29/2019 | $250.00 |
| 588 | 01/16/2019 | $250.00 | 602 | 01/29/2019 | $550.00 |
| 589 | 01/23/2019 | $550.00 | 603 | 01/28/2019 | $1,800.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/02/2019 | $4,633.11 | 01/04/2019 | $4,383.11 | 01/07/2019 | $3,452.11 |