# EXHIBIT W





