# EXHIBIT B

## Depositions

Jacques Catafago <jcatafago@icloud.com>
Tue 10/13/2020 1:23 PM

**To:** alan.heller@foster.com <alan.heller@foster.com>
**Cc:** Adam Sherman <adam@catafagofini.com>

Hi Alan:

If we are not settling we need to get moving in short order with depositions.

Please let me know what dates work for you, whose testimony you need, when you can produce your client and whether we are looking at remote depositions.

Thx,

**Jacques Catafago, Esq.
CATAFAGO FINI LLP**
The Empire State Building
350 Fifth Avenue, suite 7710
New York, New York 10118
212.239-9669 tel
212.239-9688 fax
*www.CatafagoFini.com*
**Admitted in NY, NJ, FL & DC**

**Rated by:
SUPER LAWYERS
MARTINDALE HUBBELL
          AV - 5.0 of 5.0**
          _____

*Proudly serving the public for over a quarter of a century from America's landmark in the sky*

## Notice of Abandonment - 13379-14.pdf

**Jacques Catafago** <jacques@catafagofini.com>
Sat 10/17/2020 10:01 AM
**To:** Alan Heller <alan.heller@foster.com>

▌ 2 attachments (89 KB)
Notice of Abandonment - 13379-14.pdf; ATT00001.htm;

Alan:

Please let me know about settlement or deposition dates ASAP.

Additional patent info attached: