# EXHIBIT D



**Nick Spanos <nick@bapple.com>**

# GAHI - Blackchain - Term Sheet - Signed by John Matthews

6 messages

---

**Kathryn Weisbeck**           Thu, Jan 15, 2015 at
<kathrynweisbeck@yahoo.com>           3:12 PM
To: John Matthews <jmatthews@globalarenaholding.com>,
"L. Kent Pfeffer" <lkpfeffer@apollocapitalcorp.com>
Cc: kathryn@globalarenaholding.com, robbie490@aol.com,
Nick Spanos <nick@bapple.com>, Irv
<minnaker@yahoo.com>, Anthony
<anthony@globalarenaholding.com>, Tony Crisci
<cbaconsultants@yahoo.com>, William Witenberg
<Williamwitenberg@gmail.com>

Gentlemen,

Please find the attached term sheet signed by Mr Matthews. If you have any questions, contact John.

Thank you,
Kathryn


Kathryn Weisbeck
Director of Investor Relations
Global Arena Holding Inc.

1500 Broadway

5th Floor
New York, NY 10036
Tel. 212-508-4704

---------------------------------------------

On Mon, 1/12/15, L. Kent Pfeffer
<lkpfeffer@apollocapitalcorp.com> wrote:

 Subject: Re: Bitcoin
 To: "John Matthews" <jmatthews@globalarenaholding.com>
 Cc: kathryn@globalarenaholding.com, robbie490@aol.com, "Nick Spanos" <nick@bapple.com>, "Irv" <minnaker@yahoo.com>
 Date: Monday, January 12, 2015, 4:41 PM

 Welcome back John,
 You need a use of proceeds for which
 amount the placement amount, or just the $250,000 bridge
 loan? Additionally you need a 90 day forward looking income
 statement\projection?
 On Jan 12,
 2015, at 4:30 PM, John Matthews
<jmatthews@globalarenaholding.com>
 wrote:

 Re: Bitcoin

Hi All

Just back from Asia, we are on track with Term Sheet for Wednesday, we need asap use of funds, and 90 day income
statement, back on cell 917 620 87345

John

On 1/12/15 12:06 PM, "L. Kent Pfeffer" <lkpfeffer@apollocapitalcorp.com> wrote:

Hi everybody,

I hope everybody's travels went well. I was wondering exactly how we are proceeding now that everybody has returned.  It's my understanding that the attorneys

BTC000061

will be drawing up a term sheet for Nick. Robbie said he would get us the paperwork for the proposed bridge. Additionally Robbie had requested a ongoing budget passed the first 90 days. Will get that to you this week. Please forward email to Tony for some reason it's not coming up in my system.

Best,

<image.png>

L. Kent Pfeffer

Office: 212-843-6440 x 222

Fax:646.650.2071

Apollo Capital Corp

40 Broad Street Ground Floor

New York, NY 10005

BTC000062

www.apollocapitalcorp.com <http://www.apollocapitalcorp.com>

John S. Matthews

Chief Executive Officer

555 Madison Avenue, 12th floor

New York, New York 10022

jmatthews@globalarenaholding.com

212 508 4778 Office Direct

917 620 8735 Cell

212 421 1936 fax

BTC000063

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you

L. Kent Pfeffer

Office: 212-843-6440 x 222Fax:646.650.2071Apollo Capital Corp40 Broad Street Ground FloorNew York, NY 10005www.apollocapitalcorp.com

📎 BC Term Sheet.pdf
135K

**Nick Spanos**      Thu, Jan 15, 2015 at 3:18 PM
<nick@bapple.com>
To: Irv Minnaker <minnaker@yahoo.com>

[Quoted text hidden]

--
Nick Spanos
CEO
Bapple I LLC
157 Prince street
NY, NY 10012
917 515 5355 cell
212 777 3322 office
212 475 9132 fax
spanosnick skype

NOTICE

This e-mail message and the documents accompanying this e-mail is information that is the property of the sender and is intended only for the named recipient(s) above and contains confidential information that is privileged. If you are not the intended recipient, you are hereby notified that any dissemination, disclosing, distribution or copying of this e-mail and any attachment(s)or any information whole or in part is

strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

📎 **BC Term Sheet.pdf**
135K

---

**Nick Spanos**     Fri, Jan 16, 2015 at 1:23 PM
<nick@bapple.com>
To: Ahmed Hassan <ahmedhassan0328@gmail.com>

Thank you.

📎 **BC Term Sheet.pdf**
135K

---

**Ahmed Hassan**     Fri, Jan 16, 2015 at 1:32 PM
<ahmedhassan0328@gmail.com>
To: Nick Spanos <nick@bapple.com>

Signed and scanned.

On Fri, Jan 16, 2015 at 1:23 PM, Nick Spanos <nick@bapple.com> wrote:

> Thank you.

📎 **BC Term Sheet.pdf**
5898K

---

**Nick Spanos**     Fri, Jan 16, 2015 at 1:57 PM
<nick@bapple.com>
To: "L. Kent Pfeffer" <lkp1216@gmail.com>

BTC000066

# I signed this. Read it first then forward it to them.

# Nick

[Quoted text hidden]

[Quoted text hidden]

📎 **BC Term Sheet.pdf**
5898K

**L. Kent Pfeffer** <lkpfeffer@apollocapitalcorp.com>   Sat, Mar 14, 2015 at 5:36 PM
To: Eric Dixon <ericdixonlaw@gmail.com>
Cc: Irv <minnaker@yahoo.com>, Nick Spanos <nick@bapple.com>

As per your request I am forwarding you the term sheet. This one was signed by John.

> Begin forwarded message:

L. Kent Pfeffer

Office: 212-843-6440 x 222
Fax: 646.650.2071

**Apollo Capital Corp**
40 Broad Street Ground Floor
New York, NY 10005

www.apollocapitalcorp.com

📄 **BC Term Sheet.pdf**
135K

BTC000068

## SUMMARY OF TERMS

## Purchase of One Hundred Percent (100%) of Blockchain Technologies Corporation

## by Global Arena Holding, Inc.

This term sheet ("Term Sheet") summarizes the principal terms with respect to the purchase of One Hundred Percent (100%) of Blockchain Technologies Corporation and all its holdings, along with its ownership in IP and incubator projects ("Blockchain") by Global Arena Holding, Inc. This Term Sheet is intended solely as a basis for further discussion and does not constitute a legally binding obligation. No legally binding obligations for the purchase and other terms outlined below will be created, implied or inferred until definitive documents are executed by and delivered among the parties to be bound.

| Seller: | Blockchain |
|---|---|
| Purchaser: | Global Arena Holding, Inc. ("GAHI") |
| Cash / Equity: | GAHI will provide One Million Two Hundred Fifty Thousand Dollars ($1,250,000) for working capital (within six (6) months from the date of the final / definitive executed documents) and One Third (1/3rd) of GAHI common stock and warrants on a fully diluted basis to purchase 100% of Blockchain. An additional One Million Warrants will be issued, as needed, for retention and acquisition of employees @ .25 cents 5 year term. Moreover, GAHI shall arrange for a bridge loan in the amount of Two Hundred Fifty Thousand Dollars ($250,000) by a third party ("Bridge Loan"); the terms and conditions of the Bridge Loan shall be determined by the third party Bridge Loan lender. Blockchain shall pay off the Bridge Loan from the first Two Hundred Fifty Thousand Dollars ($250,000) of the One Million Two Hundred Fifty Thousand Dollars ($1,250,000) working capital provided by GAHI to Blockchain. |
| Purchase Price: | One Million Two Hundred Fifty Thousand Dollars ($1,250,000) for working capital (as set forth above) and One Third (1/3rd) of GAHI common stock and warrants on a fully diluted basis to purchase 100% of Blockchain. The One Million Dollars ($1,000,000) will be used to operate and expand Blockchain. Two Hundred Fifty Thousand Dollars ($250,000) will be used to pay off the Bridge Loan (as set forth above). |
| Other Terms | With the exception of Election Services Solutions LLC ("Elections"), if GAHI decides to spin off any of its holdings, the only companies that must remain in the public company of GAHI shall be Blockchain (and Elections), unless otherwise agreed to by the parties. Which means, GAHI at its sole discretion (and for $1 consideration, if any is required by law), may at any time spin off 100% of the RIA / Hedge Fund and any other assets, other than Blockchain and Elections. Also, both entities (i.e., GAHI and Blockchain) shall be debt free at closing. |
| Definitive Documentation and Disclosure: | GAHI and Blockchain shall enter into an agreement to purchase Blockchain and perform the other terms outlined herein. The agreements shall contain the usual representations and warranties typically contained in such agreements. |

It is expressly understood that no liability or obligation of any nature whatsoever is intended to be created by this Term Sheet between the parties signing below. However, this Term Sheet does evidence the good faith intention of the parties signing below to proceed with the proposed transaction on the conditions and terms described above. The parties signing below represent and warrant that each has the capacity and right to enter into, execute and deliver this Term Sheet and to perform fully their obligations hereunder. This Term Sheet has been duly authorized, executed and delivered by GAHI and Blockchain.

The foregoing terms and conditions are acceptable to the parties signing below as a basis for proceeding with the work that must be completed before the transaction described in this Term Sheet can be consummated.

| Global Arena Holding, Inc. | Blockchain Technologies Corporation |
|---|---|
| By: [signature] | By: |
| Name: John S. Matthews | Name: |
| Title: Chairman | Title: |
| Date: 1/15/15 | Date: |

2