# EXHIBIT E

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3    _____

4    BLOCKCHAIN TECHNOLOGIES

5    CORPORATION,

6              Plaintiff /

7              Counterclaim Defendant,          Case No.

8          against                              1:18-cv-

9    RVH INC. and ROBERT HERSKOWITZ,            09352-AJN

10              Defendants /

11              Counterclaim Plaintiffs.

12    _____

13    RVH INC. and ROBERT HERSKOWITZ,

14              Third-Party Plaintiffs,

15          against

16    NIKOLAOS SPANOS a/k/a NICK SPANOS

17    and THE SYNAPSE FOUNDATION d/b/a

18    ZAP.ORG,

19              Third-Party Defendants.

20    _____

21              DEPOSITION OF NIKOLAOS SPANOS

22    DATE:          Monday, March 9, 2020

23    TIME:          10:28 a.m.

24

25

Page 2

1  DATE:      Monday, March 9, 2020
2  TIME:      10:28 a.m.
3  LOCATION:   Foster Garvey PC
4           100 Wall Street, 20th Floor
5           New York, NY 10005-3708
6  REPORTED BY: Kenneth Katz, Notary Public
7  JOB No.:    4019160
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              I N D E X
2  EXAMINATION:                    PAGE
3    By Mr. Heller                  7
4
5              E X H I B I T S
6  NO.       DESCRIPTION           PAGE
7  Exhibit A   Zap.org Website Printout   21
8  Exhibit B   Blockchain Bill        81
9  Exhibit C   Photograph           101
10
11          (Exhibits retained by counsel.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1          A P P E A R A N C E S
2  ON BEHALF OF DEFENDANTS:
3    ALAN HELLER, ESQUIRE
4    Foster Garvey PC
5    100 Wall Street, 20th Floor
6    New York, NY 10005-3708
7    alan.heller@foster.com
8    (212) 965-4526
9
10  ON BEHALF OF NIKOLAOS SPANOS:
11    PETER GINSBURG, ESQUIRE
12    Sullivan & Worcester LLP
13    1633 Broadway, 32nd Floor
14    New York, NY 10019
15    pginsberg@sullivanlaw.com
16    (212) 660-3059
17
18
19  ALSO PRESENT:
20    Robert Herskowitz
21
22
23
24
25

Page 5

1                N. SPANOS
2          COURT REPORTER:  Good morning.  My name
3  is Kenneth Katz; I am the reporter assigned by
4  Veritext to take the record of this proceeding.  I am
5  a notary authorized to take acknowledgements and
6  administer oaths in New York.  We are now on the
7  record.
8          This is the deposition of Nikolaos
9  Spanos taken in the matter of Blockchain Technologies
10  Corporation, Plaintiff/Counterclaim Defendant against
11  RVH Inc. and Robert Herskowitz,
12  Defendants/Counterclaim Plaintiffs; RVH Inc. and
13  Robert Herskowitz, Third-Party Plaintiffs against
14  Nikolaos Spanos a/k/a Nick Spanos and The Synapse
15  Foundation d/b/a ZAP.org, Third-Party Defendants at
16  10:28 a.m. on Monday, March 9, 2020 at Foster Garvey
17  PC, 100 Wall Street, 20th Floor, New York, New York
18  10005.
19          Absent an objection on the record
20  before the witness is sworn, all parties and the
21  witness understand and agree that any certified
22  transcript produced from this recording of this
23  proceeding:
24          - is intended for all uses permitted
25          under applicable procedural and

2 (Pages 2 - 5)

Page 6

N. SPANOS

1
2 evidentiary rules and laws in the same
3 manner as a deposition recorded by
4 stenographic means; and
5 - shall constitute written stipulation
6 of such.
7 At this time will everyone in
8 attendance or appearing remotely please identify
9 yourself for the record, beginning from my right.
10 THE WITNESS: Nikolaos Spanos.
11 MR. GINSBERG: Peter R. Ginsberg.
12 MR. HELLER: Alan Heller.
13 COURT REPORTER: Thank you. Hearing no
14 objection, I will now swear in the witness.
15 WHEREUPON,
16 NIKOLAOS SPANOS,
17 called as a witness, and having been first duly sworn
18 to tell the truth, the whole truth and nothing but the
19 truth, was examined and testified as follows:
20 COURT REPORTER: Please begin.
21 MR. HELLER: Okay. Let's go off the
22 record. Do you want Mr. Spanos --
23 COURT REPORTER: Just one -- well, we
24 have --
25 MR. HELLER: Off the record.

Page 7

N. SPANOS

1
2 COURT REPORTER: Okay. We're going off
3 the record. The time now is 10:29 a.m.
4 (Off the record.)
5 COURT REPORTER: We're back on the
6 record. The time now is 10:30 a.m.
7 EXAMINATION
8 BY MR. HELLER:
9 Q Mr. Spanos, my name is Alan Heller. I'm
10 from the firm Foster Garvey. I represent the
11 defendants and the counterclaim plaintiffs and third-
12 party plaintiffs in this action.
13 I'm going to ask you a bunch of questions in
14 connection with the court order that was issued
15 permitting me to take the limited deposition of you in
16 connection with jurisdiction over Zap.org. And if you
17 do not understand the question, please tell me that
18 you do not understand. I do not want you to answer a
19 question that you don't understand. And then I'll try
20 to rephrase it.
21 If for any reason your attorney objects to
22 my question, please wait for him to state the
23 objection on the record and either I or your attorney
24 will let you know whether or not you should answer the
25 question that is posed.

Page 8

N. SPANOS

1
2 Please answer all questions with a verbal
3 response. The court -- well now it's not a
4 stenographer. Now it is a recording will not take a
5 nod or a grunt. It needs a verbal response.
6 And please, I have to assume that at various
7 times during the deposition, you will anticipate the
8 answer before I complete my question. But in order
9 for me to get the record straight, I'm going to ask
10 you to please, to the best of your ability, wait for
11 me to finish my question before you answer it.
12 And also I'm just -- I take this seriously.
13 And I know this may not be taken seriously. There are
14 certain things that are a little distracting. Please
15 try your best to take this seriously. And Mr.
16 Herskowitz just walked into this room. So we're just
17 about ready to start. Off the record.
18 COURT REPORTER: Okay. Just one
19 second. The time now is 10:32 a.m.
20 (Off the record.)
21 COURT REPORTER: We're back on the
22 record. The time now is 10:33 a.m.
23 BY MR. HELLER:
24 Q Okay. Mr. Spanos, are you familiar with an
25 entity by the name of Zap.org?

Page 9

N. SPANOS

1
2 A Entity?
3 Q Are you familiar with Zap.org?
4 A Yes.
5 Q What is Zap.org?
6 A It's a domain name.
7 Q Who owns Zap.org, the domain name?
8 A The foundation.
9 Q And what's the name of the foundation?
10 A Synapse Foundation.
11 Q When did the Synapse Foundation begin
12 ownership of Zap.org?
13 MR. GINSBERG: If you know.
14 THE WITNESS: I don't remember exactly.
15 I don't know.
16 BY MR. HELLER:
17 Q Approximately? Do you know how many years
18 ago?
19 A I don't remember.
20 Q Was it before or after -- are you familiar
21 with Mr. Herskowitz?
22 A Yeah.
23 Q Was it before or after you met Mr.
24 Herskowitz?
25 A After.

3 (Pages 6 - 9)

Page 10

```
1              N. SPANOS
2     Q  How long after you met Mr. Herskowitz did
3  you --
4     A  Oh, I don't know. I really don't. I don't
5  know. I don't remember exactly, you know, what year
6  it was because it was changes. I don't remember. I
7  don't remember.
8     Q  Who were the owners of the Synapse
9  Foundation?
10    A  I think don't think -- I don't think there
11 are owners. I think it's board members.
12    Q  What is your role with Zap.org?
13    A  I'm on the board.
14    Q  Do you have any other relationship with
15 Zap.org?
16    A  No. There's no -- I'm sorry. Can I go
17 back?
18          MR. GINSBERG:  Sure.
19          THE WITNESS:  I'm not on the board of
20 Zap.org.
21 BY MR. HELLER:
22    Q  You're on the board of the Synapse
23 Foundation?
24    A  Yes.
25    Q  Who else is on the board of the Synapse
```

Page 11

```
1              N. SPANOS
2  Foundation?
3     A  Iorgos Clufetos. There's a Danish guy. I
4  don't know his name.
5     Q  You're currently --
6     A  I can't -- I don't know the name.
7     Q  -- on the board, correct?
8     A  Yeah.
9     Q  Okay. At the time the Synapse Foundation
10 was founded, was organized, who was on the board of
11 the Synapse Foundation?
12    A  I don't remember.
13    Q  Was there a particular individual who came
14 up with the idea zap.org?
15    A  I don't remember.
16    Q  Did you play a role in the creation of
17 zap.org?
18    A  I'd like to believe so.
19    Q  Okay. Let the record reflect that your
20 LinkedIn webpage says that you're a founder of
21 zap.org. Is that correct?
22    A  Well, cofounder maybe.
23    Q  Okay. And as a cofounder of zap.org, what
24 did you do?
25    A  With people -- I'm not sure what I could
```

Page 12

```
1              N. SPANOS
2  take credit for.
3     Q  What would you take credit for? What did
4  you do that you think -- what do you think you did in
5  connection with Zap.org, whether or not you take
6  credit for it?
7     A  I'd like to believe that I gave good
8  insight.
9     Q  Has anyone ever objected to your placement
10 of the word cofounder of Zap.org on your LinkedIn
11 page?
12    A  I don't run my LinkedIn page. So frankly I
13 didn't even know it was there.
14    Q  Have you ever held yourself out as a
15 cofounder of Zap.org?
16    A  Yeah.
17    Q  Okay. Has anyone ever objected to your
18 holding yourself out as a cofounder of Zap.org?
19    A  Do I have to answer that? There might have
20 been a few probably maybe.
21    Q  Okay. Who objected to that?
22    A  I don't remember.
23    Q  Other than good insight, what else did you
24 do for Zap.org when it was founded?
25    A  You know, like I was looked at as a good
```

Page 13

```
1              N. SPANOS
2  resource.
3     Q  By whom?
4     A  By members of -- oh, I'm sorry. Is that
5  okay? Members of the board and, you know, people that
6  were involved.
7     Q  Okay. Let's start with members of the board
8  and then people who were involved. At the time
9  Zap.org was formed, who were the members of the board
10 of Synapse Foundation?
11    A  I don't remember. There were -- I don't
12 remember.
13    Q  Okay. Is there anything that would --
14          MR. GINSBERG:  Do you remember anyone?
15          THE WITNESS:  Huh?
16          MR. GINSBERG:  Do you remember anyone?
17          THE WITNESS:  I gave him names. I
18 don't remember. What's the question again?
19 BY MR. HELLER:
20    Q  At the time of the formation of Zap.org, who
21 were the members of the board of the Synapse
22 Foundation?
23    A  I gave you the names. I gave you Clufetos.
24 I don't remember the -
25    Q  Are you able to spell the name?
```

4 (Pages 10 - 13)

Page 14

```
 1              N. SPANOS
 2    A   Not really.
 3    Q   How many members of the board were there?
 4    A   I don't remember.
 5    Q   Was it more than two?  Because you said two,
 6  you and this Clufetos.
 7    A   Yeah.  Yeah.  More than two.
 8    Q   Was there a third person?
 9    A   At least.
10    Q   Okay.  Have you ever had a board meeting of
11  the Synapse Foundation?
12    A   Yeah.  We had a -- yes.
13    Q   Okay.  Did you have a board meeting at the
14  time Zap.org was formed?
15    A   No.
16    Q   Since Zap --
17    A   Zap -- yeah.
18    Q   Since Zap.org was formed -- at the time the
19  Synapse Foundation created Zap.org, did you have a
20  board meeting?
21    A   Yeah.  I think so.  Yeah.
22    Q   Okay.  Were minutes taken of the board
23  meeting?
24    A   I don't know.
25    Q   Well, who took the minutes?  Who was
```

Page 15

```
 1              N. SPANOS
 2  responsible for taking minutes of the board meeting at
 3  Zap.org for the Synapse Foundation?
 4    A   I don't know.  There was -- I don't know.
 5    Q   Where were you when the board meeting took
 6  place?
 7    A   I don't remember.  I was --
 8    Q   Were you in this country?
 9    A   I was on the phone.
10    Q   It was on the phone.  Were you on the phone
11  in New York?
12    A   I don't remember that.  I'd like to
13  remember.
14    Q   Okay.  After that, the board meeting, --
15    A   I was on the --
16    Q   -- that took place when Synapse formed
17  Zap.org --
18    A   I don't know if it was on the phone or on
19  the Google.
20        MR. GINSBERG:  Objection.  His
21  testimony was that wasn't the board meeting when
22  Zap.org was formed.
23        MR. HELLER:  He said -- he said the --
24        THE WITNESS:  There was no Zap.  I
25  wasn't on the --
```

Page 16

```
 1              N. SPANOS
 2        MR. HELLER: -- there was a board
 3  meeting on Synapse Foundation when Zap was formed.  He
 4  did say there was a board meeting.
 5        MR. GINSBERG:  I think your question
 6  was after Zap.org was formed, not when it was formed.
 7  I think the testimony was that when it was formed,
 8  there wasn't.  I may be wrong.  But that was my
 9  understanding of his testimony.
10        MR. HELLER:  You may be wrong.  But one
11  second.  Please stop.
12        THE WITNESS:  I'm sorry.  I'm sorry.
13  BY MR. HELLER:
14    Q   Was the Synapse Foundation formed at the
15  same time of the creation of Zap.org?
16    A   No.
17    Q   Was the Synapse Foundation formed after the
18  creation of Zap.org?
19    A   No.
20    Q   Okay.  Other than Zap.org, does the Synapse
21  Foundation have any other assets?
22    A   I don't know.
23    Q   When you said you were a cofounder of the
24  Synapse Foundation -- or sorry.  Strike that.  You
25  said you're the cofounder of Zap.org.  Who were the
```

Page 17

```
 1              N. SPANOS
 2  other cofounders?
 3    A   I don't know.  I don't remember because
 4  whatever, because people just, you know, hype
 5  themselves up.  I don't know.  I don't remember.
 6    Q   Okay.  So I'm going to ask you about an
 7  individual by the name of Ben Young.  Is Ben Young a
 8  cofounder of Zap.org?
 9    A   No.
10    Q   In Nick Allen a cofounder of Zap.org?
11    A   No.
12    Q   Who are the people that hyped themselves up
13  as being cofounders of Zap.org?
14        MR. GINSBERG:  Objection as to form.
15        THE WITNESS:  I don't know.
16  BY MR. HELLER:
17    Q   Well, you said other people hyped themselves
18  up.  Who are those people?
19    A   In general, people hyped themselves up and
20  give themselves titles as cofounder and all kinds of
21  stuff.
22    Q   Okay.
23    A   There's like a hundred Ethereum cofounders
24  and founders.  So it's just -- I think it's a
25  practice.  I don't know what it is.
```

5 (Pages 14 - 17)

N. SPANOS

2  Q  Okay. So who do you recognize as a
3  cofounder of Zap.org other than you?
4  A  I don't know what it means, cofounder.
5  Q  You mentioned previously during testimony
6  that you believed you were a cofounder of Zap.org. So
7  what in your mind --
8  A  Yeah. I mean, it's a feeling.
9  Q  Let me finish the question.
10  A  Yeah. I'm sorry.
11  Q  What in your mind do you understand a
12  cofounder to be?
13  A  That's a good question. Is that to form?
14  MR. GINSBERG: That's okay.
15  THE WITNESS: It's fine. I never did
16  this before. I think I saw it in a movie. Someone
17  that was around in the beginning.
18  BY MR. HELLER:
19  Q  And you used the term cofounder. So were
20  there other people who were around in the beginning?
21  A  Yeah.
22  Q  Who?
23  A  I don't want to screw this up. I don't know
24  who's self-identifying as cofounder. And --
25  Q  I'm not asking who's self-identifies.

N. SPANOS

2  MR. GINSBERG: Let him finish please,
3  Mr. Heller.
4  THE WITNESS: I'm just saying the
5  reason why I'm hesitating the answer is hesitant in
6  being confident in an answer. You want a confident
7  answer, right?
8  So the reason why I'm hesitating is
9  that I'm not sure who's self-identifying as a
10  cofounder. And I don't really have cofounder as a
11  definition in my brain. I really don't understand the
12  nomenclature.
13  BY MR. HELLER:
14  Q  In your brain --
15  A  Yeah.
16  Q  -- you said cofounder is someone who was
17  around in the beginning.
18  A  Yeah.
19  Q  Who was around in the beginning other than
20  you?
21  A  So they could have been around in the
22  beginning and then they could have left in the
23  beginning. Or they could have like -- you know what I
24  mean? I don't know.
25  Q  Who was around in the beginning other than

N. SPANOS

2  you?
3  MR. GINSBERG: In the what? I didn't
4  understand your question.
5  BY MR. HELLER:
6  Q  My question was who was around in the
7  beginning of Zap.org other than Mr. Spanos.
8  A  There's a guy who has a company in Poland.
9  I don't really remember his name. It's a weird name.
10  There's a Danish guy who I don't really remember. And
11  even if I had his name in front of me, I couldn't read
12  it because it's just weird. And I don't know.
13  Q  Was Ben Young around in the beginning?
14  A  Ben Young was around. But there were, you
15  know, a bunch of people. Community members. So was
16  he a community member? You know, the nature of this
17  is looser than let's say like this law firm or a
18  company. It's much looser, these decentralized
19  characters. You know what I mean?
20  Q  Not really. Please explain.
21  A  It's just looser. It's just looser.
22  There's no organizational chart or maybe there is
23  another. Just that was a loose thing.
24  Q  Have you ever looked at the Zap.org website?
25  A  Yeah. I don't like it.

N. SPANOS

2  MR. HELLER: Let's mark this.
3  COURT REPORTER: How do you want to
4  mark it?
5  MR. HELLER: Call it defendant's A.
6  Or, you know, Spanos A.
7  (Exhibit Spanos A was marked for
8  identification.)
9  THE WITNESS: You got any Lysol? I've
10  got to look at that? I don't have a spleen.
11  MR. HELLER: Sorry to hear that.
12  THE WITNESS: I've had pneumothoraxes.
13  It took a lot to get me out here, mentally to leave
14  the house.
15  BY MR. HELLER:
16  Q  Mr. Spanos, what I've placed before you is a
17  document that's been marked as Spanos A for
18  identification.
19  A  Yes.
20  Q  And it's an eight-page document marked RVH -
21  - Bates-stamped RVH_000290000297. And it appears to
22  be a printout from the Zap.org website. Have you ever
23  seen this before?
24  A  No. I've never seen this.
25  Q  Okay. So I'll ask you to turn to page 293.

6 (Pages 18 - 21)

Page 22

```
 1              N. SPANOS
 2    A   293?
 3    Q   Yeah.  You see in the bottom it says --
 4    A   Yeah.  But it's two of eight.
 5    Q   Okay.  Turn to four of eight.  How's that?
 6  That's a little bit different.
 7    A   No.  I'm just sorry.  I can't see that well.
 8  I've had a lot of eye surgeries where people --
 9          MR. GINSBERG:  Try not to talk over --
10          THE WITNESS:  Oh, I got it.  Sorry.
11          MR. GINSBERG:  Let him finish his
12  sentence.
13          THE WITNESS:  Okay.  Oh, wow.  Nice.
14  BY MR. HELLER:
15    Q   So it mentions "Our Team", the Zap team.
16  And it has the advisory board.
17    A   Yeah.  Yeah.  Yeah.
18    Q   And it mentions Sean Combs, Kumail Akbari,
19  Andy Goldstein, Jonathan Heyman, Dwayne Campbell,
20  Danny Zaterman, Evan Renov and Matt Hollander.  Do you
21  recognize any of those individuals?
22    A   Yes.
23    Q   And are each of those individuals members of
24  the advisory board of the Zap.org?
25    A   No.
```

Page 23

```
 1              N. SPANOS
 2    Q   Okay.  Who's not a member of the advisory
 3  board?
 4    A   Where did this come from?
 5    Q   The Zap.org website.
 6    A   I don't think so.
 7    Q   I'm focusing on the page before the page
 8  you're turning to.  I'm only focusing on the advisory
 9  board.
10          MR. GINSBERG:  Mr. Spanos has a right
11  to look at the entire document, Mr. Heller.
12          MR. HELLER:  Fine.  No problem.
13          THE WITNESS:  No.  I mean, I never --
14  say that question again.
15          MR. HELLER:  Can you play back the
16  question, please?
17          MR. GINSBERG:  It's going to be a lot
18  faster if you can repeat it.
19          MR. HELLER:  I don't think I can
20  remember what the question was.
21          THE WITNESS:  Who's not --
22          MR. HELLER:  Okay.  Okay.  So who's
23  not.
24          COURT REPORTER:  I'm -- okay.  Hold on.
25          MR. HELLER:  It's fine.  Let's go back.
```

Page 24

```
 1              N. SPANOS
 2  We don't have to replay it.
 3          COURT REPORTER:  All right.
 4  BY MR. HELLER:
 5    Q   Who is not on the advisory board of Zap.org
 6  from the list of eight people that I just read to you?
 7    A   All of them.
 8    Q   Were any of them ever on the advisory board
 9  of Zap.org?
10    A   No.
11    Q   Turn to the next page where it says "The Zap
12  Team."  And it lists 12 individuals on the Zap team.
13  You know, I'm going to go back to the prior with the
14  Zap -- the advisory board.
15          Were any of the individuals listed, the
16  eight individuals, on the advisory board of the
17  Synapse Foundation?
18    A   Yes.
19    Q   Which of the eight individuals were on the
20  advisory board of the Synapse Foundation?
21    A   The guy from Jamaica.
22    Q   Who's the guy from Jamaica?
23    A   Dwayne.
24          MR. GINSBERG:  Who did you say?  I'm
25  sorry.
```

Page 25

```
 1              N. SPANOS
 2          THE WITNESS:  Hmm?
 3          MR. GINSBERG:  Who'd you say?  Okay.
 4          THE WITNESS:  I'm having a hard time
 5  remembering.  But Dwayne, maybe Hollander, maybe.  And
 6  this is not on the Zap.org site, just FYI.
 7  BY MR. HELLER:
 8    Q   Not currently.
 9    A   Yeah.
10    Q   Not currently.  It was taken off after it
11  was printed out.
12    A   So you're saying --
13          MR. GINSBERG:  Wait, wait.  Are you
14  making a representation?
15          MR. HELLER:  Yes.  I printed it out off
16  of the Zap.org website.
17          THE WITNESS:  So this was on there?
18          MR. HELLER:  Oh, yes.
19  BY MR. HELLER:
20    Q   Was Sean Combs at any point in time ever
21  affiliated or working with the Synapse Foundation?
22    A   You know what, I don't remember.  I don't
23  remember what category, what you can call him, title.
24          MR. GINSBERG:  That wasn't the
25  question.
```

7 (Pages 22 - 25)

N. SPANOS

2   THE WITNESS: Oh, what was the
3 question?
4 BY MR. HELLER:
5 Q Was he at any time --
6 A Oh.
7 Q -- affiliated?
8 A Yeah.
9 Q Okay. What was his role?
10 A That's the answer I gave before. I don't
11 recall his exact description of his role.
12 Q Do you recall anything about his role?
13 A You know, I don't have the paperwork in
14 front of me to answer --
15 Q Oh, so there's paperwork?
16   MR. GINSBERG: Excuse me. Please don't
17 interrupt him.
18   MR. HELLER: I'm sorry.
19   THE WITNESS: Don't interrupt.
20 BY MR. HELLER:
21 Q Go. Tell me about the paperwork.
22 A Well, I remember that there was some paper.
23 Q Where?
24 A So I don't know where they are.
25 Q Oh.

N. SPANOS

2 A But I would love to be able to read them to
3 know what the heck, you know, the job description was.
4 Q Okay. And who entered into that paperwork
5 with Sean Combs?
6   MR. GINSBERG: Objection. There was no
7 testimony someone entered into paperwork with Mr.
8 Combs.
9 BY MR. HELLER:
10 Q Please describe the paperwork.
11 A I don't remember. But it was paper I think.
12 Q You're talking about paper that you wished
13 you would have in front of you so it could refresh
14 your recollection as to what Sean "Puffy" Combs did
15 for the Synapse Foundation. What type of paperwork
16 were you thinking of?
17 A I don't remember. But it was -- I'm trying
18 to answer.
19 Q I hope so.
20 A I am. I'm trying to answer.
21   MR. GINSBERG: Mr. Heller, you're
22 making faces at Mr. Spanos. You're interrupting.
23 You're --
24   MR. HELLER: I'm not making any faces.
25 I totally, totally object to that.

N. SPANOS

2   THE WITNESS: I'm trying to answer.
3   MR. GINSBERG: Excuse me. Now you're
4 interrupting me.
5   MR. HELLER: Well, don't say I'm making
6 faces when I'm not making faces. Don't say that.
7 That's not true.
8   MR. GINSBERG: Mr. Heller, don't tell
9 me what to do. I'm making an objection.
10   MR. HELLER: Make the objection.
11   MR. GINSBERG: If you don't like it,
12 then you can make a record. But you are making faces.
13 You're shrugging your shoulders. You're interrupting
14 Mr. Spanos. And I ask you respectfully not to do
15 that.
16   MR. HELLER: I take your request under
17 advisement. And I will respect Mr. Spanos. But I do
18 object to the fact that you're saying I'm making
19 faces. I am not.
20 BY MR. HELLER:
21 Q Please answer the question.
22 A I'm trying. I think -- I think it was a fax
23 or, you know, I don't know what it was. But there was
24 a piece of paper like one -- oh, you know what it was?
25 There was a phone conversation and what, you know,

N. SPANOS

2 people wanted from him.
3 Q Did you participate in that phone
4 conversation?
5 A Yeah.
6 Q Who --
7 A Well, they wanted -- you know, this was
8 noise. You know, if someone -- I'm pretty popular in
9 this industry. And, you know, I found myself put on
10 websites as founder on the things I never heard of.
11   As a matter of fact, I picked up some -- I
12 was in a cab. I jumped in a cab and someone jumped in
13 the cab at the same time. I should have figured --
14 and I said, well, where are you going. A Chinese guy.
15 He goes I'm going to the East Village. And I said,
16 oh, I'll take you there. I'll drop you off, because I
17 felt bad.
18   And the guy said he was interested in
19 blockchain to me because he know who I was apparently.
20 And then he went and he put my name on his site as a
21 founder or, I don't know. I don't know if it was a
22 founder. But he put his name on my site.
23   MR. GINSBERG: Your name on his site.
24   THE WITNESS: Yeah. And I had nothing
25 to do with that guy. Does Mr. Herskowitz want some of

8 (Pages 26 - 29)

Veritext Legal Solutions
www.veritext.com
212-267-6868    516-608-2400

Page 30

```
1           N. SPANOS
2  him? Because he can have all he wants. You know what
3  I mean? I mean, there's other --
4           MR. GINSBERG: There's no question
5  pending.
6           THE WITNESS: All right. All right.
7  I'm just saying that people --
8           MR. HELLER: Peter? Please. I don't
9  like those digs. If he's going to do a dig, then it's
10 going to get very nasty.
11          MR. GINSBERG: Let's continue.
12          THE WITNESS: I didn't do a dig. What
13 is a dig?
14          MR. GINSBERG: Let's continue the
15 deposition, please.
16          THE WITNESS: I didn't do a dig. I'm
17 not as smart as you guys.
18          MR. GINSBERG: Is there a question
19 pending?
20          MR. HELLER: No.
21          MR. GINSBERG: If there are no more
22 questions, we can leave. If there are questions,
23 let's proceed.
24          MR. HELLER: There are a lot of
25 questions.
```

Page 31

```
1           N. SPANOS
2           MR. GINSBERG: Okay. Then let's
3  proceed.
4  BY MR. HELLER:
5   Q   Where does Zap.org keep its paperwork?
6   A   It's pretty much a paperless world right
7  now. When I said there was a piece of paper or there
8  was paperwork, you know, I don't know if it was filed
9  or anything like that. Is that what you're asking me?
10          MR. GINSBERG: No. He just wants to
11 know --
12          THE WITNESS: I don't know. I don't
13 know. Either Isle of Man or Switzerland. I don't
14 know.
15 BY MR. HELLER:
16  Q   How do you communicate with individuals in
17 the Synapse Foundation?
18  A   It's been a --
19          MR. GINSBERG: Objection. Assumes
20 facts not in evidence.
21 BY MR. HELLER:
22  Q   Do you communicate with people from the
23 Synapse Foundation?
24  A   I can answer? Very sporadically.
25  Q   When you sporadically communicate with
```

Page 32

```
1           N. SPANOS
2  people from the Synapse Foundation, how do you
3  communicate?
4   A   Over like, I don't know, some kind of
5  audible because I'm not -- my eyeballs aren't that
6  good, so. I've had many surgeries in my eyes, and not
7  LASIK because I have -- so I don't really use email
8  that much. You can attest to that, right? I don't
9  read my email.
10  Q   Have you ever communicated electronically
11 with anyone in connection with --
12  A   Over the telephone.
13  Q   Have you -- could you please let me finish
14 my question?
15  A   I'm sorry.
16          MR. GINSBERG: Let him ask a question.
17          THE WITNESS: I'm sorry.
18 BY MR. HELLER:
19  Q   Have you ever communicated electronically
20 with anybody from the Synapse Foundation?
21  A   Yes. Over the phone. Over apps. Audible.
22  Q   Okay. Are those --
23  A   Like WhatsApp or something like that. I
24 don't know if it was --
25  Q   And are those apps transcribed --
```

Page 33

```
1           N. SPANOS
2   A   Something else.
3   Q   And are those apps transcribed into writing?
4   A   No. Should they?
5           MR. GINSBERG: No. Come on. Just
6  answer his questions.
7           THE WITNESS: Well, I'm saying I don't
8  know.
9           MR. GINSBERG: You're not asking
10 questions. He is.
11          THE WITNESS: Oh, he's asking
12 questions. Don't get mad at me. I don't want you to
13 get mad at me.
14 BY MR. HELLER:
15  Q   Do you ever use Twitter?
16  A   Well, I have people that use Twitter for me.
17  Q   Who?
18  A   I don't know. Different people over time.
19  Q   Who?
20  A   That's a good question. From the beginning
21 of Twitter, of my use on Twitter?
22  Q   From the beginning of your use on Twitter.
23 Yes.
24  A   I don't know. Whatever. People say to me,
25 hey, you know, send this out because x, y, z. Send
```

9 (Pages 30 - 33)

N. SPANOS

1
2 this out because apparently I have a bullhorn to the
3 community. So people ask me to tweet things like what
4 the hell is his name, like John Matthews I think asked
5 me to -- from Global Arena Holdings, asked me to tweet
6 things out.
7    Q   Other than Mr. Mathews, who asked you to
8 tweet things out?
9    A   Or I think he told me to stop tweeting
10 things out. I don't remember. I think he told me --
11 I don't know. I don't know. It's a promotional tool
12 that people want, as a matter of fact, to pay me to
13 do.
14    Q   Do you ever tweet things out?
15    A   Once in a while.
16    Q   Okay. And do you do it yourself?
17    A   Whoever's next to me. I make sure that they
18 -- I don't know.
19    Q   So when do --
20    A   Like right now if I was going to tweet
21 something, I'd say, oh, I want to tweet. What does
22 this look like? Is that what it -- you know what I
23 mean?
24         MR. HELLER: Off the record, please.
25         COURT REPORTER: Going of the record.

N. SPANOS

1
2 The time now is --
3         THE WITNESS: Should I go to the
4 bathroom?
5         COURT REPORTER: -- 11:08 a.m.
6         (Off the record.)
7         COURT REPORTER: Back on the record.
8 The time now is 11:19 a.m.
9         MR. HELLER: Okay. Peter, for the
10 record, unless you object, whenever I refer to
11 Zap.org, I am referring to the Synapse Foundation as
12 well. I'm referring to them as the same --
13         MR. GINSBERG: I think you have to
14 separate them out.
15         MR. HELLER: So I'll separate them out
16 into two questions for each one.
17 BY MR. HELLER:
18    Q   Who is Kumail Akbari?
19    A   A friend of mine that I've known for a long
20 time.
21    Q   Is Kumail Akbari in any way associated with
22 the Synapse Foundation?
23    A   No.
24    Q   Is Kumail Akbari in any way affiliated with
25 Zap.org?

N. SPANOS

1
2    A   No.
3    Q   Has Kumail Akbari done any work or performed
4 any services on behalf of the Synapse Foundation?
5    A   I'm not -- I can't answer that positive or
6 negative. I don't know a hundred percent.
7    Q   Do you know for certain that he has not done
8 -- performed any services for the Synapse Foundation?
9         MR. GINSBERG: You can't write
10 something because --
11         MR. HELLER: There's a question
12 pending.
13         THE WITNESS: Oh, I can't?
14         MR. GINSBERG: No.
15         THE WITNESS: I want to ask you --
16         MR. HELLER: There's a question
17 pending.
18         THE WITNESS: -- how to answer.
19         MR. GINSBERG: There's a question
20 pending.
21         THE WITNESS: Oh, I can't?
22         MR. GINSBERG: Not while there's a
23 question pending.
24         THE WITNESS: Wow. All right. Say
25 that again. I didn't hear. I don't remember what you

N. SPANOS

1
2 said.
3 BY MR. HELLER:
4    Q   Are you able to say for certain that Kumail
5 Akbari has performed no services for the Synapse
6 Foundation?
7    A   No. Can I do it now? Can I write something
8 now?
9         MR. GINSBERG: Yeah. Now there's no
10 question pending.
11         THE WITNESS: Okay. Hold on a second.
12 I want to ask him a question properly.
13         MR. HELLER: All right. Let the record
14 reflect that the witness is writing a note to his
15 attorney.
16         MR. GINSBERG: Okay.
17         THE WITNESS: All I'm saying --
18         MR. GINSBERG: -- a question you can
19 answer.
20 BY MR. HELLER:
21    Q   Has Kumail Akbari provided any services on
22 behalf of Zap.org?
23         MR. GINSBERG: You can -- you can tell
24 him that. Go ahead.
25         THE WITNESS: All right. That was my

10 (Pages 34 - 37)

Page 38

N. SPANOS

1
2 thing. So services, what do you mean by services?
3 BY MR. HELLER:
4    Q  Has he performed any work, has he been
5 affiliated with, has he helped?  What has he done, if
6 anything, for Zap.org?
7         MR. GINSBERG:  Are you talking about
8 either compensated or uncompensated?
9         MR. HELLER:  Yes.
10        THE WITNESS:  So yeah, uncompensated.
11 He's probably helped out.  Yeah.  I didn't understand
12 if it was -- what the question was when you said work,
13 whatever.  Work.
14 BY MR. HELLER:
15    Q  What type of uncompensated services --
16    A  Yeah.  Volunteer.
17    Q  -- has Mr. Akbari and when did he volunteer?
18    A  I don't know.  He's -- I don't want to put
19 this on the record about him.  But he's not really a
20 hundred percent person.
21    Q  Where does Kumail Akbari live?
22    A  I don't know.
23    Q  Does he live in New York?
24    A  I don't know.
25    Q  Does he live in -- does he work in New York?

Page 39

N. SPANOS

1
2         MR. GINSBERG:  Objection.  Assumes
3 facts not in evidence.
4 BY MR. HELLER:
5    Q  Where does Mr. Akbari work?
6         MR. GINSBERG:  Same objection.  Assumes
7 facts not in evidence.
8 BY MR. HELLER:
9    Q  You testified previously that Mr. Akbari is
10 a good friend.
11    A  Yeah.  He's lived in many places.
12    Q  Okay.
13    A  I'm not sure where he lives right now.
14    Q  Has he ever lived in New York?
15    A  I'm not sure.
16    Q  Did Mr. Akbari ever -- was he ever
17 affiliated with the Bitcoin --
18         THE WITNESS:  Can we go off the record
19 a second?
20         MR. HELLER:  Go off the record.
21         THE WITNESS:  I want to go off the
22 record because I want to say something about Kumail
23 that I don't it to be on the record.
24         COURT REPORTER:  Okay.  We're going
25 off the record.  The time now is 11:25 a.m.

Page 40

N. SPANOS

1
2         (Off the record.)
3         COURT REPORTER:  We're back on the
4 record.  The time now is 11:26 a.m.
5 BY MR. HELLER:
6    Q  Was Mr. Akbari ever affiliated with the
7 Bitcoin Center of New York City?
8    A  He came around, as did many other people.
9 Hundreds of people came around.
10    Q  Other than coming around, did he perform any
11 compensated or uncompensated services for the Bitcoin
12 Center of New York City?
13    A  I don't think so.
14    Q  Who is Andy Goldstein?
15         MR. GINSBERG:  I'm sorry?  What's the
16 name?
17 BY MR. HELLER:
18    Q  Andy Goldstein.
19    A  He's -- I don't know what you mean by that.
20 He's a human.  He's in the industry.
21    Q  Okay.
22    A  I don't know what you mean by who he is.
23    Q  Was Andy Goldstein ever part of the advisory
24 board of the Synapse Foundation?
25    A  He had given advice.  I'm not sure if that

Page 41

N. SPANOS

1
2 constitutes -- you're going by this piece of paper
3 here.  And this piece of paper, you know, if it's a
4 representation of the website, I'm not sure, you know.
5 So he gave advice.  So yeah, I don't know.  You want
6 to call -- he was an advisor.
7    Q  So are you saying -- let's strike that.  Is
8 this piece of paper that's in front of you that's
9 marked as Spanos A, and in particular page four of
10 eight, is it inaccurate in any way?
11    A  No.  I'm just -- I'm not sure because I'm
12 not familiar with it.
13    Q  Okay.
14    A  So I'm not sure if it's inaccurate.  I'm not
15 sure at which moment.  I know that a default was if
16 nobody -- if people that were working on the website
17 didn't know the -- didn't know like where the person
18 came from or whatever, they would put as a default
19 Bitcoin Center because everyone went to the Bitcoin
20 Center.
21         It's not a representation of if someone
22 worked at the Bitcoin Center.  I didn't agree to that.
23 But that's what happened.
24    Q  Who prepared the website for the Synapse
25 Foundation?

11 (Pages 38 - 41)

Page 42

```
 1              N. SPANOS
 2     A   There were many, many people, some in the
 3   Armenia, some in Belarus.
 4     Q   And who had --
 5     A   To the best of my knowledge, there was
 6   probably more, I don't know.
 7     Q   Who from the Synapse Foundation communicated
 8   with the individuals who prepared the website for
 9   Zap.org?
10     A   It was probably conference -- a conference
11   call, a bunch of people.
12     Q   Were you on the conference call?
13     A   Some. But not all the time.
14     Q   And during those conference calls that you
15   were participating in the website people, who
16   else participated in the conference calls?
17     A   You know, the -- oh, excuse me. Which
18   conference call? For this -- to build this site?
19     Q   For the website.
20     A   A bunch of Belarusians, a bunch of
21   Armenians.
22     Q   How many Belarusians?
23     A   I don't know.
24     Q   How many Armenians?
25     A   Three or less of each.
```

Page 43

```
 1              N. SPANOS
 2     Q   And who --
 3     A   Not at the same time. I don't think the
 4   Belarusians. I'm not sure.
 5     Q   Who from the Synapse Foundation participated
 6   in this conference call?
 7     A   Well, I would participate, you know, when I
 8   was told. But --
 9     Q   And who would have told you to participate?
10         MR. GINSBERG: I'm not sure he was done
11   with his answer. Were you done with your answer?
12         THE WITNESS: I think so.
13   BY MR. HELLER:
14     Q   Who would have told you to participate?
15     A   I'm trying to think of the times that it
16   occurred so I can give you the right answer.
17     Q   How many times did these --
18         MR. GINSBERG: Well wait --
19         MR. HELLER: Okay.
20         THE WITNESS: A bunch.
21         MR. GINSBERG: I mean, he's trying to
22   answer the question.
23         MR. HELLER: I --
24         THE WITNESS: I'm just trying to
25   remember. I'm trying to remember. I'm actually
```

Page 44

```
 2   trying to give you my memory of it, not just -- like
 3   one time I saw that everyone was on here as from the
 4   Bitcoin Center. And I called up the Belarusians. Oh,
 5   there was Polacks too. There's Polish too.
 6   BY MR. HELLER:
 7     Q   All right. So can you --
 8     A   I said why is everyone on there from the
 9   Bitcoin Center. That guy never even went to the
10   Bitcoin Center. Why does it say that he's from the
11   Bitcoin Center? He goes, oh, that's the default.
12         MR. GINSBERG: But the question, Nick,
13   is when you participated in those calls --
14         THE WITNESS: That was --
15         MR. GINSBERG: -- who directed you to
16   participate in the calls?
17         THE WITNESS: Well, it depends. You
18   know, yeah. So someone. I don't know. Someone or
19   someone from -- either Iorgos or a Belarusian or an
20   Armenian or a Dane.
21   BY MR. HELLER:
22     Q   Where were you when you participated in the
23   conference calls?
24     A   I'm not sure. I don't remember.
25     Q   Do you recall how --
```

Page 45

```
 1              N. SPANOS
 2     A   Where were you when you -- I don't know
 3   that. It doesn't --
 4     Q   How many calls do you remember?
 5     A   Like I remember when the space shuttle blew
 6   up --
 7     Q   How many calls --
 8     A   -- where I was. But I don't remember where
 9   I am when, you know, someone's giving me a phone call.
10     Q   How many calls did you participate in
11   regarding the website?
12     A   I don't remember. But probably a bunch.
13     Q   You've mentioned a call when you discussed -
14   - when you referenced the Bitcoin Center.
15     A   Yeah.
16     Q   Do you recall when that call took place?
17     A   A few years ago. I don't remember the exact
18   day.
19     Q   Do you remember who you were speaking to at
20   the time?
21     A   Hold on. I think it was a Polish guy named
22   Roman.
23     Q   Do you recall anyone else who was on the
24   call at that time?
25     A   The Danish guy. I don't know.
```

12 (Pages 42 - 45)

Page 46

```
1              N. SPANOS
2    Q  Did Ben Young ever --
3    A  It was a bunch of people, a bunch of people.
4    Q  Did Ben Young have any prior affiliation to
5 the Bitcoin Center?
6    A  Ben Young did.
7    Q  Did Steve Geros, G-E-R-O-S, have any prior
8 affiliation --
9    A  You know, I don't remember --
10   Q  -- to the Bitcoin Center?
11       MR. GINSBERG: Let him finish his
12 question.
13       THE WITNESS: Oh, I'm sorry.
14 BY MR. HELLER:
15   Q  Did Steve Geros have any prior affiliation
16 with the Bitcoin Center?
17   A  So affiliation, again, my question is what's
18 the definition of affiliation, meaning paid or unpaid
19 --
20   Q  Paid.
21   A  -- or a visitor?
22   Q  Paid or unpaid.
23   A  Or a visitor? Because it was a public space
24 for any -- you know, the doors were open to anyone to
25 walk in. Even Mr. Herskowitz walked in.
```

Page 47

```
1              N. SPANOS
2    Q  Not only someone who just walked in. Did he
3 have any role --
4    A  He walked in over and over and over.
5    Q  -- in connection --
6        MR. GINSBERG: Let him finish the
7 question so the record's clear. And the question
8 really isn't particularly clear. So maybe you could
9 define what you mean by affiliated.
10 BY MR. HELLER:
11   Q  Did Steve Geros hold any titles with the
12 Bitcoin Center?
13   A  I don't remember.
14   Q  Did Steve Geros receive any compensation
15 from the Bitcoin center?
16   A  I don't remember. No.
17   Q  Did he receive any compensation from
18 Blockchain Technologies?
19   A  I don't remember. He might have.
20   Q  Did Ben Young receive compensation from
21 Blockchain Technologies?
22   A  I think so. I think so.
23   Q  Did Eric Dixon receive any compensation from
24 Blockchain Technologies?
25   A  You know, I don't know. I don't know. I
```

Page 48

```
1              N. SPANOS
2 don't remember.
3    Q  Did Eric Dixon perform any services, paid or
4 unpaid services --
5    A  I think he performed --
6        MR. GINSBERG: Let him finish. He
7 hasn't --
8        THE WITNESS: Oh, I'm sorry.
9        MR. GINSBERG: -- finished the
10 question.
11       THE WITNESS: Okay. I'm sorry.
12 BY MR. HELLER:
13   Q  Did Eric Dixon perform any paid or unpaid
14 services for Blockchain Technologies?
15   A  I don't remember. But I think he worked.
16 Yeah. I don't remember. You mean paid or unpaid?
17 Yeah.
18   Q  Did Ben Dixon perform any paid or unpaid
19 services for the Synapse Foundation?
20   A  No.
21       MR. GINSBERG: Object. Ben Dixon?
22 BY MR. HELLER:
23   Q  Sorry. Did Eric Dixon, thank you, perform
24 any paid or unpaid services for the Synapse
25 Foundation?
```

Page 49

```
1              N. SPANOS
2    A  I don't think so. Did he perform any paid
3 or unpaid services? Well, that would be what your
4 definition of the word services is.
5    Q  Did Eric Dixon do anything whatsoever in
6 this world on behalf of the Synapse Foundation?
7    A  On behalf of the Synapse Foundation?
8    Q  Yes.
9    A  I don't know. I don't remember.
10   Q  Where does Eric Dixon reside?
11   A  Because I -- excuse me?
12   Q  Where does Eric Dixon reside?
13   A  Resolve?
14   Q  Reside.
15   A  In New Jersey.
16   Q  Where does Eric Dixon work?
17   A  I don't know. I don't remember. I know he
18 had an office somewhere where they had the bombing
19 with the pressure cookers. It was right outside his
20 office or something. I don't know where though.
21   Q  In Manhattan?
22   A  In Manhattan. But I don't know if he's
23 still there. I don't know. I don't know.
24   Q  Did Ben Young --
25   A  I don't know anymore.
```

13 (Pages 46 - 49)

N. SPANOS

1
2  Q  -- perform any services, anything in the
3  world, any work on behalf of the Synapse Foundation,
4  paid or unpaid?
5  A  I'm not sure.
6  Q  As you sit here today, can you say that he
7  did not do anything on behalf of the Synapse
8  Foundation?
9  A  Well, I'm not sure. I mean, Ben Young under
10 contract of another company, you know. I don't know.
11 Q  Did Ben Young or any entity with whom he is
12 affiliated --
13 A  Probably. Let him finish the question.
14 MR. GINSBERG: Let him finish the
15 question.
16 THE WITNESS: I'm sorry. I'm sorry.
17 I'm trying to be helpful. I am, you know?
18 BY MR. HELLER:
19 Q  -- perform -- perform any services, paid or
20 unpaid on behalf of the Synapse Foundation?
21 A  Listen, I did a Simon Says with 12,000
22 people two years in a row and won both times. So
23 you've got to ask very clearly. I'll give you a clear
24 answer. So services, what does that mean? I don't
25 understand.

N. SPANOS

1
2  Q  Okay. Anything in the world on behalf of
3  the Synapse Foundation. Did he do anything?
4  A  Yes.
5  MR. GINSBERG: You know, wait a minute.
6  Objection. I don't know what on behalf of means
7  either. If you --
8  THE WITNESS: Yeah.
9  MR. GINSBERG: If you -- these
10 questions really don't go I think to the substance and
11 you're not asking geographically where it occurred,
12 what it occurred.
13 MR. HELLER: Then you will --
14 MR. GINSBERG: You're asking some very
15 general questions with terms that aren't defined.
16 MR. HELLER: Then you'll object as to
17 foundation if I don't ask first whether he did
18 something. Then I have to ask where he did it. So if
19 I get an answer whether or not he did, then I will ask
20 where he did it.
21 MR. GINSBERG: But you're not.
22 MR. HELLER: But I'm not even getting
23 an answer when and where or what he did.
24 MR. GINSBERG: That's not correct. The
25 record --

N. SPANOS

1
2  MR. HELLER: That is true.
3  MR. GINSBERG: Excuse me. The record
4  reflects that when Mr. Spanos, after trying to
5  understand these very broad questions with undefined
6  terms, gives you an answer, you don't follow up and
7  you're not asking for any specifics. I'm not really
8  quite sure exactly what you're doing.
9  But it seems to me if you think any of
10 these questions relate to jurisdiction, that thought
11 is misguided. And I'm not really sure what we're
12 doing with these questions. So perhaps if you could
13 define your terms and make them more specific, we
14 could move along.
15 MR. HELLER: Perhaps if your client
16 will answer the questions, we can move along. Let's
17 go.
18 MR. GINSBERG: He's trying to answer --
19 MR. HELLER: No. He's not.
20 MR. GINSBERG: -- very difficult
21 amorphous, opaque questions.
22 MR. HELLER: I totally disagree with
23 you. But you can have your opinion and I can have
24 mine.
25 BY MR. HELLER:

N. SPANOS

1
2  Q  Let's start from scratch. Who is Ben Young?
3  Strike that. How are you familiar with Ben Young?
4  A  He walked into the Bitcoin Center years ago
5  on 40 Wall.
6  Q  And after he walked into the Bitcoin Center
7  at 40 Wall, did you individually or on behalf of any
8  entity have any business relationships with Ben Young?
9  MR. GINSBERG: On that day?
10 BY MR. HELLER:
11 Q  After. He walked into the Bitcoin Center.
12 Did --
13 MR. GINSBERG: I'm not asking you
14 whether you mean after on that date that he walked in
15 or any time after.
16 BY MR. HELLER:
17 Q  Any time after that day.
18 MR. GINSBERG: Can you define business
19 relationship?
20 BY MR. HELLER:
21 Q  Did you have any entity, did you participate
22 in any entity together where you both had a business
23 relationship, whether it was Blockchain Technologies,
24 the Synapse Foundation, Zap.org?
25 MR. GINSBERG: Objection. Form.

14 (Pages 50 - 53)

Page 54

```
1              N. SPANOS
2  BY MR. HELLER:
3     Q    You can answer.
4          MR. GINSBERG:  If you can understand
5  it, you can answer.
6          THE WITNESS:  I can't give you a yes or
7  no because you just put a triple bind in there.  So if
8  I say yes, then that means yes to all three?
9          MR. HELLER:  No.
10         THE WITNESS:  You know, you've got to
11 make a question about it.
12         MR. HELLER:  No.  You --
13         MR. GINSBERG:  That's because the
14 question is objectionable as to form.  If you could
15 break it down and ask straightforward questions --
16         THE WITNESS:  Yeah.
17         MR. GINSBERG:  -- Mr. Spanos would do
18 his best to respond.
19 BY MR. HELLER:
20    Q    Did you and Mr. Young have any business
21 relationship -- strike that.  Did Blockchain
22 Technologies Inc. have any business relationship with
23 Ben Young or any entity with which Ben Young was
24 affiliated?
25    A    Yes.
```

Page 55

```
1              N. SPANOS
2     Q    Okay.  Was it with Mr. Young individually or
3  with an entity with whom which he was affiliated?
4     A    I don't remember.
5     Q    And did you or any -- no.  Strike that.  Did
6  Ben Young have any business relationship, Ben Young or
7  any entity with whom he was affiliated, have any
8  business relationship with the Synapse Foundation?
9     A    Any relationship?
10    Q    Any relationship.
11    A    Sure.
12    Q    Do you recall what that relationship was?
13    A    No.  I mean, I don't recall.  Yeah.
14    Q    Do you recall anything that Mr. Young or any
15 entity with whom he was affiliated did in connection
16 with the Synapse Foundation?
17         MR. GINSBERG:  Objection.  Assumes
18 facts not in evidence.
19 BY MR. HELLER:
20    Q    You can answer.
21         MR. GINSBERG:  The relationship could
22 be personal as well as professional, business as well
23 as non-business.
24 BY MR. HELLER:
25    Q    Only in the business context.
```

Page 56

```
1              N. SPANOS
2          MR. GINSBERG:  Objection as to form.
3          THE WITNESS:  You guys said a bunch of
4  stuff and I got confused.  I don't know.  Can you say
5  it one more time, please?  I'm sorry.
6  BY MR. HELLER:
7     Q    What, if anything, did Mr. Young do
8  individually or on behalf of an entity with the
9  Synapse Foundation from a business standpoint, not an
10 individual standpoint?
11    A    Talk a lot.
12    Q    Did he have --
13    A    To girls too.
14    Q    Did he have meetings?
15         MR. GINSBERG:  Talking about a business
16 relationship.  Did Young have a business relationship
17 with Synapse?
18         THE WITNESS:  I don't think so.  I
19 don't know.  I mean, I don't remember if Young himself
20 had or maybe I didn't even -- was privy to it.  But I
21 don't know.
22         I think, you know, Young was around a
23 lot.  And he spoke knowledgeably and at the Bitcoin
24 Center, you know, years ago.  But then he, you know --
25 geez.  I don't want to say anything bad.  But he --
```

Page 57

```
1              N. SPANOS
2  anyway.
3  BY MR. HELLER:
4     Q    Was Young the creative director of the
5  Synapse Foundation?
6     A    No.
7     Q    Was Young the creative director of Zap.org?
8     A    Has he called himself that?  Is that your
9  question?
10         MR. GINSBERG:  The question is --
11         THE WITNESS:  Was he?
12         MR. GINSBERG:  -- as an official title,
13 was he the creative director of Synapse --
14         THE WITNESS:  There was no
15 organizational chart to Zap.org and anyone calling the
16 Belarusians or some could get it changed.  People
17 would change stuff, put whatever they want on there.
18 I think I found myself as the --
19         MR. GINSBERG:  Nick.
20         THE WITNESS:  I'm sorry.
21         MR. GINSBERG:  Did Young have the title
22 of creative director of Zap.org?
23         THE WITNESS:  I'm not sure.
24         MR. GINSBERG:  Yes or no?
25         THE WITNESS:  I'm not sure.  That's the
```

15 (Pages 54 - 57)

N. SPANOS

1
2 answer.
3          MR. GINSBERG:  Not whether he gave it
4 to himself.  As a matter of organization, did he have
5 that title?
6          THE WITNESS:  No.  I mean, I see it
7 here on the paper.
8          MR. GINSBERG:  Nick, that's not the
9 question.
10          THE WITNESS:  That's what that says.
11          MR. GINSBERG:  That's not the question,
12 whether it's on that piece of paper or not.
13          THE WITNESS:  Oh.  Oh.
14          MR. GINSBERG:  Based on your knowledge
15 of Zap.org, did he -- was he the creative director?
16          THE WITNESS:  I'm not sure.
17 BY MR. HELLER:
18     Q    Who would know whether or not Ben Young was
19 the creative director of Zap.org or of the Synapse
20 Foundation?
21     A    I don't know.  Iorgos?  I don't know.
22     Q    Who on behalf of the Synapse Foundation --
23     A    I've got to pee again.
24     Q    -- makes a decision on who is involved in
25 providing services for the Synapse Foundation.  Strike

N. SPANOS

1
2 that.
3     A    Say it --
4     Q    I'll ask it another way.  You mentioned an
5 organizational chart.
6     A    No.
7     Q    Is there an organizational -- no?
8     A    I'm sorry.
9          MR. GINSBERG:  There's no
10 organizational chart.  That was his testimony.
11          MR. HELLER:  Okay.
12          MR. GINSBERG:  It's already been asked
13 and answered.
14 BY MR. HELLER:
15     Q    Did the Synapse Foundation perform an
16 initial coin offering?
17     A    So, yeah.
18     Q    Were there documents prepared in connection
19 with the initial coin offering of the Synapse
20 Foundation?
21     A    Probably.
22     Q    Who prepared those documents?
23     A    I mean, that'd be on the website, no?
24          MR. GINSBERG:  Nick, who prepared them,
25 if you know?

N. SPANOS

1
2          THE WITNESS:  It's too broad a
3 question.
4 BY MR. HELLER:
5     Q    Were there attorneys involved in connection
6 with the initial coin offering of the Synapse
7 Foundation?
8     A    Yes.
9     Q    What are the names of those attorneys?
10     A    I don't know.
11     Q    Do you have any --
12     A    I don't remember.
13     Q    Do you --
14     A    I probably would have known at one point.
15     Q    Are there any documents that would refresh
16 your recollection as to the attorneys who prepared the
17 documents for the initial coin offering of the Synapse
18 Foundation?
19     A    What does document mean?  Paper?
20     Q    A piece of paper.
21     A    Paper?  I don't think so.  I don't have any.
22     Q    Were there any electronic --
23     A    Probably.
24     Q    Any who would have access to the electronic
25 filings or documents relating to the initial coin

N. SPANOS

1
2 offering for the Synapse Foundation?
3     A    That would be -- Denmark or Isle of Man or
4 Switzerland.
5     Q    Did you have access to any documents,
6 electronic documents in connection with the initial
7 coin offering of the Synapse Foundation?
8     A    See, the issue is my eyesight was much, much
9 worse.  I had many surgeries.  I have a retinal -- I
10 have uveitis and retinal vasculitis.  And they put
11 pellets in my eyes.  And I've had many surgeries.  And
12 documents were not that good to me because I can't
13 really see that well.
14          So it's a little difficult to recollect the
15 -- you know, either someone read it to me or it was
16 sent to someone else.  I don't know.  I don't
17 remember.  Or we were there.
18     Q    Did you have access to the electronic
19 documents?  I didn't ask whether you read them.  I
20 just want to know whether you had access.
21     A    Oh.  I can't say to all of them because I'm
22 not sure.  But maybe.
23     Q    Okay.  Did you make any attempt to get those
24 electronic documents and give them to your attorney?
25     A    I don't remember.  Which attorney?

16 (Pages 58 - 61)

Page 62

```
1              N. SPANOS
2    Q   Mr. Ginsberg.
3    A   No.
4         MR. GINSBERG: Objection. I think that
5  calls for attorney-client privilege.
6         MR. HELLER: No. It doesn't.
7         MR. GINSBERG: And you're also assuming
8  facts not in evidence.
9  BY MR. HELLER:
10   Q   Answer the question.
11        MR. GINSBERG: If you want to start
12 with the basic question does Mr. Spanos have access to
13 those records now, then we can see where that goes.
14 But you're assuming he has access in asking that
15 question.
16        MR. HELLER: He answered the question.
17 And I did.
18        THE WITNESS: No. Can I go to the
19 bathroom?
20        MR. HELLER: Go to the bathroom.
21        THE WITNESS: Please? I drank too
22 much.
23        COURT REPORTER: Going off the record.
24 The time now is 11:53 a.m.
25        (Off the record.)
```

Page 63

```
1              N. SPANOS
2         COURT REPORTER: We're back on the
3  record. The time now is 11:58 p.m. -- 11:58 a.m. and
4  I'm going to read back the last portion.
5         THE WITNESS: What time is it? I've
6  got to take my medicine. Do you know what time it is?
7         MR. GINSBERG: Noon. Noon.
8         THE WITNESS: Oh, we've got to get out
9  of here in 24 minutes.
10        (The reporter replayed the record as
11        requested.)
12        MR. HELLER: You know what, let him
13 just clarify what he wanted to say.
14        MR. GINSBERG: Did you want to clarify
15 your last answer?
16        THE WITNESS: You asked if I ever gave
17 -- I don't know. What was the question? You said
18 something about giving to Mr. Ginsberg or something,
19 giving papers to Mr. Ginsberg.
20        Well, there's no way I gave them to Mr.
21 Ginsberg because I didn't have any papers. So I said
22 no. And then I had to go to the bathroom. And I had
23 to go to the bathroom before. I was holding it in.
24 But anyway. Anyway.
25 BY MR. HELLER:
```

Page 64

```
1              N. SPANOS
2    Q   Who from the Synapse Foundation has access
3  to electronic files of the Synapse Foundation?
4         MR. GINSBERG: Objection. Assumes
5  facts not in evidence.
6  BY MR. HELLER:
7    Q   Is there anyone from the Synapse Foundation
8  that has access to electronic files of the Synapse
9  Foundation?
10        MR. GINSBERG: If you know.
11        MR. HELLER: Hmm?
12        MR. GINSBERG: If he knows.
13        MR. HELLER: Mm-hmm.
14        THE WITNESS: I'm not sure.
15 BY MR. HELLER:
16   Q   Are you currently a director of the Synapse
17 Foundation?
18   A   No.
19   Q   Do you play any role whatsoever currently in
20 connection with the Synapse Foundation?
21   A   Well, there haven't been any phone calls for
22 a long time, so.
23   Q   When was the last time there was a phone
24 call?
25   A   I don't know. A while ago.
```

Page 65

```
1              N. SPANOS
2    Q   And who was that phone call with, the last
3  phone call?
4    A   Clufetos.
5    Q   Anyone else?
6    A   It was a long time ago.
7    Q   Is there anyone from the Synapse Foundation
8  who would have access to the electronic or paper
9  documents relating to the initial coin offering of the
10 Synapse Foundation?
11        MR. GINSBERG: Objection as to form.
12 Calls for -- a hypothetical question. Calls for
13 speculation.
14 BY MR. HELLER:
15   Q   If you know the answer, you can answer.
16   A   Say it again?
17   Q   Do you know who from the Synapse Foundation
18 would have access to the electronic files or paper
19 files of the Synapse Foundation?
20        MR. GINSBERG: Objection to form.
21        THE WITNESS: I told you I don't know.
22 BY MR. HELLER:
23   Q   Do you know if there is anyone currently
24 involved in the running of the Synapse Foundation?
25   A   The people we said before.
```

17 (Pages 62 - 65)

Page 66

1            N. SPANOS
2     Q   Who are those people?
3     A   I mean, it's -- I told you. Clufetos. I
4  forgot this guy's name. I don't know. The Danish
5  guy. I forgot his name. I don't know. There's
6  another person, two more people I don't remember.
7        One's like Tabby, Tabitha something.
8  Tabitha something. I don't know the last name. Okay?
9  I don't. I mean, you know, it took me a long time to
10 remember Herskowitz's name.
11    Q   When was the last time --
12    A   I don't think that way. I'm sorry.
13    Q   When was the last time you or any entity
14 that you were affiliated with performed any
15 compensated or uncompensated services for the Synapse
16 Foundation?
17    A   Say that again.
18    Q   When was the last time you or an individual
19 -- or an entity with which you were affiliated
20 performed any compensated or uncompensated services on
21 behalf of the Synapse Foundation?
22    A   A few months ago. I mean, probably a few
23 months ago.
24    Q   What were those services?
25    A   I don't know. Tweeting. I mean, you have

Page 67

1            N. SPANOS
2  to understand that there's a community of people that,
3  you know, do things without any permission or --
4     Q   So you --
5     A   -- guidance or anything. There's a whole
6  community of software holders. I mean, you're calling
7  it ICO whatever. But it's software.
8     Q   Did you have permission to perform those
9  services when you performed them?
10    A   I had -- at their request. Yeah. It wasn't
11 even permission. It was --
12    Q   And who made the request?
13    A   I think it was Clufetos.
14    Q   And how was that request made?
15    A   One of the auditory apps.
16    Q   Where were you when that request was made?
17    A   I don't really remember.
18    Q   Where do you spend the majority of your
19 time?
20    A   I'm on the road a lot, all over.
21    Q   Where do you spend the majority of your
22 team?
23        MR. GINSBERG: You mean New York as
24 opposed to on the road or is he in New York more than
25 he's in the Isle of Man or --

Page 68

1            N. SPANOS
2        MR. HELLER: Yeah. Where does he spend
3  the majority of his time?
4  BY MR. HELLER:
5     Q   More than 51 percent of your time, are you
6  in New York City, are you on the road, are you --
7        MR. GINSBERG: Just one minute.
8  Objection. Assumes facts not in evidence. Assumes
9  Mr. Spanos is any place 51 percent of his time.
10       MR. HELLER: Well, he could tell me so.
11       MR. GINSBERG: Well, if you ask the
12 proper question, he could respond properly.
13 BY MR. HELLER:
14    Q   Mr. Spanos, where do you reside?
15    A   In New York City.
16    Q   Do you maintain an office in New York City?
17    A   No.
18    Q   Where do you maintain an office?
19       MR. GINSBERG: Objection. Assumes
20 facts not in evidence.
21 BY MR. HELLER:
22    Q   Do you have an office?
23    A   Me?
24    Q   Yes.
25    A   No. I don't think so.

Page 69

1            N. SPANOS
2     Q   Do you work -- do you currently work for a
3  company or an entity?
4        MR. GINSBERG: Do you get a W-2 or a
5  1044 from any company?
6        THE WITNESS: No.
7  BY MR. HELLER:
8     Q   Do you get a 1099 from any company?
9     A   This questioning --
10       MR. GINSBERG: 1099.
11       THE WITNESS: No. I don't think so. I
12 don't know yet. I hope so.
13       MR. GINSBERG: Just answer the
14 question.
15       THE WITNESS: I just -- I'm trying to
16 answer, you know, factually.
17 BY MR. HELLER:
18    Q   Last year in --
19    A   Oh, last year.
20    Q   2018, did you get a 1099 from any company?
21    A   Not yet.
22    Q   In 2018, did you maintain an ownership in
23 any entity?
24    A   Yes.
25    Q   Which entities did you maintain an ownership

18 (Pages 66 - 69)

Page 70

1           N. SPANOS
2  in?
3      A   Oh, I don't know.  A lot of them.
4      Q   Okay.  Do you maintain an ownership in
5  Blockchain Technologies?
6      A   No.
7      Q   In 2018, you did not maintain an ownership
8  interest in Blockchain Technologies?
9      A   No.
10     Q   In 2018, did any entity with whom you --
11     A   He's not saying the name of the company
12  right.
13         MR. HERSKOWITZ:  Blockchain
14  Technologies Corporation.
15  BY MR. HELLER:
16     Q   In 2018, did you maintain an ownership
17  interest in Blockchain Technologies Corporation?
18     A   Yes.  You're saying -- you said with a Y.
19  That's another company, Blockchain Technology.  That's
20  --
21     Q   I said technologies.
22     A   Well, I didn't hear it.  And then you didn't
23  say corporation.  There's a lot of them.  It's a very
24  -- there's a lot of companies with that name.
25     Q   In 2018, did Blockchain Technologies

Page 71

1           N. SPANOS
2  maintain an office --
3      A   I mean, if I didn't want to tell you, I
4  wouldn't have brought up the -- I'm trying to help you
5  ask me the question correctly.
6      Q   That's fine.  That's fine.  In 2018, did
7  Blockchain Technologies Corporation have an office?
8      A   Yes.  Wait, 2009?
9      Q   '18.
10     A   '18.  Yes.
11     Q   Where was that office?
12     A   There was a couple of places used.  What
13  does Blockchain Technologies have to do with this?
14     Q   Answer the question, please.
15     A   I thought this was Zap.
16     Q   Answer the question, please.
17         MR. GINSBERG:  Just answer then.
18         THE WITNESS:  Yeah.  I had an office at
19  55 Wall Street.  I think that's the address.
20  BY MR. HELLER:
21     Q   Now you mentioned previously that in 2018
22  you resided -- strike that.  You mentioned previously
23  that you reside in New York City and that you had an
24  office for Blockchain Technologies in New York City.
25  When you were asked to perform services on behalf of

Page 72

1           N. SPANOS
2  the Synapse group --
3      A   Yeah.
4      Q   -- was it performed at the place you resided
5  or out of the place you worked in New York City?
6         MR. GINSBERG:  Objection.  I don't have
7  any idea what that question means.
8         MR. HELLER:  Well, if he understands
9  it, he can answer.
10         THE WITNESS:  I don't know what he
11  means.  Can you say it again?
12  BY MR. HELLER:
13     Q   When you were asked to perform services for
14  the Synapse Foundation a few months ago --
15     A   Yes.
16     Q   -- was it out of your office in New York
17  City that you performed those services?
18         MR. GINSBERG:  Objection.  There was no
19  testimony that he performed any services.
20         MR. HELLER:  Yes.  There was.
21         MR. GINSBERG:  No.  There was testimony
22  that he was asked to perform services.
23         MR. HELLER:  And he said he did.
24         MR. GINSBERG:  I don't believe that's
25  correct.  Ask him the question.  Don't stare at me.

Page 73

1           N. SPANOS
2         THE WITNESS:  He's angry, this guy.
3  BY MR. HELLER:
4      Q   Mr. Spanos, you were asked to perform
5  services a few months ago on behalf of the Synapse
6  Foundation.
7      A   Yeah.
8      Q   Did you perform services on behalf of the
9  Synapse Foundation?
10     A   Me?  Or I don't understand the question.
11         MR. GINSBERG:  You're being asked in
12  your individual capacity if you performed services for
13  Synapse Foundation a few months ago.  And the answer
14  is yes or --
15         THE WITNESS:  Paid or unpaid?  Yeah.
16  BY MR. HELLER:
17     Q   Okay.  And where did you perform those
18  services?
19     A   I don't know where I was at the time.  You
20  mean physically, in a three-dimensional world?
21     Q   Yes.  In a three-dimensional world.
22     A   I'm not sure.  In 20 -- what year, '18?  I
23  think I --
24     Q   You said a few months ago you were asked to
25  perform services.

19 (Pages 70 - 73)

Page 74

N. SPANOS

1
2    A   Oh, a few months ago. I don't remember
3    where I was.
4    Q   When you were asked to perform the services
5    for the Synapse Foundation a few months ago, what were
6    you asked to do?
7    A   I don't remember. I think something,
8    something to do with communication.
9    Q   Communication with whom?
10   A   Just communication, like to the public or
11   something.
12   Q   And did you communicate to the public?
13   A   I don't remember. Probably -- can I -- I
14   don't know. Can I ask someone? I mean, I don't
15   remember.
16   Q   Well, who would you ask?
17   A   I would ask if I did work -- I think it was
18   supposed to be a tweet or something I think. I don't
19   remember. I would ask probably the Danish guy or
20   Clufetos or someone.
21   Q   Are you familiar with Satoshi Square?
22   A   Yeah.
23   Q   What is Satoshi Square?
24   A   Satoshi Square is a group of people that
25   meet and trade bitcoin.

Page 75

N. SPANOS

1
2    Q   How often do they meet?
3         MR. GINSBERG: Objection. This is --
4         THE WITNESS: I have no idea.
5         MR. GINSBERG: Wait, wait, wait, wait.
6    Stop. Please slow down. If you can make a proffer as
7    to why this has anything to do with Zap --
8         MR. HELLER: I don't have to make a
9    proffer.
10        MR. GINSBERG: Excuse me. Stop
11   interrupting me, please. This deposition is limited
12   to whether there is jurisdiction with regard to
13   Zap.org.
14        MR. HELLER: Mm-hmm.
15        MR. GINSBERG: All right. And I'm
16   asking you for a proffer as to how this is related to
17   that specific limited inquiry. If you're not going to
18   do it, I'm going to direct my client not to answer.
19   That's not right. You're taking --
20        MR. HELLER: Absolutely not because if
21   I do make a proffer, then you and he could go outside
22   and discuss what the answer is and come back and tell
23   me what and what not.
24        MR. GINSBERG: Mr. Heller.
25        MR. HELLER: He knows what Satoshi

Page 76

N. SPANOS

1
2    Square is. I'm entitled to ask me about Satoshi
3    Square. And when he tells me about it, I'll follow up
4    with the appropriate questions.
5    BY MR. HELLER:
6    Q   Go.
7         MR. GINSBERG: Mr. Heller, first of
8    all, don't talk to my client that way.
9         MR. HELLER: I'm talking to you that
10   way.
11        MR. GINSBERG: Don't give -- excuse me?
12        MR. HELLER: I was talking to you that
13   way, not your client.
14        MR. GINSBERG: Go was directed towards
15   me?
16        MR. HELLER: Go was directed to your
17   client. I apologize for that.
18   BY MR. HELLER:
19   Q   Go. Speak.
20        MR. GINSBERG: We would not step
21   outside and discuss how to respond to your inquiry.
22   That's a totally inappropriate suggestion. It is
23   beneath you. And I'm surprised you would even suggest
24   that. If you're representing to me in good faith that
25   Satoshi Square has a connection to whether Zap.org

Page 77

N. SPANOS

1
2    does or does not have an existence or jurisdiction or
3    whether there is New York jurisdiction over Zap.org,
4    I'll allow my client to respond.
5         MR. HELLER: Thank you.
6         MR. GINSBERG: But I'd like that good
7    faith proffer representation from you.
8         MR. HELLER: I will make a good faith
9    representation that I have found a connection, at
10   least online, between Satoshi Square and Zap.org
11   and/or the Synapse Foundation.
12        MR. GINSBERG: Okay.
13        MR. HELLER: So I would like to ask
14   your client questions about that.
15        MR. GINSBERG: Okay.
16        MR. HELLER: Thank you.
17        THE WITNESS: So like I said, what's
18   the question?
19   BY MR. HELLER:
20   Q   What is Satoshi -- you said you are familiar
21   with Satoshi Square.
22   A   Yeah.
23   Q   How are you familiar with Satoshi Square?
24   A   I said it's people who meet and trade
25   bitcoin or talk about bitcoin.

20 (Pages 74 - 77)

Page 78

N. SPANOS

2  Q   And do you know whether the Synapse
3  Foundation and/or Zap.org has any connection with
4  Satoshi Square?
5       A   I don't think so.  If they were -- you know,
6  I don't know.
7            MR. GINSBERG:  Don't -- don't guess.
8            THE WITNESS:  Yeah.  I don't -- I don't
9  -- I don't know.  It's not that I don't remember.  I
10  don't know.
11  BY MR. HELLER:
12      Q   So do you play any role currently in
13  connection with any marketing of Zap.org and/or
14  Synapse Foundation?
15           MR. GINSBERG:  Objection.  Assumes
16  facts not in evidence, whether Zap and Synapse, or
17  Synapse does any marketing.
18  BY MR. HELLER:
19      Q   Does Zap.org and/or Synapse do any marketing
20  on behalf of that entity?
21      A   I don't know what market -- what you mean.
22  You know, marketing, what does that mean?
23      Q   Does it do anything to promote itself?
24      A   What does that mean?
25      Q   Advertisements.

Page 79

N. SPANOS

2      A   I don't know if it does -- you mean paid
3  advertisement?  I don't know.
4      Q   Okay.  Currently what role if anything do
5  you play --
6      A   I'm like --
7            MR. GINSBERG:  Wait, wait.  Let him
8  finish question.
9  BY MR. HELLER:
10      Q   -- on behalf of the Synapse Foundation?
11           THE WITNESS:  Okay.
12           MR. GINSBERG:  Listen.  Take your time.
13           THE WITNESS:  All right.  I want to
14  give him his answers fast --
15  BY MR. HELLER:
16      Q   What role do you play --
17      A   -- because I'm frightened of this guy.
18      Q   What role, if any, do you play on behalf of
19  the Synapse Foundation today?
20      A   Okay.  So I'm ad hoc spokesperson.  I mean,
21  I've never -- like I said, I don't think -- you know,
22  there's no organizational chart that I know of.  So
23  I'm a spokesperson because I'm visible in the
24  community.
25           I make suggestions on the incredible

Page 80

N. SPANOS

2  technology and explain the incredible technology to
3  people.  And I mean, I don't know what the definition
4  of spokesperson is because I'm not really from that
5  world, you know?  I'm usually behind a computer all
6  the time.
7            But I explain the technology pretty much.
8  If you're asking me what my duties are, I explain the
9  technology and that's what I do.
10      Q   Do you make any decisions relating to the
11  hiring or firing of anyone associated with the Synapse
12  Foundation?
13      A   No.
14      Q   Who -- do you know who from the Synapse
15  Foundation makes the decisions regarding the firing or
16  firing?
17      A   Nobody.  There's no one hired.  I don't
18  think you understand what these things are.  It's not
19  what you think it is.  You think it's like a regular
20  company or something like that.  You just don't
21  understand what it is.
22           It's a bunch of people.  And if they own the
23  software, you know, they make recommendations.  And
24  somehow there's a consensus reached and there's
25  thousands and thousands of people that own it.  So I

Page 81

N. SPANOS

2  don't think you understand how it works.
3            You're trying to -- you're trying for me to
4  express to you some corporate structure.  It doesn't
5  work that way.  And there's thousands of these types
6  of projects.  And none of them work that way.
7            So I don't know if you want a lesson.  In
8  that I can explain, you know?  But that's -- I don't
9  think you understand what it is.
10      Q   Well, maybe it'll speed things along if you
11  can explain it to me.
12           MR. GINSBERG:  Don't -- don't --
13           THE WITNESS:  I charge a lot of money.
14           MR. GINSBERG:  If there are questions
15  for --
16           THE WITNESS:  -- for that, a lot.
17           MR. HELLER:  Mark that as Spanos B
18           (Exhibit Spanos B was marked for
19           identification.)
20           THE WITNESS:  So if I go to the
21  bathroom by myself, would you not be angry?  I really
22  go to the bathroom a lot.  I'm on medicine for
23  hypertension.
24           MR. HELLER:  Mr. Spanos, it's not
25  personal.

21 (Pages 78 - 81)

N. SPANOS

1
2    THE WITNESS: I don't need a conference
3 or anything. I need to go to the bathroom a lot.
4    MR. HELLER: That's fine. I apologize
5 for suggesting that --
6    THE WITNESS: So my lawyer can stray
7 here.
8    MR. HELLER: No, no. Your lawyer I
9 trust implicitly.
10 BY MR. HELLER:
11   Q   Mr. Spanos -- and by the way, if you do need
12 to go to the bathroom, don't worry about it.
13   A   Thank you. Thank you.
14   MR. GINSBERG: Do you have a copy of
15 what you're showing him?
16   MR. HELLER: Yes.
17   THE WITNESS: Oh yeah, right there. 55
18 Wall Street.
19   MR. GINSBERG: And just wait -- thank
20 you.
21   THE WITNESS: Wow.
22 BY MR. HELLER:
23   Q   Mr. Spanos, I've placed before you three
24 documents Bates-stamped BTC_000991 through BTC_000993.
25 And they appear to be invoices to Synapse Foundation

N. SPANOS

2 by Blockchain Technologies Corp.
3   A   Yeah.
4   Q   And they were produced by your counsel in
5 connection with this lawsuit. Do you recognize these
6 documents, these three pages?
7   A   I don't recognize the exact document. But I
8 can attest. I don't know. I can probably -- yeah,
9 whatever. I loosely recognize it.
10   Q   Okay.
11   A   I don't know that it's -- yeah.
12   Q   In your at least recognition of the
13 documents, do you have an understanding of what these
14 three documents relate to?
15   A   I think so. Yeah. I think so.
16   Q   Please let me finish the question before you
17 answer.
18   A   Oh, I'm sorry.
19   Q   What do these three documents relate to?
20   A   I believe it was the foundation hired out
21 Blockchain.
22   Q   To do what?
23   A   I don't -- it doesn't say. I don't know.
24   Q   It says --
25   A   I don't remember.

N. SPANOS

2   Q   In the middle of the first page, it says
3 advance for ongoing work and expenses.
4   A   Oh, so I don't know.
5   Q   What ongoing work?
6   A   Well, like coding or something like that.
7 I'm not sure.
8   Q   Do you know who from the foundation, an
9 individual, hired Blockchain on behalf of Synapse
10 Foundation?
11   A   Well, you know, that was a fight because,
12 you know, they had cheaper labor elsewhere in Poland
13 and Yugoslavia -- not Yugoslavia. Belorussia and
14 Armenia. Cheaper labor.
15       And it was a fight to even get it to this
16 coding house here, whatever. If this was for coding,
17 I'm not sure where it was in the timeline. I don't
18 know.
19   Q   Do you know who from Synapse Foundation --
20   A   Yeah.
21   Q   -- hired Blockchain Technologies Corp. for
22 ongoing --
23   A   Well, like I said, it was an argument --
24       MR. GINSBERG: Let him finish the
25 question.

N. SPANOS

2       THE WITNESS: I'm sorry.
3 BY MR. HELLER:
4   Q   For ongoing work and to pay expenses.
5   A   What? Ongoing work and what?
6   Q   And expenses.
7   A   Where does it say that? It says that?
8   Q   Yes. It does.
9       MR. GINSBERG: Objection. Assumes
10 ongoing work.
11       THE WITNESS: No. It says right here
12 advance ongoing work and expenses.
13       MR. GINSBERG: Oh, I'm sorry.
14       THE WITNESS: There was a consensus
15 somehow and, you know, there was an argument. But
16 they wanted cheaper European or Asian work.
17 BY MR. HELLER:
18   Q   Who is they?
19   A   So they gave some to us.
20   Q   Who was the consensus with?
21   A   People on the phone call.
22   Q   Who were on the phone call?
23   A   I don't remember. What date is this? Oh,
24 2018. I still don't remember. February. I don't
25 remember.

22 (Pages 82 - 85)

Page 86

N. SPANOS

2  Q   Was work performed by Blockchain
3  Technologies for Synapse Foundation?
4  A   Yeah.
5  Q   What type of work was performed?
6  A   So Synapse Foundation hired Blockchain
7  Technologies to do work. I'm not sure exactly what
8  this invoice is for, what part of the work.
9       But different types of, I don't know, like
10  coding maybe on the backend, some encryption maybe.
11  I'm not sure. I don't remember the exact work. That
12  should be -- I don't know.
13  Q   Did Synapse Foundation pay for the work?
14  A   Yes. Right there.
15  Q   At the time Synapse Foundation engaged
16  Blockchain Technologies to perform work for it, did
17  you have a role with Blockchain Technologies
18  Corporation?
19  A   I was lobbying for Blockchain Technologies.
20  I was lobbying the foundation for Blockchain
21  Technologies to get some work.
22  Q   Did you hold a position at that time with
23  Blockchain Technologies Corporation?
24  A   Yes.
25  Q   What was that position?

Page 87

N. SPANOS

2  A   I don't know. The boss. I don't know.
3  What was it? Shareholder? I'm not sure.
4  Q   Were you chief --
5  A   I don't know what it is. You know, I don't
6  know.
7  Q   Do you recall whether you were chief
8  executive officer at that time?
9  A   You know what? It probably says that in a
10  lot of places. And I'm not sure what the textbook
11  definition of chief executive officer is. People
12  might think I'm a businessman. But I'm more a
13  technologist.
14  Q   Do you recall how Synapse Foundation paid
15  for the services, whether it was wire, check?
16  A   I don't recall.
17  Q   Turning your attention to the third page --
18  A   I think we're done. It's been two hours.
19  I've got to go to the bathroom.
20  Q   You want to go before I ask the next
21  question?
22  A   I'd like to go to the bathroom.
23  Q   Okay.
24  A   So we're going off the record here?
25  Q   Yes.

Page 88

N. SPANOS

2       COURT REPORTER:  Going off the record.
3  The time now is 12:28 p.m.
4       (Off the record.)
5       COURT REPORTER:  We're back on the
6  record. The time now is 12:36 p.m.
7  BY MR. HELLER:
8  Q   Okay. Mr. Spanos, you had previously
9  mentioned that you're familiar with Satoshi Square.
10  A   Yeah.
11  Q   Have you ever spoken at Satoshi Square?
12  A   Sure.
13  Q   Okay. How often do you speak at Satoshi
14  Square?
15  A   Oh, I don't know. I don't know.
16  Q   More than once a year?
17  A   I don't know. Sometimes.
18  Q   Okay. And have you spoken in Satoshi Square
19  in 2020?
20  A   2020?
21  Q   Mm-hmm.
22  A   I don't think so.
23  Q   Did you speak at Satoshi Square in 2019?
24  A   Listen, can I define Satoshi Square to you
25  better? Because --

Page 89

N. SPANOS

2  Q   Sure.
3  A   Okay. So Satoshi Square is a bunch of guys.
4  And they don't even -- you know, a lot of them don't
5  even have their real name. And they show up and they
6  trade.
7       So when you say did I speak at Satoshi
8  Square, does that mean that I -- was I distinguished,
9  you know, these guys, they hate each other. They hate
10  everyone. I don't know what that means. Was I --
11  Q   Have you been someone for whom an
12  advertisement --
13       MR. GINSBERG:  Wait a minute. Were you
14  done, Nick?
15       THE WITNESS:  Hmm?
16       MR. HELLER:  Were you done? I'm sorry.
17  I interrupted you.
18       MR. GINSBERG:  Were you done with your
19  answer?
20  BY MR. HELLER:
21  Q   Were you done with your answer?
22  A   I'm just saying he thinks like -- I don't
23  know what he thinks Satoshi Square is. Satoshi Square
24  is a bunch of random people that -- not random. It
25  comes from a group of people that were early bitcoin

23 (Pages 86 - 89)

Page 90

N. SPANOS

2 traders. We used to trade in the park under Lincoln.
3 I think it was Lincoln statue in the north of Union
4 Square Park. Which statue is that?
5        MR. GINSBERG: Keep going, Nick.
6        THE WITNESS: And then we traded in
7 Whole Foods. And the guy that runs it -- ran that, I
8 don't know. In the beginning, there was like a meetup
9 or something and there was some guy in Panama. Ross.
10 Ross. Ross. I don't know. Ross. Ross. And --
11 BY MR. HELLER:
12   Q   Do you know where Satoshi Square is located?
13   A   Nowhere and everywhere.
14   Q   When you --
15   A   It's a decentralized thing. So we're
16 decentralists by definition.
17   Q   Do individuals ever meet up in a particular
18 location?
19   A   We used to meet up in the north of Union
20 Square in New York City where it started in like 2012,
21 2011, 2012, 2013.
22   Q   Are you familiar with --
23   A   Early 2013, late 2012.
24   Q   Are you familiar with a location called 45
25 Mott Street in Basement?

Page 91

N. SPANOS

2   A   Oh, yeah. Yeah.
3   Q   And the individuals that make up Satoshi
4 Square ever meet -- have they ever met at 45 Mott
5 Street in the Basement?
6   A   I think so. Yeah.
7   Q   Okay. And have they met there more than
8 once?
9   A   Yeah.
10   Q   Have they met there -- do you recall whether
11 they met there --
12   A   This is not in the beginning of Satoshi
13 Square when -- you know, in the -- you're saying just
14 the -- what year is that?
15   Q   2019.
16   A   Yeah. Okay.
17   Q   Were there events at Satoshi Square ever
18 sponsored by Zap --
19   A   The 45 --
20        MR. GINSBERG: Nick, you've got to let
21 him finish.
22        THE WITNESS: I'm sorry.
23 BY MR. HELLER:
24   Q   Were there events or meetups in Satoshi
25 Square ever sponsored by Zap.org?

Page 92

N. SPANOS

2   A   It's hard to say. I mean, it depends what
3 your definition of sponsored is. Did they buy drinks?
4 Did they -- I don't know. You know what I mean? What
5 do you mean?
6   Q   Did they buy drinks?
7   A   Probably.
8   Q   Did they buy food?
9   A   I don't think so. Not in 2019.
10   Q   Prior to 2019, did Zap.org buy food for
11 meetups at Satoshi Square?
12   A   I don't think so.
13   Q   How many times did Zap.org sponsor a meetup?
14   A   I don't know.
15   Q   Was it more than once?
16        MR. GINSBERG: Let him finish his
17 question.
18        THE WITNESS: I'm sorry.
19 BY MR. HELLER:
20   Q   Was it more than once?
21   A   I don't remember. Maybe. Because the
22 reason why I'm answering that way is when people get
23 together, everybody throws their name on stuff. So if
24 they threw Zap's name on it, you know what I mean, no
25 one enforced --

Page 93

N. SPANOS

2   Q   Who is they?
3        MR. GINSBERG: Wait. Were you done
4 with your answer? No one enforced?
5        THE WITNESS: Nobody enforced, you
6 know, loose, decentralized type people. No one
7 enforced, oh, you said that you sponsored or whatever.
8 You didn't give any money.
9        You know, it was nothing like -- if
10 there was a meetup, everyone threw their name in to
11 try to, you know, bring their group of people or
12 people that followed them or something to bring as
13 many people to the place as possible. Do you
14 understand me? It's not like an exclusive thing.
15 BY MR. HELLER:
16   Q   Are you saying --
17   A   If that's what you're saying, you know --
18   Q   I'm not saying anything.
19   A   Well, I'm sorry. Am I saying what?
20   Q   That the individuals who indicated that
21 Zap.org was sponsoring an event at Satoshi Square did
22 not have permission to put Zap.org's name --
23   A   There's no one in charge of Satoshi Square.
24 It's just a gathering of people. So when people say,
25 hey, Satoshi Square, all this means, you know, if

24 (Pages 90 - 93)

Page 94

1            N. SPANOS
2 you're a bitcoiner, show up. Josh Jeffries -- no,
3 Josh. I forgot his last name -- used to have creative
4 control, creative control. I don't know. Used to
5 have a curated thing.
6        But this is back six years ago. And he
7 moved out of the country. And his -- he, you know --
8 and plus, Satoshi Square is all over the world. It's
9 like a Toastmasters. How about Toastmasters? I don't
10 know what Toastmasters is.
11        But if there was a Toastmasters of bitcoin -
12 - but Satoshi Square doesn't train you. You know,
13 it's not an entity. It's not -- I'm trying to explain
14 to you what it is in the real world. You guys have --
15    Q   Who is Rachel Siegel?
16    A   Rachel Siegel is an influencer.
17    Q   Do you know whether she has ever hosted an
18 event at Satoshi Square at 45 Mott?
19    A   So when you say has she ever hosted an
20 event, did she have the microphone? Is that what
21 you're saying?
22    Q   It says she's the host, so.
23    A   Yeah. But did you look up if there were any
24 other hosts on the same night? You know what I mean?
25 I'm not sure.

Page 95

1            N. SPANOS
2    Q   Have you ever witnessed her being a host?
3    A   Yes.
4    Q   And have you ever witnessed her as being a
5 host of an event at Satoshi Square that Zap.org
6 sponsored?
7    A   So if -- I'm not sure exactly what you
8 perceive sponsoring is. I think we have two different
9 ideas of what the word sponsor means. So --
10    Q   What's your idea of the word sponsor?
11    A   Sponsors like rent the place out or do, you
12 know, all kinds of stuff like that. So yeah, you
13 know, Zap.org never rented a place, you know, where
14 did you say? What was the address?
15    Q   45 Mott.
16    A   That's a bar.
17    Q   So, but Zap.org bought the drinks?
18    A   I could -- I could imagine that Zap.org sent
19 to someone, someone requested for them to pay for the
20 drinks. And those guys sent some kind of
21 cryptocurrency which thereby someone else, not me,
22 converted the cryptocurrency and bought drink tickets,
23 I believe, because there were drink tickets being
24 handed out. I assume that would be it. I really
25 don't know.

Page 96

1            N. SPANOS
2        That happens all the time. Like someone
3 asks one foundation. They ask another foundation.
4 You know, and then if you have a good name, you might
5 be able to get 10 foundations' names. And you would
6 get their cryptocurrency sent to you. And they don't
7 care where the hell it is as long as, you know, they
8 believe that you're going to put their logo somewhere.
9        So I'm not sure if I was at that event.
10 I've been -- I think they had events there for a long
11 time, Satoshi Square for how many -- many times,
12 right? And I might have been there twice I think or
13 three times. And they might have had them there for I
14 don't know how many times.
15    Q   And on --
16    A   Dozens. I'm not sure.
17    Q   And on --
18    A   I had no control.
19    Q   No control over?
20    A   Over those events or design of the events or
21 -- meaning the events you're talking about. Yeah.
22 And people -- I mean, it happens all the time. Did
23 someone use my name to get the thing? Maybe.
24        MR. GINSBERG: Don't speculate or
25 guess.

Page 97

1            N. SPANOS
2        THE WITNESS: Yeah. Yeah.
3        MR. GINSBERG: Just -- if there's a
4 question, just respond to it.
5        THE WITNESS: Okay. I'm sorry. I just
6 want people to get -- you know, understand the
7 industry.
8        MR. GINSBERG: Okay. There's no
9 question pending.
10        THE WITNESS: You know what I mean?
11 Like you're trying to fit it into this square world.
12 It's a disorganized hodgepodge of, you know,
13 cryptocurrency enthusiasts, anarchical capitalists,
14 libertarians. I mean, it's just a bunch of cats
15 herding cats.
16        You know? It doesn't -- there's no
17 rhyme or reason. I don't take anything personal. I
18 just don't do anything. I try not to do -- I mean,
19 that's what it is, you know, trying to like paint some
20 kind of picture to people who don't understand the
21 industry.
22 BY MR. HELLER:
23    Q   But you had -- but you had nothing to do
24 with the sponsoring by Zap.org of any of these events.
25 Is that correct?

25 (Pages 94 - 97)

Page 98

```
1                 N. SPANOS
2    A   Yeah. I did not pay for them.
3    Q   You didn't personally?
4    A   No.
5    Q   Okay. So you have no idea how many events
6  Zap.org sponsored and paid for the alcohol at these
7  events?
8    A   No. I get -- anyway, whatever. I get
9  emails, or not emails. What the hell is it called?
10            MR. GINSBERG: There's no question.
11            THE WITNESS: Tweets.
12  BY MR. HELLER:
13    Q   Have you ever represented Zap.org in --
14  yeah, at any tradeshows?
15    A   Yeah. I put the banner. I have a couple of
16  slides at the end of a 30- or 40-slide presentation
17  that I have. I have, you know, two or three slides
18  for Zap.
19    Q   Have you ever stood in a Zap booth at a
20  tradeshow?
21    A   I've sat at a Zap booth when I was tired.
22    Q   Have you ever stood in a Zap booth?
23    A   Probably stood before I sat.
24    Q   Okay. And have there been Zap booths around
25  the country?
```

Page 99

```
1                 N. SPANOS
2    A   Around the world probably.
3    Q   Okay. Ever a Zap booth in New York?
4    A   I don't remember. But yeah, maybe. Yeah.
5  Maybe. I don't remember. Maybe.
6    Q   When --
7    A   Do you have something that can refresh my
8  memory? Because I don't remember.
9    Q   Well, I just --
10    A   I've been to dozens and dozens and dozens of
11  tradeshows over the year. I don't remember what city
12  I'm in, you know.
13    Q   Have you ever been to a tradeshow --
14    A   The hotels look the same to me.
15    Q   Have you ever been to a tradeshow in New
16  York relating --
17    A   I have. But I don't --
18            MR. GINSBERG: Let him finish the
19  question, Nick.
20            THE WITNESS: I'm sorry.
21  BY MR. HELLER:
22    Q   Have you ever been to a tradeshow in New
23  York which you were there on behalf of Zap.org?
24    A   On behalf of?
25    Q   Or the Synapse Foundation.
```

Page 100

```
1                 N. SPANOS
2    A   On behalf of?
3    Q   Yes.
4            MR. GINSBERG: Yes. On behalf of was
5  the question.
6            THE WITNESS: That's a pretty good
7  question you've got there. Like I said, I have 40 or
8  20 or 30 slides and then I put in a couple Zap.org
9  slides at the end of the presentation, of my
10  presentations to explain the technology.
11  BY MR. HELLER:
12    Q   Okay. And so, those presentations --
13    A   And I've done that in Belarus. I've done it
14  -- I don't know if I did it in Belarus. I've done it
15  all over the world.
16    Q   And you've done it in New York?
17    A   Yeah. I think so.
18            MR. GINSBERG: Don't guess.
19            THE WITNESS: I don't remember.
20            MR. GINSBERG: Do you remember ever
21  doing it in New York?
22            THE WITNESS: Listen, it's a blur. But
23  I believe I must have done it in New York.
24            MR. GINSBERG: Don't --
25            THE WITNESS: I've done it in Florida.
```

Page 101

```
1                 N. SPANOS
2  Is that okay?
3            MR. GINSBERG: Nick, do you recall --
4            THE WITNESS: I don't -- listen --
5            MR. GINSBERG: -- ever doing it in New
6  York?
7            THE WITNESS: I'm not a hundred percent
8  positive. I'm 78 percent. You know, I'm not a
9  hundred percent positive because I don't remember.
10  Yeah. I've done it in New York, meaning the slides.
11  BY MR. HELLER:
12    Q   Yes.
13    A   I've had two or three slides after a long
14  slideshow for Zap. Yes.
15    Q   In New York?
16    A   Yes. I remember now. Thank you. In
17  addition to --
18        (Exhibit Spanos C was marked for
19        identification.)
20  BY MR. HELLER:
21    Q   I only have two of these. But I'll make a
22  copy.
23    A   That doesn't look like me.
24            MR. GINSBERG: But I want to finish
25  your question in addition to what you were asking him.
```

26 (Pages 98 - 101)

Page 102

```
1               N. SPANOS
2       MR. HELLER: In addition to?
3       THE WITNESS: You want me to finish the
4  question?
5       MR. GINSBERG: I want you to finish the
6  answer. You said you had two slides after a long deck
7  of slides in addition to something. And then you
8  stopped. You were interrupted.
9       THE WITNESS: I don't remember what I
10 was saying.
11 BY MR. HELLER:
12   Q   Okay. Mr. Spanos, I've placed before you
13 what is a --
14       MR. GINSBERG: Is this -- I'm sorry.
15 Is this for me?
16       MR. HELLER: Yeah. You can have that.
17 BY MR. HELLER:
18   Q   There's a document that's been marked as
19 defendant -- Spanos C.
20   A   I can't see it.
21   Q   And it appears to be a picture of you in
22 front of a Zap.org booth. Do you recognize that?
23   A   Yeah. It looks like the inside of a hotel
24 with a Zap.org booth which I've had in dozens of
25 different countries around the world.
```

Page 103

```
1               N. SPANOS
2   Q   And have you -- do you recall ever being in
3  front of a booth of Zap.org in New York City, in a
4  hotel in New York City?
5   A   I could believe that I have been. But I
6  don't remember this certain -- like I couldn't tell
7  you what hotel this is or what event it is.
8       MR. GINSBERG: Nick, do you recall in
9  New York being in front of a Zap.org --
10      THE WITNESS: Yeah. I said 78 percent.
11 So now it's probably more. I just don't remember
12 because there's so many events that I get invited to.
13 BY MR. HELLER:
14   Q   Do you know how many tradeshows there are in
15 New York City annually relating to bitcoin?
16   A   Probably a lot.
17   Q   And does Zap.org have a booth each time?
18   A   I don't think so. No. No way.
19   Q   Does Zap.org have a booth at various times
20 during these tradeshows in New York City?
21   A   Zap.org, I mean, now with this picture, I
22 don't know. Probably. It's been I'm not sure how
23 many times. But there have probably been hundreds, at
24 least a hundred tradeshows in New York probably.
25   Q   Yes.
```

Page 104

```
1               N. SPANOS
2   A   Or 80 something maybe. I don't know what
3  the definition of a tradeshow is. But, and of those
4  times, I'm not sure. I'm not sure how many times
5  there was a booth. Like before you asked me about a
6  slide show. There've been events that, you know, Zap
7  was at. They had booths. I wasn't there.
8   Q   But you know Zap has had booths at
9  tradeshows in New York. You don't know how many. But
10 Zap has had booths.
11   A   I don't -- yeah. I just don't know the
12 exact number or -- I mean, now I'm recollecting. I
13 said before that 78 percent. But a hundred -- you
14 know, 78 percent I thought. But now I'm recollecting
15 a little more. I just don't know how many times.
16      MR. GINSBERG: Seventy-eight percent of
17 what?
18      THE WITNESS: Seventy-eight percent of
19 my brain is saying yes.
20      MR. GINSBERG: Yes what?
21      THE WITNESS: Yes. Zap has had booths
22 in New York. I just don't remember a hundred percent
23 where. For sure I don't remember when or what the
24 name of the tradeshow was or who was there or even if
25 I was there. For sure I don't remember that.
```

Page 105

```
1               N. SPANOS
2  BY MR. HELLER:
3   Q   Do you know --
4   A   Or even if I have known that at the time
5  that it happened. I might have learned after. But
6  it's all a blur to me. There's booths all over the
7  world. There's booths in all over the world.
8   Q   Do you know the purpose of the booth that
9  Zap has at a particular tradeshow, why it was placing
10 booths at tradeshows?
11   A   To explain the technology.
12   Q   Okay. And did Zap have individuals that it
13 -- paid or unpaid, representing the company at these
14 booths to explain the technology?
15      MR. GINSBERG: If you know. Don't
16 guess.
17      THE WITNESS: Who have explained?
18 Yeah.
19 BY MR. HELLER:
20   Q   And at times, were you one of those
21 individuals in the booth to explain the technology?
22   A   Listen, when I sit at a booth, all of a
23 sudden there's a big crowd. I can't even breathe,
24 that comes around me. So am I -- do I have to man the
25 booth? No.
```

27 (Pages 102 - 105)

Page 106

N. SPANOS

2  Q  But there's usually somebody --
3  A  Is there a schedule? Am I on it? No.
4  Q  Is there --
5  A  I don't even know if there's a schedule.
6  Q  But to the best of your knowledge, there is
7  someone with knowledge of the technology who would be
8  at the booth to explain the technology.
9  A  I suppose. I hope so. I hope so. You?
10  Q  Are you familiar with an individual by the
11  name of Tom St. Laurent?
12  A  Yeah.
13  Q  Please tell me how you're familiar with Tom
14  St. Laurent.
15  A  Tom St. Laurent is a technology guy. And
16  how I met him? What's the question?
17  Q  How are you familiar with him? How'd you
18  become familiar with him? How'd you meet him?
19  A  Okay. Thanks. I'm not familiar with
20  anybody.
21  Q  I don't want to know.
22  A  I'm just saying I don't know what you mean
23  by -- that's not my -- that's not my addiction there.
24  I met him -- I met him -- I think I met him on Wall
25  Street one time.

Page 107

N. SPANOS

2  Q  Okay. Was Tom --
3  A  The first time.
4  Q  Was Tom St. Laurent ever affiliated with the
5  Bitcoin Center of New York City?
6  A  Yeah. No. No.
7  Q  Was Tom St. Laurent --
8  A  He came by the Bitcoin Center. But I'm not
9  sure how many times. But I could probably count it on
10  one hand. I don't remember.
11  I only remember him like, you know, just
12  like 200 people every Monday, 300, 500 people every
13  Monday, 300 other people every Thursday, 40 or 50
14  people there day to day, every day. Just like them.
15  He came by.
16  Q  Okay. Did Tom --
17  A  He had no position at the Bitcoin Center.
18  The reason why you're asking me this question is
19  because the default of the programmers were to -- the
20  default of the little box that said affiliation or
21  previous job or I don't know what -- it doesn't say
22  anything. It just says Bitcoin Center under a bunch
23  of people. That was the default of that website.
24  Q  Is Tom St. Laurent, is he currently the
25  technical director of the Synapse Foundation?

Page 108

N. SPANOS

2  A  I don't think so.
3  Q  Is he currently the technical director of
4  Zap.org?
5  A  I don't think so.
6  Q  Was Tom St. Laurent ever the technical
7  director of the Synapse Foundation?
8  A  If there was someone to be called, meaning
9  like is aid before that these titles are really not
10  that -- have any meaning whatsoever. But is he a
11  smart guy and gave good suggestions and good
12  recommendations? Yes.
13  Q  Was Tom St. Laurent ever compensated by the
14  Synapse Foundation?
15  A  I'm not sure. I think so.
16  Q  Do you know where Tom St. Laurent resides?
17  A  No.
18  Q  Do you know what state he resides in?
19  A  I'm thinking New Jersey. I don't know.
20  Q  Do you know if Tom St. --
21  A  Or New York or New Jersey. I don't know.
22  Connecticut. New York, New Jersey or Connecticut.
23  Q  Do you --
24  A  I'm not sure if he resides there. But I
25  know that he -- you know --

Page 109

N. SPANOS

2  Q  Do you have any --
3  A  He has slept there in the past. Maybe it's
4  a girlfriend. I don't know.
5  Q  Do you know if Tom St. Laurent is employed
6  by an individual or an entity?
7  A  No.
8  Q  do you know whether he maintains an office
9  to work out of?
10  A  No.
11  Q  Have you ever visited Tom St. Laurent at an
12  office?
13  A  Have I seen him in an office?
14  Q  Yes.
15  A  Yeah.
16  Q  And where was that office located?
17  A  I've seen him in my real estate office.
18  Q  Your personal real estate office or your
19  entity?
20  A  Not my personal real estate office. I used
21  to have shares of a corporation with some other
22  people. And there was a real estate office.
23  Q  And so, you met him in your office?
24  A  No. I met him on Wall Street.
25  Q  No. I'm asking --

28 (Pages 106 - 109)

Page 110

```
1                    N. SPANOS
2     A    I'm sorry.
3     Q    -- if you ever had a meeting with him in a
4  business office.  And you said it was a real estate --
5  your real estate office.
6          MR. GINSBERG: Objection.  He didn't
7  say he had a meeting with him.
8          THE WITNESS: Yeah.  You asked me --
9          MR. GINSBERG: You asked him if he ever
10 saw him in an office.
11 BY MR. HELLER:
12    Q    Saw him.  Okay.  I apologize.  Did you ever
13 see Mr. St. Laurent in an office that was not an
14 office that you worked out of?
15    A    In an office?
16    Q    Yeah.
17    A    You're asking me if, you know, I worked out
18 of an office.  I never said that.  I said I owned part
19 of a real estate company.
20    Q    Okay.  Let's go back just to make this
21 clear.  Have you ever met with Tom St. Laurent in an
22 office in New York City?
23    A    Yes.
24    Q    Okay.  How many times?
25    A    I don't remember.
```

Page 111

```
1                    N. SPANOS
2     Q    More than once?
3     A    Yes.
4     Q    Do you recall where that office was?
5     A    Yes.
6     Q    Okay.  Where was that office?
7     A    It was at a real estate company which I
8  owned shares of which is not there anymore.
9     Q    Did you ever meet him in a different office
10 in New York City?
11    A    I don't remember.  I don't think so.  No.
12    Q    Do you have any access to any electronic
13 devices that would have Tom St. Laurent's address?
14    A    No.
15    Q    Do you have access to any electronic devices
16 that would have Steve Geros' address?
17          MR. GINSBERG: I'm sorry?  What was the
18 name?
19          MR. HELLER: Steve Geros. G-E-R-O-S.
20          THE WITNESS: No.  Where he lives?
21 Where these guys live?
22 BY MR. HELLER:
23    Q    Yeah.
24    A    No.
25    Q    Do you have any access to --
```

Page 112

```
1                    N. SPANOS
2     A    Not that I know of.  I don't think so.
3     Q    Do you have any access to any electronic
4  devices that would have Steve Geros' business address?
5     A    I don't know.
6     Q    Have you ever communicated with Steve Geros
7  electronically?
8     A    Yeah.
9     Q    Do you maintain copies of electronic emails
10 that are received from Steve Geros?
11    A    No.
12          MR. GINSBERG: Objection.  There's been
13 no testimony there were electronic emails received
14 from Steve Geros.
15          MR. HELLER: Say that again?
16          MR. GINSBERG: The testimony was not
17 that he received electronic emails from Steve Geros.
18 You asked him if he communicated electronically.
19          THE WITNESS: Yeah.
20          MR. GINSBERG: And as Mr. Spanos
21 previously told you, that includes phones and phone
22 apps.
23          MR. HELLER: Gotcha.
24 BY MR. HELLER:
25    Q    Have you ever communicated with Steve Geros
```

Page 113

```
1                    N. SPANOS
2  through email?
3     A    I don't know.  Probably.  I think.
4     Q    Have you performed a search of your email to
5  see if you found any emails with Steve Geros?
6     A    I had someone perform the search because I
7  don't really get into the email thing.
8     Q    Who performed the search?
9     A    I don't remember.  Some girl.
10    Q    When was the search performed?
11    A    Hold on.  Let me think.  Let me think.  I
12 don't remember who looked at the computer and went
13 through the stuff.
14    Q    Do you recall when?
15    A    I don't know.  A few months ago and I gave
16 them to the lawyer.
17    Q    What did you give to the lawyer?
18    A    A bunch of emails.  They didn't give them to
19 you?
20    Q    Emails with Steve Geros?
21    A    I'm not sure.  You're asking me -- you're
22 talking to someone who doesn't really read the email,
23 right?  And then you're asking me if I sent or if I
24 had an email from someone.  I have an email from a lot
25 of people probably.  They don't get answered.  I have
```

29 (Pages 110 - 113)

Page 114

1          N. SPANOS
2 unanswered email in my world. My world is a bunch of
3 unanswered email because I can't read.
4       I mean, I know how to read. I used to read.
5 But it just hurts me too much and it makes me dizzy.
6 So I've had many eye surgeries. So I have a very high
7 white blood cell count because I was down at the
8 Ground Zero. And I got 20,000 parts per million
9 lymphocytes. And I'm probably about to die out here
10 with this coronavirus. I should not be out here.
11       But I came out here to answer your
12 questions. So I'm trying to. But you're asking me
13 things that probably -- anyway. Keep going. I'm
14 answering everything you've got. I'm answering
15 everything you're asking me accurately I believe.
16   Q   So do you know whether you have unanswered
17 emails from Ben Young?
18   A   I have no idea. Probably. I'm not sure
19 because I tell everyone don't send me any emails
20 because I don't answer them. Did you send me emails
21 that I haven't answered --
22   Q   Do you have --
23   A   Mr. Ginsberg?
24       MR. GINSBERG: I'm not being
25 questioned.

Page 115

1          N. SPANOS
2       THE WITNESS: Can you answer the
3 question?
4       MR. HELLER: I can't answer that
5 question because it would be an attorney-client --
6       THE WITNESS: Well, he's laughing
7 because, yeah, I don't read email.
8 BY MR. HELLER:
9   Q   Okay. Now we're going to talk about Tom St.
10 Laurent. Do you have unanswered emails from Tom St.
11 Laurent?
12   A   I'm not sure.
13   Q   Same question regarding Eric Dixon.
14   A   I'm not sure. I know that there's 200,000,
15 300,000 unanswered emails, unread emails in my
16 mailbox.
17   Q   Who is -- are you familiar with an
18 individual by the name of Evan Renov, R-E-N-O-V?
19   A   No. Maybe. What's the name again?
20   Q   Evan Renov. R-E-N-O-V.
21   A   Sounds familiar.
22   Q   Do you know whether he's affiliated in any
23 way with the Synapse Foundation?
24   A   I'm not sure.
25   Q   Do you know whether he's affiliated in any

Page 116

1          N. SPANOS
2 way with Zap.org?
3   A   It just sounds familiar. The name sounds
4 familiar from, you know, like many -- a few years ago.
5 I think I'm not sure.
6   Q   Okay.
7   A   Maybe that's some Wall Street guy. I don't
8 know.
9   Q   I'm going to take a two-minute break. I'm
10 going to talk to my client for a minute and then we're
11 going to decide what additional questions to ask,
12 okay?
13       MR. GINSBERG: Sure.
14       THE WITNESS: Can I go to the bathroom
15 again?
16       MR. HELLER: Yes, you can.
17       THE WITNESS: All right. Thank you.
18       MR. HELLER: We're going off the
19 record.
20       COURT REPORTER: We're going off the
21 record. The time now is 1:08 p.m.
22       (Off the record.)
23       COURT REPORTER: We're back on the
24 record. The time now is 1:14 p.m.
25       THE WITNESS: Thank you. Thank you.

Page 117

1          N. SPANOS
2       MR. HELLER: No problem.
3 BY MR. HELLER:
4   Q   Mr. Spanos, who built the technology for
5 Zap.org?
6   A   A bunch of people.
7   Q   Okay. Could you name them?
8   A   A lot I think were bounties. So a lot of
9 misconceptions about this industry, which is a new
10 industry and a lot of people don't understand is that
11 most of the work is done with bounties to the
12 programmers that are known by their handle or maybe
13 not known because it doesn't matter because it's an
14 open source project.
15       And if they enter into the GitHub and that
16 branch is accepted, they would get some kind of bounty
17 in cryptocurrency from the foundation. So it's a very
18 big communication gap because this industry's not like
19 any industry that anyone's seen before. And that's
20 why the questions are a little -- many of the
21 questions are a little -- they could have been better
22 questions if you understood the industry.
23       I'm not saying that you're not smart.
24 You're a very smart, brilliant guy. This is a certain
25 type of industry that it's more on the -- fancies

30 (Pages 114 - 117)

N. SPANOS

1
2  itself to be of the decentralized nation -- nature,
3  which -- so bounties such as the developer of -- the
4  creator of Bitcoin. No one knows who he is. He did
5  an incredible job. He has a pseudonym named Satoshi
6  Nakamoto. But no one knows who he is.
7       So many -- a lot of code is written through
8  bounties and others. And if you go on the GitHub, you
9  know, you'll see there's hundreds of people. I don't
10 know how many people, from all walks of -- you don't
11 even know who they are because they'll never tell you
12 probably.
13     Q   So did Blockchain Technologies Corporation
14 help build --
15     A   Some part. Yeah.
16     Q   -- Zap.org?
17         MR. GINSBERG: Let him finish his
18 question.
19         THE WITNESS: I'm sorry. I'm sorry
20 BY MR. HELLER:
21     Q   Zap.org. And the answer is some part.
22     A   Yeah. Some part probably.
23     Q   Okay. Did Blockchain Technologies
24 Corporation start the process of building the
25 technology or that was started somewhere else?

N. SPANOS

1
2  A   Oh, I don't know. Blockchain Technologies
3  Corporation was paid by the Synapse Foundation to help
4  out in some places after I begged and pleaded for them
5  to hire Blockchain Technologies for a few things.
6  Q   And how was Blockchain Technologies paid?
7  In bitcoin?
8  A   You got it right there.
9  Q   Was it paid in U.S. dollars or in --
10 A   I don't know. You showed it to me. I
11 haven't really never seen it. I mean, I think I
12 understand what it is. But I've never see this thing.
13 Q   Just to let you know --
14 A   I mean, for all I know, you made this up. I
15 don't think so. I think it's actually an invoice from
16 Blockchain Technologies to the Synapse Foundation
17 where the Synapse Foundation paid for Blockchain
18 Technologies to do some work.
19     MR. GINSBERG: And Mr. Spanos is
20 pointing to Spanos Exhibit B.
21 BY MR. HELLER:
22 Q   He is, and just to let you know that these
23 documents were produced by your counsel, so.
24 A   Okay.
25 Q   We didn't make anything up.

N. SPANOS

1
2  A   No, no. I don't -- I didn't say that you
3  made it up. I just said I'm not really familiar a
4  hundred percent. I could see where this was created.
5  But I'm not familiar with this document myself
6  personally. That's what I'm saying.
7  Q   Do you know whether other than these three
8  invoices that are next to defendant's Exhibit B in the
9  aggregate amount of $20,000, whether there was any
10 additional money paid by the Synapse Foundation to
11 Blockchain Technologies --
12 A   Probably.
13 Q   -- for services provided on its behalf? Why
14 do you say probably? Do you --
15 A   I'm not an accountant. I'm not the
16 accountant. I'm not anything. I don't know about
17 this. I can't -- I told you I can't see. I won't
18 trust myself to see. Maybe it's the wrong thing.
19 Maybe I should get a projection screen TV and sit in
20 front of it all day --
21 Q   From what --
22 A   -- and try to read.
23 Q   From what period of time to what period of
24 time did Blockchain Technologies Corporation provide
25 services for the Synapse Foundation?

N. SPANOS

1
2  A   I don't know. I don't know exactly. I
3  mean, I don't remember.
4  Q   Who --
5  A   Not I don't know. I don't remember.
6  Q   Who from Blockchain Technologies Corporation
7  worked on the Synapse Foundation project for which
8  Blockchain Technologies was paid?
9  A   Say that again.
10 Q   Who from Blockchain Technologies Corporation
11 --
12 A   Yeah.
13 Q   -- worked on the Synapse Foundation project
14 for which Blockchain -- for which Blockchain
15 Technologies was paid?
16 A   Who from -- who from Blockchain Technologies
17 Corp. worked on things that Synapse paid for? I don't
18 know. I mean, not I don't know. I don't remember.
19 But --
20 Q   Do you have any records that would refresh
21 your recollection as to who worked on it?
22 A   I'd have to go over Blockchain stuff, get
23 someone to look at the Blockchain stuff, Blockchain
24 Technologies stuff to look at that. I mean, I don't
25 remember. For sure it was people. I don't know.

31 (Pages 118 - 121)

Page 122

N. SPANOS

1
2  Q  Did you receive any --
3  A  Or subcontractors. There's subcontractors,
4  right? Like 1099s which have -- I mean, you have
5  1099s or whatever over there. Checks. There were
6  checks that were sent to you, right? Yeah. No?
7  Q  Not in connection --
8  A  Huh?
9  Q  In connection with other things, yes.
10  A  Blockchain Technologies checks. There are
11  no Blockchain technologies checks? So show me them
12  and I'll tell you who did what.
13  Q  In connection with the Synapse Foundation?
14  A  If it's around the time of this bill, maybe
15  I'll remember it to recollect, to help me with my
16  memory. I mean, you're asking me things. I do a lot
17  of things all day, different things. So it's, you
18  know -- I'm not a -- I'm not sitting there standing
19  over one project.
20      I've got hundreds of projects. Mr.
21  Herskowitz over here probably wants a piece of all of
22  them after he gave me $105,000 instead of $250,000.
23  And he probably wants my dead father's gas station
24  too. I run that also. Maybe he wants that.
25  Q  Now that you made your point, are you ready

Page 123

N. SPANOS

1
2  to answer some questions?
3  A  I don't even know what the question is.
4  Q  Well, I will ask you.
5  A  This same question? I don't know right now.
6  I would know if I had more documents to help me
7  recollect. I just don't -- it's not sparking right
8  now. I'm sorry. These are nuanced things.
9      I don't remember if it was a bounty. I
10  don't remember. I don't remember three years ago.
11  You're talking about three or four years. I don't
12  know. How many years ago was it?
13  Q  In connection with the Synapse Foundation,
14  the ICO.
15  A  I don't know. It's not an ICO. You know,
16  you keep saying ICO. It's not an ICO.
17  Q  What was it?
18  A  There was a token generation that occurred
19  which is a utility token which is software. So we
20  created software. You keep saying the word ICO. I
21  don't know that. And I'm trying to answer you because
22  I know you don't know that about the industry and
23  you're handicapped in that way. But --
24  Q  When you say we, who are you referring to?
25  A  The everybody, the everybody. You know,

Page 124

N. SPANOS

1
2  hundreds of people in the blogosphere -- not
3  blogosphere. On the Internet who had some opinion of
4  what might should have happened. Designs and talks
5  and arguments, you know. It's like a PTA meeting
6  online.
7  Q  And who --
8  A  Without titles. You know a PTA meeting?
9  The PTA meeting --
10      MR. GINSBERG: Nick, just answer the
11  questions.
12      THE WITNESS: I'm sorry. I'm trying to
13  explain it. He's asking me to like give him some kind
14  of corporate structure. It doesn't work that way.
15  BY MR. HELLER:
16  Q  Did you receive any compensation in
17  connection with this utility token generation
18  software?
19  A  No. Wait a second. Wait a second. No.
20  Q  Did any company that you're affiliated with
21  receive any compensation?
22  A  Yes.
23  Q  What company received compensation?
24  A  Well, Blockchain Technologies.
25  Q  Any other entity with which you're

Page 125

N. SPANOS

1
2  affiliated with?
3  A  I don't think so. I don't remember.
4  Q  Do you have any evidence of any payments
5  that were made to Blockchain Technologies --
6  A  Yeah. Right here. Right in front of me.
7      MR. GINSBERG: Let him finish the
8  question.
9      THE WITNESS: I'm sorry.
10  BY MR. HELLER:
11  Q  -- in connection with the utility software.
12  And that's -- you pointed to Exhibit B.
13  A  Yes.
14  Q  Did you personally or any entity that you're
15  affiliated with receive any tokens in connection with
16  the utility software?
17  A  Yes.
18  Q  How many tokens did you --
19  A  I don't know. Do I have to answer that?
20      MR. GINSBERG: Let him finish the
21  question.
22      THE WITNESS: Keep going.
23  BY MR. HELLER:
24  Q  How many tokens did you or an entity that
25  you're affiliated --

32 (Pages 122 - 125)

N. SPANOS

1
2   A   Five million.
3        MR. GINSBERG: Nick, please give me
4   time.
5        THE WITNESS: Look, the guy wants an
6   answer. I'm trying to help him out. I'm sorry.
7   BY MR. HELLER:
8   Q   And who received it? You personally or an
9   entity?
10  A   I don't remember. It's not me personally.
11  Q   If it --
12  A   And it -- huh?
13  Q   If it was an entity, was it Blockchain
14  Technologies that received the 5 million tokens?
15  A   Most likely I think if I remember. I don't
16  know. I don't remember.
17  Q   I'd ask that a record be left in the record.
18       MR. GINSBERG: Excuse me?
19       MR. HELLER: A record be left in the
20  record as to which entity received the 5 million
21  tokens.
22       MR. GINSBERG: We've produced all of
23  the documents. Mr. Spanos doesn't have the -- doesn't
24  know the answer. I'm not sure what you're asking.
25       MR. HELLER: There's an entity that

N. SPANOS

1
2   received 5 million tokens.
3        THE WITNESS: Yeah. I believe --
4        MR. GINSBERG: Stop it.
5        THE WITNESS: Oh, I'm sorry.
6        MR. HELLER: In connection with the
7   utility software that was created --
8        MR. GINSBERG: Right.
9        MR. HELLER: -- for Synapse Foundation.
10  And Mr. Spanos testified that he didn't get it
11  personally and Blockchain Technologies Corp. did not
12  get the 5 million tokens.
13       THE WITNESS: I didn't say that.
14       MR. GINSBERG: No. He didn't say that.
15  He said he doesn't know.
16       THE WITNESS: I said I don't remember.
17  BY MR. HELLER:
18  Q   Okay. Assuming you didn't get it personally
19  and Blockchain Technologies did not receive the 5
20  million tokens --
21       MR. GINSBERG: Stop.
22  BY MR. HELLER:
23  Q   -- what other entity would have received the
24  5 million tokens?
25       MR. GINSBERG: Objection as to form.

N. SPANOS

1
2   You're asking a hypothetical. Mr. Spanos has just
3   testified that he didn't receive it and he doesn't
4   know which if any company did receive it.
5        MR. HELLER: He said someone did
6   receive it. I want to know who.
7        MR. GINSBERG: Do you know who received
8   it?
9        THE WITNESS: I don't remember. But I
10  think it was --
11       MR. GINSBERG: I don't want you to
12  speculate.
13       THE WITNESS: Okay.
14       MR. GINSBERG: You either know or you
15  don't remember.
16       THE WITNESS: I don't remember.
17  BY MR. HELLER:
18  Q   Was it Blockchain Technologies Corporation?
19  A   Excuse me?
20  Q   Was it Blockchain Technologies Corporation
21  that received the 5 million tokens?
22  A   I don't remember. But I believe so. But I
23  don't remember.
24  Q   Like I said, you can check your records to
25  determine whether or not Blockchain Technologies

N. SPANOS

1
2   received the 5 million token.
3        MR. GINSBERG: I mean, we've already
4   checked the records. You've been -- you have been --
5        MR. HELLER: And nothing has been
6   produced.
7        MR. GINSBERG: Excuse me. Whatever
8   exists has been produced. We'll make another effort
9   if we have not done that. But I believe we have
10  produced everything that exists. I'm not sure how
11  that relates to jurisdiction over the Zap.org in any
12  event.
13       MR. HELLER: It does. Payment for
14  services rendered. But that's --
15       MR. GINSBERG: Excuse me? I can't
16  understand you.
17       MR. HELLER: Payment for services
18  rendered in New York if it was paid to Blockchain
19  Technologies Corporation. I think it may have a --
20       MR. GINSBERG: That's not how you get
21  jurisdiction over --
22       MR. HELLER: There are many aspects.
23       MR. GINSBERG: Excuse me. That's not
24  the law. That's not how you get jurisdiction. The
25  law is very specific as to the bases for jurisdiction

33 (Pages 126 - 129)

Page 130

N. SPANOS

1
2  over an organization or an entity. And that's not one
3  of them.
4  BY MR. HELLER:
5      Q   Mr. Spanos, did you have any meetings with
6  any attorneys in the city of New York in connection
7  with the formation of the Synapse Foundation?
8      A   No.
9      Q   Did you have any meetings with any attorneys
10 in New York in connection with the creation of
11 Zap.org?
12     A   That would be acting as attorneys?
13     Q   Did you have any meetings with any attorneys
14 in New York in connection with the formation of
15 Zap.org?
16     A   No.
17     Q   Did you have any meetings with any
18 individuals in New York in connection with the
19 formation of Zap.org?
20     A   No.
21     Q   Did you have --
22     A   Wait, wait, wait. What'd you say?
23     Q   In connection with the formation of Zap.org.
24     A   Any individuals?
25     Q   Any individuals in New York.

Page 131

N. SPANOS

1
2      A   Yeah. Zap.org is a website.
3      Q   Okay.
4      A   I corrected him.
5          MR. GINSBERG: Just answer --
6          THE WITNESS: Keep my mouth shut?
7          MR. GINSBERG: Just answer the
8  question.
9          THE WITNESS: I'm trying. But the guy
10 is like --
11         MR. GINSBERG: Did you have any
12 meetings in New York with anyone regarding the
13 creation of Zap.org, yes or no?
14 BY MR. HELLER:
15     Q   You don't create a website?
16     A   I'm just saying. Probably.
17         MR. GINSBERG: No. Answer the question
18 about whether you had meetings in New York about the
19 formation of Zap.org.
20         THE WITNESS: No.
21 BY MR. HELLER:
22     Q   Did you have any meetings with any
23 individuals in New York regarding the formation of the
24 Synapse Foundation?
25     A   No. I don't think so.

Page 132

N. SPANOS

1
2      Q   Did you have any meetings with Mr.
3  Herskowitz in New York?
4      A   Yes.
5          MR. GINSBERG: Let him finish the
6  question.
7          THE WITNESS: Oh, I'm sorry.
8  BY MR. HELLER:
9      Q   -- in connection with an entity to be
10 formed in the Isle of Man?
11     A   Yes.
12     Q   When did you have those meetings, that
13 meeting?
14     A   Oh, I --
15         MR. GINSBERG: Wait, wait, wait, wait,
16 wait. This is far afield from Zap.org. Unless -- I
17 mean, this has nothing to do with whether there was a
18 jurisdiction over Zap.org.
19         THE WITNESS: Yeah. No. I can't --
20 can I write something?
21         MR. GINSBERG: No.
22 BY MR. HELLER:
23     Q   What was discussed in that meeting with Mr.
24 Herskowitz?
25         MR. GINSBERG: Objection, unless there

Page 133

N. SPANOS

1
2  was something relating to the presence of Zap.org in
3  New York.
4          THE WITNESS: Well, Mr. Herskowitz --
5  the meeting was Mr. Herskowitz was supposed to give me
6  $250,000 and he didn't. He only gave me $105,000 many
7  years before. And he realized I think -- I don't know
8  if he realized. But I think he realized that he
9  screwed up by not giving me all of the $250,000 those
10 many years before.
11         So he befriended me and was walking
12 around with me, telling me he was going to help me.
13 But what he was doing was trying to take an inventory
14 of what I did in my life so he could try to attach
15 himself to it and try to sue me for it. And then he
16 found the errors of his way.
17         So he wanted to get 200 -- he wanted to
18 supplement the $250,000. He wanted to pay the rest of
19 it that he didn't pay years before. And I said it
20 doesn't work that way.
21         And there was a meeting about the
22 formation of a company. But it had nothing to do with
23 Zap.org or the Synapse Foundation. It was something
24 else at that time.
25 BY MR. HELLER:

34 (Pages 130 - 133)

Page 134

N. SPANOS

2  Q  Okay.
3  A  To the best of my recollection. And because
4 of that meeting, because he didn't give me the money,
5 I didn't -- I'd been under the gun. Because he didn't
6 give me the rest of that money and put a UCC on my
7 stuff, on all these people's things and he told me I
8 can't give the shares out to anyone. And I had all
9 these people. I lost a lot of people. People went on
10 to do great things. But I couldn't bring them onboard
11 with mine because he inhibited my ability to do
12 business and a really -- you know, I should be on top
13 of the world. But instead I'm under Mr. Herskowitz's
14 thumb. That's where I'm at.
15 BY MR. HELLER:
16  Q  Anything else to add?
17  A  Oh, I got a lot of things. I have --
18    MR. GINSBERG: No, no, no.
19    THE WITNESS: -- hundreds of ways --
20 hundreds of places where I could have did something
21 and made something of myself with these things. But
22 this gentleman over here has really destroyed me.
23 BY MR. HELLER:
24  Q  Okay.
25  A  I'm a simple person. I don't know about all

Page 135

N. SPANOS

2 this stuff. This is the first deposition I've ever
3 been in in my life. And I don't know what all this
4 stuff is. But I'm a victim. That was not Zap.org
5 back then and it wasn't Synapse Foundation back then.
6 It was another thing we were --
7    MR. GINSBERG: There's no question
8 pending.
9    THE WITNESS: Just saying. It was some
10 other organization name or something.
11    MR. GINSBERG: There's nothing pending.
12    THE WITNESS: And people stole the
13 names. It's crazy.
14 BY MR. HELLER:
15  Q  I'm just going to see if I have a few more
16 questions and then we'll be done. I'm not sure if I
17 asked you --
18  A  I'm going to tutor some people later. And
19 I'm wondering if --
20    MR. GINSBERG: Nick --
21    THE WITNESS: -- I have to give a
22 percentage to Mr. Herskowitz.
23    MR. GINSBERG: Nick, stop.
24    MR. HELLER: Anything else?
25    MR. GINSBERG: Stop.

Page 136

N. SPANOS

2    THE WITNESS: Just saying. All right.
3 I'm sorry. After you.
4 BY MR. HELLER:
5  Q  Are you familiar with an individual by the
6 name of Nick Allen?
7    MR. GINSBERG: I'm sorry. I can't
8 understand you.
9 BY MR. HELLER:
10  Q  Individual by the name of Nick Allen.
11  A  I'm not sure if that's his name. But maybe.
12  Q  Who are you thinking of when you --
13  A  I don't know.
14  Q  Is there a Nick Allen who you know is
15 associated with the Synapse Foundation?
16  A  There's someone who said his name was Nick
17 Allen. I'm not sure if that's his name.
18  Q  Okay. Well, the individual that refers to
19 himself as Nick Allen, is that individual associated
20 with the Synapse Foundation?
21  A  The individual who has had referred to
22 himself as Nick Allen.
23  Q  So is he referring to himself -- is the
24 individual who refers to himself as Nick Allen who
25 says he's affiliated with the Synapse Foundation, is

Page 137

N. SPANOS

2 he authorized to associate himself with the Synapse
3 Foundation?
4  A  No. I don't think so.
5    MR. HELLER: Unless you have anything
6 else, I don't have anything else.
7    MR. HERSKOWITZ: I'd like to talk a few
8 minutes.
9    MR. HELLER: You want to give them 10
10 minutes?
11    COURT REPORTER: Going off the record?
12    MR. HELLER: Yes. Off the record.
13    COURT REPORTER: Going off the record.
14 The time now is 1:37 p.m.
15    (Off the record.)
16    COURT REPORTER: We're back on the
17 record. The time now is 1:43 p.m.
18 BY MR. HELLER:
19  Q  Do you know of anyone who is promoting the
20 technology of Zap.org?
21  A  Yeah. A lot of people.
22  Q  Are you one of those individuals promoting
23 the technology of Zap.org?
24  A  Explaining the technology if someone asked
25 me. I mean, if you asked me right now, I'll explain

35 (Pages 134 - 137)

N. SPANOS

1  it to you.

3    Q   Other than you, you say a lot of people.

4  Who's promoting the technology?

5    A   Yeah. There's -- well, I don't know.

6  People who maybe have bought the software and want to

7  resell it for more money or want to explain it to

8  people. So there's media articles. There's stuff

9  going that hasn't -- there's no control over it,

10 centralized control.

11   Q   So are there any specific individuals

12 authorized by the Synapse Foundation to promote the

13 software of Zap.org, to promote the technology?

14   A   I'm not sure. At this moment?

15   Q   At this moment.

16   A   Yeah. I'm not sure.

17   Q   Has there anyone, to your knowledge, been

18 engaged as far as being compensated to promote the

19 technology of Zap.org?

20   A   In what timeline again?

21   Q   From the time that the Synapse Foundation

22 was created to date.

23   A   Okay. Yeah.

24   Q   Who has been paid to promote the technology

25 of Zap.org?

N. SPANOS

2    A   Well, I'm not sure of every -- I'm not sure.

3    Q   Well, who do you know?

4    A   All right. So there's a guy doctor

5  something. Here's doctor. Charbovich or something.

6  Adrian. He's a last -- he's an Armenian.

7    Q   Okay.

8    A   I'm sorry. I always do that.

9  Theoretically, you know, depending on the bounty, if

10 there were bounties for stuff, whoever fulfilled the

11 requirements of the bounty.

12   Q   Have you personally been paid to promote the

13 technology of Zap.org?

14   A   Well, like I said, I got that 5 million Zap

15 sent to either this company which I believe -- I

16 believe -- I don't -- I'm not sure which -- but not me

17 personally. I think it went here.

18   Q   But --

19   A   I've got to check the wallet.

20   Q   But the 5 million tokens was for promoting

21 the technology of Zap.org?

22   A   Whatever. Whatever. Whatever I can give to

23 the project, meaning whatever I can do for the project

24 that I'm allowed to do.

25   Q   Was Ben Young or an entity owned by Ben

N. SPANOS

2  Young given tokens as well?

3    A   I think so. Yeah.

4    Q   Do you recall --

5    A   I don't know how many.

6    Q   Do you know what the reason was for Ben

7  Young getting tokens?

8    A   Well, I don't know. Sometimes they give

9  tokens to get everyone on board, to get people on

10 board. So I'm not sure. This guy's been going all

11 day.

12       MR. GINSBERG: I don't want you to

13 guess. What?

14       THE WITNESS: So you've been having to

15 like write on that pad all day and I can't?

16       MR. GINSBERG: Mm-hmm.

17       THE WITNESS: That's ridiculous.

18 BY MR. HELLER:

19   Q   Well, if you write on the pad, then I can

20 look at. So I don't think you want that.

21   A   Oh, I don't care. What am I going to write?

22 The only thing I wrote --

23   Q   Do you know if Eric Dixon received tokens?

24   A   Probably.

25   Q   You know how much?

N. SPANOS

2    A   I don't know. I'm not sure if he received

3  tokens or not. I don't know. I mean, I don't know if

4  I know. Yeah. I don't know. Was I privy to the

5  amounts? Maybe at one time.

6    Q   Who would have records of the amount of

7  tokens that are given out to various individuals?

8    A   It's on the wallets. It's on the computer.

9  You can look at it. It's all open source.

10   Q   Okay. Is there anyone currently receiving

11 tokens for the promotion of Zap.org, the technology?

12   A   I don't know. Probably. Maybe. There's

13 some bounties I think that are still floating around.

14   Q   I have no further -- anyone hired to do

15 tradeshows to promote the technology of Zap.org to

16 your knowledge?

17   A   No.

18   Q   Do you know if anyone, to your knowledge,

19 has been hired to do events for Zap.org, to promote

20 the technology of Zap.org?

21   A   Events?

22   Q   Yeah.

23   A   I don't think so.

24   Q   Any PR companies hired? Who makes the

25 decision to hire individuals to promote the technology

Page 142

1           N. SPANOS
2 of Zap.org?
3     A  Listen, it's like who makes the decisions --
4 say that again.
5     Q  Who --
6     A  Yeah.
7     Q  -- on behalf of the Synapse --
8     A  Okay.
9     Q  The Synapse organization.
10    A  Yeah.
11    Q  The Synapse Foundation makes the decision as
12 to who on behalf of the Synapse Foundation promotes
13 the technology of Zap.org for pay?
14    A  Well, it's all bountied out. So I don't
15 know, floating around. I don't think there's --
16 there's -- I don't -- I don't know. I don't think so.
17 I don't think anyone's getting paid.
18    Q  Okay.
19    A  I'm not sure. But I don't think so. It's
20 all the community now.
21    Q  Okay. I have no --
22    A  I believe. If someone's got a hundred
23 dollars' worth or something, you know, that's what
24 we're talking about here.
25    Q  Mm-hmm.

Page 143

1           N. SPANOS
2     A  Because they wrote an article, they got $50
3 worth of Zap tokens because it was bountied maybe if
4 the bounty's still laying there. I'm not sure. I'm
5 not sure. Personally I'm not sure.
6     Q  Okay.
7     A  Could I find out? I could probably find
8 out. But I don't know off the top of my head.
9     Q  I only want to know what you know.
10    A  That's what I know, not much.
11    Q  No problem.
12        MR. GINSBERG: We'd like to sign and
13 read it.
14        MR. HELLER: Excuse me?
15        MR. GINSBERG: We'd like to read and
16 sign it, the transcript.
17        MR. HELLER: Yeah. Read and sign.
18 Well, if he's going to read it.
19        MR. GINSBERG: I'll read it to him.
20        THE WITNESS: I have a reader.
21        COURT REPORTER: Just the transcript
22 order, you have original plus two on the portal. Is
23 that what you'd like?
24        MR. HELLER: Yeah.
25        COURT REPORTER: And --

Page 144

1           N. SPANOS
2        MR. GINSBERG: I'll get back to you.
3        COURT REPORTER: Okay. You're getting
4 something or you're getting it from him?
5        MR. GINSBERG: I'll --
6        MR. HELLER: Whatever we --
7        MR. GINSBERG: I'll let you know.
8        MR. HELLER: We'll figure it out.
9        COURT REPORTER: Okay. We're going off
10 the record. The time now is 1:51 p.m.
11        (Signature Reserved.)
12        (Whereupon, at 1:51 p.m., the
13        proceeding was concluded.)
14
15
16        NIKOLAOS SPANOS
17
18 Subscribed and sowrn to before me this
19 _____ day of _____, 2020.
20
21
22
23        NOTARY PUBLIC
24
25

Page 145

1        CERTIFICATE OF NOTARY PUBLIC
2        I, KENNETH KATZ, the officer before whom the
3 foregoing proceedings were taken, do hereby certify that
4 any witness(es) in the foregoing proceedings, prior to
5 testifying, were duly sworn; that the proceedings were
6 recorded by me and thereafter reduced to typewriting by a
7 qualified transcriptionist; that said digital audio
8 recording of said proceedings are a true and accurate
9 record to the best of my knowledge, skills, and ability;
10 that I am neither counsel for, related to, nor employed by
11 any of the parties to the action in which this was taken;
12 and, further, that I am not a relative or employee of any
13 counsel or attorney employed by the parties hereto, nor
14 financially or otherwise interested in the outcome of this
15 action.
16
17
18
19        KENNETH KATZ
20        Notary Public in and for the
21        State of New York
22
23 [X] Review of the transcript was requested.
24
25

37 (Pages 142 - 145)

Page 146

1    CERTIFICATE OF TRANSCRIBER
2       I, BENJAMIN GRAHAM, do hereby certify that this
3  transcript was prepared from the digital audio recording of
4  the foregoing proceeding, that said transcript is a true
5  and accurate record of the proceedings to the best of my
6  knowledge, skills, and ability; that I am neither counsel
7  for, related to, nor employed by any of the parties to the
8  action in which this was taken; and, further, that I am not
9  a relative or employee of any counsel or attorney employed
10 by the parties hereto, nor financially or otherwise
11 interested in the outcome of this action.
12
13
14

15
16      BENJAMIN GRAHAM
17
18
19
20
21
22
23
24
25

Page 147

1        ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS
2          330 OLD COUNTRY ROAD
           MINEOLA, NEW YORK 11501
3            516-608-2400
4  NAME OF CASE: Blackchain Technologies Corp. v.
   RVH, Inc,
   NAME OF DEPONENT: NIKOLAOS SPANOS
5  DATE OF DEPOSITION: 3/9/2020
6  PAGE  LINE(S)  CHANGE        REASON
7
8   ___|_____|_____|_____
9   ___|_____|_____|_____
10  ___|_____|_____|_____
11  ___|_____|_____|_____
12  ___|_____|_____|_____
13  ___|_____|_____|_____
14  ___|_____|_____|_____
15  ___|_____|_____|_____
16  ___|_____|_____|_____
17  ___|_____|_____|_____
18  ___|_____|_____|_____
19  ___|_____|_____|_____
20  ___|_____|_____|_____
21        _____
            NIKOLAOS SPANOS
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS___DAY OF _____, 202_.
24
    _____    _____
25  (NOTARY PUBLIC)      MY COMMISSION EXPIRES:

212-267-6868                Veritext Legal Solutions                516-608-2400
                            www.veritext.com

| & | | | |
|---|---|---|---|
| **&**  3:12 | **17929**  146:14 | **32nd**  3:13 | **able**  13:25 27:2 |
| | **18**  71:9,10 73:22 | **330**  147:2 | 37:4 96:5 |
| **0** | **1:08**  116:21 | **4** | **absent**  5:19 |
| **000290000297** | **1:14**  116:24 | **40**  53:5,7 98:16 | **absolutely**  75:20 |
| 21:21 | **1:18**  1:8 | 100:7 107:13 | **accepted**  117:16 |
| **000991**  82:24 | **1:37**  137:14 | **4019160**  2:7 | **access**  60:24 61:5 |
| **000993**  82:24 | **1:43**  137:17 | **45**  90:24 91:4,19 | 61:18,20 62:12,14 |
| **09352**  1:9 | **1:51**  144:10,12 | 94:18 95:15 | 64:2,8 65:8,18 |
| **1** | **2** | **5** | 111:12,15,25 |
| **10**  96:5 137:9 | **2**  69:4 | **5**  126:14,20 127:2 | 112:3 |
| **100**  2:4 3:5 5:17 | **20**  73:22 100:8 | 127:12,19,24 | **accountant**  120:15 |
| **10005**  5:18 | **20,000**  114:8 120:9 | 128:21 129:2 | 120:16 |
| **10005-3708**  2:5 | **200**  107:12 133:17 | 139:14,20 | **accurate**  145:8 |
| 3:6 | **200,000**  115:14 | **50**  107:13 143:2 | 146:5 |
| **10019**  3:14 | **20069**  145:17 | **500**  107:12 | **accurately**  114:15 |
| **101**  4:9 | **2009**  71:8 | **51**  68:5,9 | **acknowledgeme...** |
| **1044**  69:5 | **2011**  90:21 | **516-608-2400** | 5:5 |
| **105,000**  122:22 | **2012**  90:20,21,23 | 147:3 | **acting**  130:12 |
| 133:6 | **2013**  90:21,23 | **55**  71:19 82:17 | **action**  7:12 145:11 |
| **1099**  69:8,10,20 | **2018**  69:20,22 70:7 | **6** | 145:15 146:8,11 |
| **1099s**  122:4,5 | 70:10,16,25 71:6 | **660-3059**  3:16 | **ad**  79:20 |
| **10:28**  1:23 2:2 | 71:21 85:24 | **7** | **add**  134:16 |
| 5:16 | **2019**  88:23 91:15 | **7**  4:3 | **addiction**  106:23 |
| **10:29**  7:3 | 92:9,10 | **78**  101:8 103:10 | **addition**  101:17 |
| **10:30**  7:6 | **202**  147:23 | 104:13,14 | 101:25 102:2,7 |
| **10:32**  8:19 | **2020**  1:22 2:1 5:16 | **8** | **additional**  116:11 |
| **10:33**  8:22 | 88:19,20 144:19 | **80**  104:2 | 120:10 |
| **11501**  147:2 | **20th**  2:4 3:5 5:17 | **81**  4:8 | **address**  71:19 |
| **11:08**  35:5 | **21**  4:7 | **9** | 95:14 111:13,16 |
| **11:19**  35:8 | **212**  3:8,16 | **9**  1:22 2:1 5:16 | 112:4 |
| **11:25**  39:25 | **24**  63:9 | **965-4526**  3:8 | **administer**  5:6 |
| **11:26**  40:4 | **250,000**  122:22 | **a** | **adrian**  139:6 |
| **11:53**  62:24 | 133:6,9,18 | **a.m.**  1:23 2:2 5:16 | **advance**  84:3 |
| **11:58**  63:3,4 | **293**  21:25 22:2 | 7:3,6 8:19,22 35:5 | 85:12 |
| **12**  24:12 | **3** | 35:8 39:25 40:4 | **advertisement** |
| **12,000**  50:21 | **3/9/2020**  147:5 | 62:24 63:3 | 79:3 89:12 |
| **12:28**  88:3 | **30**  98:16 100:8 | **ability**  8:10 134:11 | **advertisements** |
| **12:36**  88:6 | **300**  107:12,13 | 145:9 146:6 | 78:25 |
| **1633**  3:13 | **300,000**  115:15 | | **advice**  40:25 41:5 |
| | | | **advisement**  28:17 |

advisor 41:6
advisory 22:16,24
  23:2,8 24:5,8,14
  24:16,20 40:23
affiliated 25:21
  26:7 35:24 38:5
  39:17 40:6 47:9
  50:12 54:24 55:3
  55:7,15 66:14,19
  107:4 115:22,25
  124:20 125:2,15
  125:25 136:25
affiliation 46:4,8
  46:15,17,18
  107:20
afield 132:16
aggregate 120:9
ago 9:18 45:17
  53:4 56:24 64:25
  65:6 66:22,23
  72:14 73:5,13,24
  74:2,5 94:6
  113:15 116:4
  123:10,12
agree 5:21 41:22
ahead 37:24
aid 108:9
ajn 1:9
akbari 22:18
  35:18,21,24 36:3
  37:5,21 38:17,21
  39:5,9,16 40:6
alan 3:3 6:12 7:9
alan.heller 3:7
alcohol 98:6
allen 17:10 136:6
  136:10,14,17,19
  136:22,24
allow 77:4
allowed 139:24

amorphous 52:21
amount 120:9
  141:6
amounts 141:5
anarchical 97:13
andy 22:19 40:14
  40:18,23
angry 73:2 81:21
annually 103:15
answer 7:18,24
  8:2,8,11 12:19
  19:5,6,7 26:10,14
  27:18,20 28:2,21
  31:24 33:6 36:5
  36:18 37:19 43:11
  43:11,16,22 50:24
  51:19,23 52:6,16
  52:18 54:3,5
  55:20 58:2 62:10
  63:15 65:15,15
  69:13,16 71:14,16
  71:17 72:9 73:13
  75:18,22 83:17
  89:19,21 93:4
  102:6 114:11,20
  115:2,4 118:21
  123:2,21 124:10
  125:19 126:6,24
  131:5,7,17
answered 59:13
  62:16 113:25
  114:21
answering 92:22
  114:14,14
answers 79:14
anticipate 8:7
anybody 32:20
  106:20
anymore 49:25
  111:8

anyone's 117:19
  142:17
anyway 57:2
  63:24,24 98:8
  114:13
apologize 76:17
  82:4 110:12
apparently 29:19
  34:2
appear 82:25
appearing 6:8
appears 21:21
  102:21
applicable 5:25
appropriate 76:4
approximately
  9:17
apps 32:21,25 33:3
  67:15 112:22
arena 34:5
argument 84:23
  85:15
arguments 124:5
armenia 42:3
  84:14
armenian 44:20
  139:6
armenians 42:21
  42:24
article 143:2
articles 138:8
asian 85:16
asked 34:4,5,7
  59:12 63:16 71:25
  72:13,22 73:4,11
  73:24 74:4,6
  104:5 110:8,9
  112:18 135:17
  137:24,25
asking 18:25 31:9
  33:9,11 51:11,14

52:7 53:13 62:14
  75:16 80:8 101:25
  107:18 109:25
  110:17 113:21,23
  114:12,15 122:16
  124:13 126:24
  128:2
asks 96:3
aspects 129:22
assets 16:21
assigned 5:3
associate 137:2
associated 35:21
  80:11 136:15,19
assume 8:6 95:24
assumes 31:19
  39:2,6 55:17 64:4
  68:8,8,19 78:15
  85:9
assuming 62:7,14
  127:18
attach 133:14
attempt 61:23
attendance 6:8
attention 87:17
attest 32:8 83:8
attorney 7:21,23
  37:15 61:24,25
  62:5 115:5 145:13
  146:9
attorneys 60:5,9
  60:16 130:6,9,12
  130:13
audible 32:5,21
audio 145:7 146:3
auditory 67:15
authorized 5:5
  137:2 138:12
aver 24:8

[b - bunch]

**b**

**b** 1:17 4:5,8 5:15
  81:17,18 119:20
  120:8 125:12
**back** 7:5 8:21
  10:17 23:15,25
  24:13 35:7 40:3
  63:2,4 75:22 88:5
  94:6 110:20
  116:23 135:5,5
  137:16 144:2
**backend** 86:10
**bad** 29:17 56:25
**banner** 98:15
**bar** 95:16
**based** 58:14
**basement** 90:25
  91:5
**bases** 129:25
**basic** 62:12
**bates** 21:21 82:24
**bathroom** 35:4
  62:19,20 63:22,23
  81:21,22 82:3,12
  87:19,22 116:14
**befriended** 133:11
**begged** 119:4
**beginning** 6:9
  18:17,20 19:17,19
  19:22,23,25 20:7
  20:13 33:20,22
  90:8 91:12
**behalf** 3:2,10 36:4
  37:22 49:6,7 50:3
  50:7,20 51:2,6
  53:7 56:8 58:22
  66:21 71:25 73:5
  73:8 78:20 79:10
  79:18 84:9 99:23
  99:24 100:2,4
  120:13 142:7,12

**belarus** 42:3
  100:13,14
**belarusian** 44:19
**belarusians** 42:20
  42:22 43:4 44:4
  57:16
**believe** 11:18 12:7
  72:24 83:20 95:23
  96:8 100:23 103:5
  114:15 127:3
  128:22 129:9
  139:15,16 142:22
**believed** 18:6
**belorussia** 84:13
**ben** 17:7,7 20:13
  20:14 46:2,4,6
  47:20 48:18,21
  49:24 50:9,11
  53:2,3,8 54:23,23
  55:6,6 58:18
  114:17 139:25,25
  140:6
**beneath** 76:23
**benjamin** 146:2
  146:16
**best** 8:10,15 42:5
  54:18 106:6 134:3
  145:9 146:5
**better** 88:25
  117:21
**big** 105:23 117:18
**bill** 4:8 122:14
**bind** 54:7
**bit** 22:6
**bitcoin** 39:17 40:7
  40:11 41:19,19,22
  44:4,9,10,11 45:14
  46:5,10,16 47:12
  47:15 53:4,6,11
  56:23 74:25 77:25
  77:25 89:25 94:11

103:15 107:5,8,17
  107:22 118:4
  119:7
**bitcoiner** 94:2
**blackchain** 147:4
**blew** 45:5
**blockchain** 1:4 4:8
  5:9 29:19 47:18
  47:21,24 48:14
  53:23 54:21 70:5
  70:8,13,17,19,25
  71:7,13,24 83:2,21
  84:9,21 86:2,6,16
  86:17,19,20,23
  118:13,23 119:2,5
  119:6,16,17
  120:11,24 121:6,8
  121:10,14,14,16
  121:22,23,23
  122:10,11 124:24
  125:5 126:13
  127:11,19 128:18
  128:20,25 129:18
**blogosphere** 124:2
  124:3
**blood** 114:7
**blur** 100:22 105:6
**board** 10:11,13,19
  10:22,25 11:7,10
  13:5,7,9,21 14:3
  14:10,13,20,22
  15:2,5,14,21 16:2
  16:4 22:16,24
  23:3,9 24:5,8,14
  24:16,20 40:24
  140:9,10
**bombing** 49:18
**booth** 98:19,21,22
  99:3 102:22,24
  103:3,17,19 104:5
  105:8,21,22,25

106:8
**booths** 98:24
  104:7,8,10,21
  105:6,7,10,14
**boss** 87:2
**bottom** 22:3
**bought** 95:17,22
  138:6
**bountied** 142:14
  143:3
**bounties** 117:8,11
  118:3,8 139:10
  141:13
**bounty** 117:16
  123:9 139:9,11
**bounty's** 143:4
**box** 107:20
**brain** 19:11,14
  104:19
**branch** 117:16
**break** 54:15 116:9
**breathe** 105:23
**brilliant** 117:24
**bring** 93:11,12
  134:10
**broad** 52:5 60:2
**broadway** 3:13
**brought** 71:4
**btc** 82:24,24
**build** 42:18 118:14
**building** 118:24
**built** 117:4
**bullhorn** 34:2
**bunch** 7:13 20:15
  42:11,20,20 43:20
  45:12 46:3,3 56:3
  80:22 89:3,24
  97:14 107:22
  113:18 114:2
  117:6

[business - continue]                                                      Page 4

| | | | |
|---|---|---|---|
| **business**  53:8,18<br>53:22 54:20,22<br>55:6,8,22,23,25<br>56:9,15,16 110:4<br>112:4 134:12<br>**businessman**<br>87:12<br>**buy**  92:3,6,8,10 | **centralized**  138:10<br>**certain**  8:14 36:7<br>37:4 103:6 117:24<br>**certificate**  145:1<br>146:1<br>**certified**  5:21<br>**certify**  145:3<br>146:2 | 116:10<br>**clufetos**  11:3<br>13:23 14:6 65:4<br>66:3 67:13 74:20<br>**code**  118:7<br>**coding**  84:6,16,16<br>86:10 | **company**  20:8,18<br>50:10 69:3,5,8,20<br>70:11,19 80:20<br>105:13 110:19<br>111:7 124:20,23<br>128:4 133:22<br>139:15 |

**c**

| | | | |
|---|---|---|---|
| **c**  3:1 4:9 101:18<br>102:19<br>**cab**  29:12,12,13<br>**call**  21:5 25:23<br>41:6 42:11,12,18<br>43:6 45:9,13,16,24<br>64:24 65:2,3<br>85:21,22<br>**called**  6:17 44:4<br>57:8 90:24 98:9<br>108:8<br>**calling**  57:15 67:6<br>**calls**  42:14,16<br>44:13,16,23 45:4,7<br>45:10 62:5 64:21<br>65:12,12<br>**campbell**  22:19<br>**capacity**  73:12<br>**capitalists**  97:13<br>**care**  96:7 140:21<br>**case**  1:7 147:4<br>**category**  25:23<br>**cats**  97:14,15<br>**cell**  114:7<br>**center**  40:7,12<br>41:19,20,22 44:4,9<br>44:10,11 45:14<br>46:5,10,16 47:12<br>47:15 53:4,6,11<br>56:24 107:5,8,17<br>107:22 | **change**  57:17<br>147:6<br>**changed**  57:16<br>**changes**  10:6<br>**characters**  20:19<br>**charbovich**  139:5<br>**charge**  81:13<br>93:23<br>**chart**  20:22 57:15<br>59:5,10 79:22<br>**cheaper**  84:12,14<br>85:16<br>**check**  87:15<br>128:24 139:19<br>**checked**  129:4<br>**checks**  122:5,6,10<br>122:11<br>**chief**  87:4,7,11<br>**chinese**  29:14<br>**city**  40:7,12 68:6<br>68:15,16 71:23,24<br>72:5,17 90:20<br>99:11 103:3,4,15<br>103:20 107:5<br>110:22 111:10<br>130:6<br>**clarify**  63:13,14<br>**clear**  47:7,8 50:23<br>110:21<br>**clearly**  50:23<br>**client**  52:15 62:5<br>75:18 76:8,13,17<br>77:4,14 115:5 | **cofounder**  11:22<br>11:23 12:10,15,18<br>16:23,25 17:8,10<br>17:20 18:3,4,6,12<br>18:19,24 19:10,10<br>19:16<br>**cofounders**  17:2<br>17:13,23<br>**coin**  59:16,19 60:6<br>60:17,25 61:7<br>65:9<br>**combs**  22:18 25:20<br>27:5,8,14<br>**come**  23:4 33:5<br>75:22<br>**comes**  89:25<br>105:24<br>**coming**  40:10<br>**commission**<br>147:25<br>**communicate**<br>31:16,22,25 32:3<br>74:12<br>**communicated**<br>32:10,19 42:7<br>112:6,18,25<br>**communication**<br>74:8,9,10 117:18<br>**community**  20:15<br>20:16 34:3 67:2,6<br>79:24 142:20<br>**companies**  70:24<br>141:24 | **compensated**  38:8<br>40:11 66:15,20<br>108:13 138:18<br>**compensation**<br>47:14,17,20,23<br>124:16,21,23<br>**complete**  8:8<br>**computer**  80:5<br>113:12 141:8<br>**concluded**  144:13<br>**conference**  42:10<br>42:10,12,14,16,18<br>43:6 44:23 82:2<br>**confident**  19:6,6<br>**confused**  56:4<br>**connecticut**<br>108:22,22<br>**connection**  7:14<br>7:16 12:5 32:11<br>47:5 55:15 59:18<br>60:5 61:6 64:20<br>76:25 77:9 78:3<br>78:13 83:5 122:7<br>122:9,13 123:13<br>124:17 125:11,15<br>127:6 130:6,10,14<br>130:18,23 132:9<br>**consensus**  80:24<br>85:14,20<br>**constitute**  6:5<br>**constitutes**  41:2<br>**context**  55:25<br>**continue**  30:11,14 |

**[contract - dixon]**   Page 5

contract 50:10
control 94:4,4
  96:18,19 138:9,10
conversation
  28:25 29:4
converted 95:22
cookers 49:19
copies 112:9
copy 82:14 101:22
coronavirus
  114:10
corp 83:2 84:21
  121:17 127:11
  147:4
corporate 81:4
  124:14
corporation 1:5
  5:10 70:14,17,23
  71:7 86:18,23
  109:21 118:13,24
  119:3 120:24
  121:6,10 128:18
  128:20 129:19
correct 11:7,21
  51:24 72:25 97:25
corrected 131:4
correctly 71:5
counsel 4:11 83:4
  119:23 145:10,13
  146:6,9
count 107:9 114:7
counterclaim 1:7
  1:11 5:10,12 7:11
countries 102:25
country 15:8 94:7
  98:25 147:2
couple 71:12
  98:15 100:8
court 1:1 5:2 6:13
  6:20,23 7:2,5,14
  8:3,18,21 21:3

23:24 24:3 34:25
  35:5,7 39:24 40:3
  62:23 63:2 88:2,5
  116:20,23 137:11
  137:13,16 143:21
  143:25 144:3,9
crazy 135:13
create 131:15
created 14:19
  120:4 123:20
  127:7 138:22
creation 11:16
  16:15,18 130:10
  131:13
creative 57:4,7,13
  57:22 58:15,19
  94:3,4
creator 118:4
credit 12:2,3,6
crowd 105:23
cryptocurrency
  95:21,22 96:6
  97:13 117:17
curated 94:5
currently 11:5
  25:8,10 64:16,19
  65:23 69:2 78:12
  79:4 107:24 108:3
  141:10
cv 1:8

**d**

d 1:17 4:1 5:15
dane 44:20
danish 11:3 20:10
  45:25 66:4 74:19
danny 22:20
date 1:22 2:1
  53:14 85:23
  138:22 147:5
day 45:18 53:9,17
  107:14,14,14

120:20 122:17
  140:11,15 144:19
  147:23
dead 122:23
decentralists
  90:16
decentralized
  20:18 90:15 93:6
  118:2
decide 116:11
decision 58:24
  141:25 142:11
decisions 80:10,15
  142:3
deck 102:6
default 41:15,18
  44:11 107:19,20
  107:23
defendant 1:7
  5:10 102:19
defendant's 21:5
  120:8
defendants 1:10
  1:19 3:2 5:12,15
  7:11
define 47:9 52:13
  53:18 88:24
defined 51:15
definition 19:11
  46:18 49:4 80:3
  87:11 90:16 92:3
  104:3
denmark 61:3
depending 139:9
depends 44:17
  92:2
deponent 147:4
deposition 1:21
  5:8 6:3 7:15 8:7
  30:15 75:11 135:2
  147:5

describe 27:10
description 4:6
  26:11 27:3
design 96:20
designs 124:4
destroyed 134:22
determine 128:25
developer 118:3
devices 111:13,15
  112:4
die 114:9
different 22:6
  33:18 86:9 95:8
  102:25 111:9
  122:17
difficult 52:20
  61:14
dig 30:9,12,13,16
digital 145:7 146:3
digs 30:9
dimensional 73:20
  73:21
direct 75:18
directed 44:15
  76:14,16
director 57:4,7,13
  57:22 58:15,19
  64:16 107:25
  108:3,7
disagree 52:22
discuss 75:22
  76:21
discussed 45:13
  132:23
disorganized
  97:12
distinguished 89:8
distracting 8:14
district 1:1,2
dixon 47:23 48:3
  48:13,18,21,23

| | | | |
|---|---|---|---|
| 49:5,10,12,16 | 38:24 39:23 40:13 | 108:19,21 109:4 | **e** |
| 115:13 140:23 | 40:19,22 41:5 | 110:25 111:11,11 | **e** 3:1,1 4:1,5 46:7 |
| **dizzy** 114:5 | 42:6,23 43:3 | 112:2,5 113:3,7,9 | 111:19 115:18,20 |
| **doctor** 139:4,5 | 44:18,24 45:2,8,12 | 113:12,15,25 | **early** 89:25 90:23 |
| **document** 21:17 | 45:17,25 46:9 | 114:19,20 115:7 | **east** 29:15 |
| 21:20 23:11 60:19 | 47:13,16,19,25,25 | 116:7 117:10 | **effort** 129:8 |
| 83:7 102:18 120:5 | 48:2,15,16 49:2,9 | 118:9,10 119:2,10 | **eight** 21:20 22:4,5 |
| **documents** 59:18 | 49:9,17,17,20,22 | 119:15 120:2,16 | 24:6,16,19 41:10 |
| 59:22 60:15,17,25 | 49:23,23,25 50:10 | 121:2,2,3,5,5,17 | 104:16,18 |
| 61:5,6,12,19,24 | 50:24 51:6,10,17 | 121:18,18,24,25 | **either** 7:23 31:13 |
| 65:9 82:24 83:6 | 52:6 55:4,13 56:4 | 123:3,5,7,9,10,10 | 38:8 44:19 51:7 |
| 83:13,14,19 | 56:18,19,19,21,25 | 123:11,15,21,22 | 61:15 128:14 |
| 119:23 123:6 | 58:21,21 60:10,12 | 125:3,3,19 126:10 | 139:15 |
| 126:23 | 60:21,21 61:16,16 | 126:15,16 127:16 | **electronic** 60:22 |
| **doesn't** 101:23 | 61:25 63:17 64:25 | 128:9,11,15,16,22 | 60:24 61:6,18,24 |
| **doing** 52:8,12 | 65:21 66:4,5,6,8,9 | 128:23 131:15,25 | 64:3,8 65:8,18 |
| 100:21 101:5 | 66:12,25 67:17 | 133:7 134:25 | 111:12,15 112:3,9 |
| 133:13 | 68:25 69:11,12 | 135:3 136:13 | 112:13,17 |
| **dollars** 119:9 | 70:3 72:6,10,24 | 137:4,6 138:5 | **electronically** |
| 142:23 | 73:10,19 74:2,7,13 | 139:16 140:5,8,12 | 32:10,19 112:7,18 |
| **domain** 9:6,7 | 74:14,14,18 75:8 | 140:20,21 141:2,3 | **email** 32:7,9 113:2 |
| **don't** 7:19 9:14,15 | 78:5,6,8,9,9,10 | 141:3,4,12,23 | 113:4,7,22,24,24 |
| 9:19 10:4,4,4,5,6,7 | 79:2,3,21 80:3,17 | 142:14,15,16,16 | 114:2,3 115:7 |
| 10:10,10 11:4,6,12 | 80:20 81:2,7,8 | 142:16,17,19 | **emails** 98:9,9 |
| 11:15 12:12,22 | 82:2 83:7,8,11,23 | 143:8 | 112:9,13,17 113:5 |
| 13:11,11,18,24 | 83:23,25 84:4,17 | **doors** 46:24 | 113:18,20 114:17 |
| 14:4,24 15:4,4,7 | 85:23,24,24 86:9 | **dozens** 96:16 | 114:19,20 115:10 |
| 15:12,18 16:22 | 86:11,12 87:2,2,5 | 99:10,10,10 | 115:15,15 |
| 17:3,3,5,5,15,25 | 87:5,16 88:15,15 | 102:24 | **employed** 109:5 |
| 18:4,23,23 19:10 | 88:17,22 89:4,4,10 | **drank** 62:21 | 145:10,13 146:7,9 |
| 19:11,24 20:9,10 | 89:22 90:8,10 | **drink** 95:22,23 | **employee** 145:12 |
| 20:12,25 21:10 | 92:4,9,12,14,21 | **drinks** 92:3,6 | 146:9 |
| 23:6,19 24:2 | 94:4,9 95:25 96:6 | 95:17,20 | **encryption** 86:10 |
| 25:22,22 26:10,13 | 96:14 97:17,18,20 | **drop** 29:16 | **enforced** 92:25 |
| 26:16,24 27:11,17 | 99:4,5,8,11,17 | **duly** 6:17 145:5 | 93:4,5,7 |
| 28:11,23 29:21,21 | 100:14,19 101:4,9 | **duties** 80:8 | **engaged** 86:15 |
| 30:8 31:8,12,12,13 | 102:9 103:6,18,22 | **dwayne** 22:19 | 138:18 |
| 32:4,7,8,24 33:7 | 104:2,9,11,11,15 | 24:23 25:5 | **enter** 117:15 |
| 33:12,18,24 34:10 | 104:22,23,25 | | **entered** 27:4,7 |
| 34:11,11,18 36:6 | 106:5,21,22 | | **enthusiasts** 97:13 |
| 36:25 38:18,18,22 | 107:10,21 108:2,5 | | |

[entire - formed]

entire 23:11
entities 69:25
entitled 76:2
entity 8:25 9:2
  50:11 53:8,21,22
  54:23 55:3,7,15
  56:8 66:13,19
  69:3,23 70:10
  78:20 94:13 109:6
  109:19 124:25
  125:14,24 126:9
  126:13,20,25
  127:23 130:2
  132:9 139:25
eric 47:23 48:3,13
  48:23 49:5,10,12
  49:16 115:13
  140:23
errata 147:1
errors 133:16
es 145:4
esquire 3:3,11
estate 109:17,18
  109:20,22 110:4,5
  110:19 111:7
ethereum 17:23
european 85:16
evan 22:20 115:18
  115:20
event 93:21 94:18
  94:20 95:5 96:9
  103:7 129:12
events 91:17,24
  96:10,20,20,21
  97:24 98:5,7
  103:12 104:6
  141:19,21
everybody 92:23
  123:25,25
evidence 31:20
  39:3,7 55:18 62:8

64:5 68:8,20
  78:16 125:4
evidentiary 6:2
exact 26:11 45:17
  83:7 86:11 104:12
exactly 9:14 10:5
  52:8 86:7 95:7
  121:2
examination 4:2
  7:7
examined 6:19
exclusive 93:14
excuse 26:16 28:3
  42:17 49:11 52:3
  75:10 76:11
  126:18 128:19
  129:7,15,23
  143:14
executive 87:8,11
exhibit 4:7,8,9
  21:7 81:18 101:18
  119:20 120:8
  125:12
exhibits 4:11
existence 77:2
exists 129:8,10
expenses 84:3 85:4
  85:6,12
expires 147:25
explain 20:20 80:2
  80:7,8 81:8,11
  94:13 100:10
  105:11,14,21
  106:8 124:13
  137:25 138:7
explained 105:17
explaining 137:24
express 81:4
eye 22:8 114:6
eyeballs 32:5

eyes 32:6 61:11
eyesight 61:8

**f**

faces 27:22,24
  28:6,6,12,19
fact 28:18 29:11
  34:12
facts 31:20 39:3,7
  55:18 62:8 64:5
  68:8,20 78:16
factually 69:16
faith 76:24 77:7,8
familiar 8:24 9:3
  9:20 41:12 53:3
  74:21 77:20,23
  88:9 90:22,24
  106:10,13,17,18
  106:19 115:17,21
  116:3,4 120:3,5
  136:5
fancies 117:25
far 132:16 138:18
fast 79:14
faster 23:18
father's 122:23
fax 28:22
february 85:24
feeling 18:8
felt 29:17
fight 84:11,15
figure 144:8
figured 29:13
filed 31:8
files 64:3,8 65:18
  65:19
filings 60:25
financially 145:14
  146:10
find 143:7,7
fine 18:15 23:12
  23:25 71:6,6 82:4

finish 8:11 18:9
  19:2 22:11 32:13
  46:11 47:6 48:6
  50:13,14 79:8
  83:16 84:24 91:21
  92:16 99:18
  101:24 102:3,5
  118:17 125:7,20
  132:5
finished 48:9
firing 80:11,15,16
firm 7:10 20:17
first 6:17 51:17
  76:7 84:2 107:3
  135:2
fit 97:11
five 126:2
floating 141:13
  142:15
floor 2:4 3:5,13
  5:17
florida 100:25
focusing 23:7,8
follow 52:6 76:3
followed 93:12
follows 6:19
food 92:8,10
foods 90:7
foregoing 145:3,4
  146:4
forgot 66:4,5 94:3
form 17:14 18:13
  53:25 54:14 56:2
  65:11,20 127:25
formation 13:20
  130:7,14,19,23
  131:19,23 133:22
formed 13:9 14:14
  14:18 15:16,22
  16:3,6,6,7,14,17
  132:10

| | | | |
|---|---|---|---|
| **foster** 2:3 3:4 5:16 7:10 | 137:3 138:12,21 142:11,12 | **getting** 51:22 140:7 142:17 144:3,4 | 90:5 91:20 92:16 93:3 96:24 97:3,8 98:10 99:18 100:4 |
| **foster.com** 3:7 | **foundations** 96:5 | **ginsberg** 6:11,11 | 100:18,20,24 |
| **found** 29:9 57:18 77:9 113:5 133:16 | **founded** 11:10 12:24 | 9:13 10:18 13:14 13:16 15:20 16:5 | 101:3,5,24 102:5 102:14 103:8 |
| **foundation** 1:17 5:15 9:8,9,10,11 10:9,23 11:2,9,11 13:10,22 14:11,19 15:3 16:3,14,17,21 16:24 24:17,20 25:21 27:15 31:17 31:23 32:2,20 35:11,22 36:4,8 37:6 40:24 41:25 42:7 43:5 48:19 48:25 49:6,7 50:3 50:8,20 51:3,17 53:24 55:8,16 56:9 57:5 58:20 58:22,25 59:15,20 60:7,18 61:2,7 64:2,3,7,9,17,20 65:7,10,17,19,24 66:16,21 72:14 73:6,9,13 74:5 77:11 78:3,14 79:10,19 80:12,15 82:25 83:20 84:8 84:10,19 86:3,6,13 86:15,20 87:14 96:3,3 99:25 107:25 108:7,14 115:23 117:17 119:3,16,17 120:10,25 121:7 121:13 122:13 123:13 127:9 130:7 131:24 133:23 135:5 136:15,20,25 | **founder** 11:20 29:10,21,22 | 17:14 18:14 19:2 | 104:16,20 105:15 |
| | **founders** 17:24 | 20:3 22:9,11 | 110:6,9 111:17 |
| | **four** 22:5 41:9 123:11 | 23:10,17 24:24 25:3,13,24 26:16 | 112:12,16,20 114:23,24 116:13 |
| | **frankly** 12:12 | 27:6,21 28:3,8,11 | 118:17 119:19 |
| | **friend** 35:19 39:10 | 29:23 30:4,11,14 | 124:10 125:7,20 |
| | **frightened** 79:17 | 30:18,21 31:2,10 | 126:3,18,22 127:4 |
| | **front** 20:11 26:14 27:13 41:8 102:22 103:3,9 120:20 125:6 | 31:19 32:16 33:5 33:9 35:13 36:9 36:14,19,22 37:9 37:16,18,23 38:7 39:2,6 40:15 43:10,18,21 44:12 44:15 46:11 47:6 48:6,9,21 50:14 51:5,9,14,21,24 52:3,18,20 53:9,13 53:18,25 54:4,13 54:17 55:17,21 56:2,15 57:10,12 57:19,21,24 58:3,8 58:11,14 59:9,12 59:24 62:2,4,7,11 63:7,14,18,19,21 64:4,10,12 65:11 65:20 67:23 68:7 68:11,19 69:4,10 69:13 71:17 72:6 72:18,21,24 73:11 75:3,5,10,15,24 76:7,11,14,20 77:6 77:12,15 78:7,15 79:7,12 81:12,14 82:14,19 84:24 85:9,13 89:13,18 | 127:8,14,21,25 |
| | | | 128:7,11,14 129:3 |
| | **fulfilled** 139:10 | | 129:7,15,20,23 |
| | **further** 141:14 145:12 146:8 | | 131:5,7,11,17 |
| | **fyi** 25:6 | | 132:5,15,21,25 |
| | | | 134:18 135:7,11 |
| | **g** | | 135:20,23,25 |
| | **g** 46:7 111:19 | | 136:7 140:12,16 |
| | **gap** 117:18 | | 143:12,15,19 |
| | **garvey** 2:3 3:4 5:16 7:10 | | 144:2,5,7 |
| | **gas** 122:23 | | **ginsburg** 3:11 |
| | **gathering** 93:24 | | **girl** 113:9 |
| | **geez** 56:25 | | **girlfriend** 109:4 |
| | **general** 17:19 51:15 | | **girls** 56:13 |
| | **generation** 123:18 124:17 | | **github** 117:15 118:8 |
| | **gentleman** 134:22 | | **give** 17:20 43:16 44:2 50:23 54:6 61:24 76:11 79:14 93:8 113:17,18 124:13 126:3 133:5 134:4,6,8 135:21 137:9 139:22 140:8 |
| | **geographically** 51:11 | | |
| | **geros** 46:7,15 47:11,14 111:16 111:19 112:4,6,10 112:14,17,25 113:5,20 | | **given** 40:25 140:2 141:7 |
| | | | **gives** 52:6 |

**giving** 45:9 63:18
  63:19 133:9
**global** 34:5
**go** 6:21 10:16
  23:25 24:13 26:21
  35:3 37:24 39:18
  39:20,21 51:10
  52:17 62:18,20
  63:22,23 75:21
  76:6,14,16,19
  81:20,22 82:3,12
  87:19,20,22
  110:20 116:14
  118:8 121:22
**goes** 29:15 44:11
  62:13
**going** 7:2,13 8:9
  17:6 23:17 24:13
  29:14,15 30:9,10
  34:20,25 39:24
  41:2 62:23 63:4
  75:17,18 87:24
  88:2 90:5 96:8
  114:13 115:9
  116:9,10,11,18,20
  125:22 133:12
  135:15,18 137:11
  137:13 138:9
  140:10,21 143:18
  144:9
**goldstein** 22:19
  40:14,18,23
**good** 5:2 12:7,23
  12:25 18:13 32:6
  33:20 39:10 61:12
  76:24 77:6,8 96:4
  100:6 108:11,11
**google** 15:19
**gotcha** 112:23
**graham** 146:2,16

**great** 134:10
**ground** 114:8
**group** 72:2 74:24
  89:25 93:11
**grunt** 8:5
**guess** 78:7 96:25
  100:18 105:16
  140:13
**guidance** 67:5
**gun** 134:5
**guy** 11:3 20:8,10
  24:21,22 29:14,18
  29:25 44:9 45:21
  45:25 66:5 73:2
  74:19 79:17 90:7
  90:9 106:15
  108:11 116:7
  117:24 126:5
  131:9 139:4
**guy's** 66:4 140:10
**guys** 30:17 56:3
  89:3,9 94:14
  95:20 111:21

**h**

**h** 4:5
**hand** 107:10
**handed** 95:24
**handicapped**
  123:23
**handle** 117:12
**happened** 41:23
  105:5 124:4
**happens** 96:2,22
**hard** 25:4 92:2
**hate** 89:9,9
**head** 143:8
**hear** 21:11 36:25
  70:22
**heard** 29:10
**hearing** 6:13

**heck** 27:3
**held** 12:14
**hell** 34:4 96:7 98:9
**heller** 3:3 4:3 6:12
  6:12,21,25 7:8,9
  8:23 9:16 10:21
  13:19 15:23 16:2
  16:10,13 17:16
  18:18 19:3,13
  20:5 21:2,5,11,15
  22:14 23:11,12,15
  23:19,22,25 24:4
  25:7,15,18,19 26:4
  26:18,20 27:9,21
  27:24 28:5,8,10,16
  28:20 30:8,20,24
  31:4,15,21 32:18
  33:14 34:24 35:9
  35:15,17 36:11,16
  37:3,13,20 38:3,9
  38:14 39:4,8,20
  40:5,17 43:13,19
  43:23 44:6,21
  46:14 47:10 48:12
  48:22 50:18 51:13
  51:16,22 52:2,15
  52:19,22,25 53:10
  53:16,20 54:2,9,12
  54:19 55:19,24
  56:6 57:3 58:17
  59:11,14 60:4
  62:6,9,16,20 63:12
  63:25 64:6,11,13
  64:15 65:14,22
  68:2,4,10,13,21
  69:7,17 70:15
  71:20 72:8,12,20
  72:23 73:3,16
  75:8,14,20,24,25
  76:5,7,9,12,16,18
  77:5,8,13,16,19

  78:11,18 79:9,15
  81:17,24 82:4,8,10
  82:16,22 85:3,17
  88:7 89:16,20
  90:11 91:23 92:19
  93:15 97:22 98:12
  99:21 100:11
  101:11,20 102:2
  102:11,16,17
  103:13 105:2,19
  110:11 111:19,22
  112:15,23,24
  115:4,8 116:16,18
  117:2,3 118:20
  119:21 124:15
  125:10,23 126:7
  126:19,25 127:6,9
  127:17,22 128:5
  128:17 129:5,13
  129:17,22 130:4
  131:14,21 132:8
  132:22 133:25
  134:15,23 135:14
  135:24 136:4,9
  137:5,9,12,18
  140:18 143:14,17
  143:24 144:6,8
**help** 71:4 118:14
  119:3 122:15
  123:6 126:6
  133:12
**helped** 38:5,11
**helpful** 50:17
**herding** 97:15
**hereto** 145:13
  146:10
**herskowitz** 1:9,13
  3:20 5:11,13 8:16
  9:21,24 10:2
  29:25 46:25 70:13
  122:21 132:3,24

[herskowitz - katz]                                                        Page 10

133:4,5 135:22
137:7
herskowitz's
66:10 134:13
hesitant 19:5
hesitating 19:5,8
hey 33:25 93:25
heyman 22:19
high 114:6
hire 119:5 141:25
hired 80:17 83:20
84:9,21 86:6
141:14,19,24
hiring 80:11
hmm 25:2 64:11
64:13 75:14 88:21
89:15 140:16
142:25
hoc 79:20
hodgepodge 97:12
hold 23:24 37:11
45:21 47:11 86:22
113:11
holders 67:6
holding 12:18
63:23
holdings 34:5
hollander 22:20
25:5
hope 27:19 69:12
106:9,9
host 94:22 95:2,5
hosted 94:17,19
hosts 94:24
hotel 102:23 103:4
103:7
hotels 99:14
hours 87:18
house 21:14 84:16
how'd 106:17,18

how's 22:5
huh 13:15 122:8
126:12
human 40:20
hundred 17:23
36:6 38:20 101:7
101:9 103:24
104:13,22 120:4
142:22
hundreds 40:9
103:23 118:9
122:20 124:2
134:19,20
hurts 114:5
hype 17:4
hyped 17:12,17,19
hypertension
81:23
hypothetical
65:12 128:2

**i**

ico 67:7 123:14,15
123:16,16,20
idea 11:14 72:7
75:4 95:10 98:5
114:18
ideas 95:9
identification 21:8
21:18 81:19
101:19
identifies 18:25
identify 6:8
identifying 18:24
19:9
imagine 95:18
implicitly 82:9
inaccurate 41:10
41:14
inappropriate
76:22

includes 112:21
incredible 79:25
80:2 118:5
indicated 93:20
individual 11:13
17:7 56:10 66:18
73:12 84:9 106:10
109:6 115:18
136:5,10,18,19,21
136:24
individually 53:7
55:2 56:8
individuals 22:21
22:23 24:12,15,16
24:19 31:16 42:8
90:17 91:3 93:20
105:12,21 130:18
130:24,25 131:23
137:22 138:11
141:7,25
industry 29:9
40:20 97:7,21
117:9,10,19,22,25
123:22
industry's 117:18
influencer 94:16
inhibited 134:11
initial 59:16,19
60:6,17,25 61:6
65:9
inquiry 75:17
76:21
inside 102:23
insight 12:8,23
intended 5:24
interest 70:8,17
interested 29:18
145:14 146:11
internet 124:3
interrupt 26:17,19

interrupted 89:17
102:8
interrupting 27:22
28:4,13 75:11
inventory 133:13
invited 103:12
invoice 86:8
119:15
invoices 82:25
120:8
involved 13:6,8
58:24 60:5 65:24
iorgos 11:3 44:19
58:21
isle 31:13 61:3
67:25 132:10
issue 61:8
issued 7:14
it'll 81:10
i'm 27:24 28:2
67:20 131:16

**j**

jamaica 24:21,22
jeffries 94:2
jersey 49:15
108:19,21,22
job 2:7 27:3
107:21 118:5
john 34:4
jonathan 22:19
josh 94:2,3
jumped 29:12,12
jurisdiction 7:16
52:10 75:12 77:2
77:3 129:11,21,24
129:25 132:18

**k**

k 1:16 5:14
katz 2:6 5:3 145:2
145:19

**keep** 31:5 90:5
114:13 123:16,20
125:22 131:6
**kenneth** 2:6 5:3
145:2,19
**kind** 32:4 95:20
97:20 117:16
124:13
**kinds** 17:20 95:12
**know** 7:24 8:13
9:13,15,17 10:4,5
10:5 11:4,6 12:13
12:25 13:5 14:24
15:4,4,18 16:22
17:3,4,5,15,25
18:4,23 19:23,24
20:12,15,16,19
21:6 24:13 25:22
26:13,24 27:3,3
28:23,23,24,25
29:7,8,9,19,21,21
30:2 31:8,8,11,12
31:13,14 32:4,24
33:8,18,24,25
34:11,11,18,22
36:6,7 38:18,22,24
40:19,22 41:3,4,5
41:15,17,17 42:6
42:17,23 43:7
44:18,18 45:2,9,25
46:9,24 47:25,25
47:25 49:9,17,17
49:20,22,23,23,25
50:10,10,17 51:5,6
54:10 56:4,19,21
56:22,24,24 58:18
58:21,21 59:25
60:10 61:15,16,20
63:6,12,17 64:10
64:25 65:15,17,21
65:23 66:4,5,8,9

66:25 67:3 69:12
69:16 70:3 72:10
73:19 74:14 78:2
78:5,6,9,10,21,22
79:2,3,21,22 80:3
80:5,14,23 81:7,8
83:8,11,23 84:4,8
84:11,12,18,19
85:15 86:9,12
87:2,2,5,5,6,9
88:15,15,17 89:4,9
89:10,23 90:8,10
90:12 91:13 92:4
92:4,14,24 93:6,9
93:11,17,25 94:4,7
94:10,12,17,24
95:12,13,13,25
96:4,7,14 97:6,10
97:12,16,19 98:17
99:12 100:14
101:8 103:14,22
104:2,6,8,9,11,14
104:15 105:3,8,15
106:5,21,22
107:11,21 108:16
108:18,19,20,21
108:25,25 109:4,5
109:8 110:17
112:2,5 113:3,15
114:4,16 115:14
115:22,25 116:4,8
118:9,10,11 119:2
119:10,13,14,22
120:7,16 121:2,2,5
121:18,18,25
122:18 123:3,5,6
123:12,15,15,21
123:22,22,25
124:5,8 125:19
126:16,24 127:15
128:4,6,7,14 133:7

134:12,25 135:3
136:13,14 137:19
138:5 139:3,9
140:5,6,8,23,25
141:2,3,3,4,4,12
141:18 142:15,16
142:23 143:8,9,9
143:10 144:7
**knowledge** 42:5
58:14 106:6,7
138:17 141:16,18
145:9 146:6
**knowledgeably**
56:23
**known** 35:19
60:14 105:4
117:12,13
**knows** 64:12 75:25
118:4,6
**kumail** 22:18
35:18,21,24 36:3
37:4,21 38:21
39:22

**I**

**labor** 84:12,14
**lasik** 32:7
**late** 90:23
**laughing** 115:6
**laurent** 106:11,14
106:15 107:4,7,24
108:6,13,16 109:5
109:11 110:13,21
115:10,11
**laurent's** 111:13
**law** 20:17 129:24
129:25
**laws** 6:2
**lawsuit** 83:5
**lawyer** 82:6,8
113:16,17

**laying** 143:4
**learned** 105:5
**leave** 21:13 30:22
**left** 19:22 126:17
126:19
**legal** 147:1
**lesson** 81:7
**libertarians** 97:14
**life** 133:14 135:3
**limited** 7:15 75:11
75:17
**lincoln** 90:2,3
**line** 147:6
**linkedin** 11:20
12:10,12
**list** 24:6
**listed** 24:15
**listen** 50:21 79:12
88:24 100:22
101:4 105:22
142:3
**lists** 24:12
**little** 8:14 22:6
61:14 104:15
107:20 117:20,21
**live** 38:21,23,25
111:21
**lived** 39:11,14
**lives** 39:13 111:20
**llp** 3:12
**lobbying** 86:19,20
**located** 90:12
109:16
**location** 2:3 90:18
90:24
**logo** 96:8
**long** 10:2 35:19
64:22 65:6 66:9
96:7,10 101:13
102:6

[look - movie]                                                                                                    Page 12

**look** 21:10 23:11
  34:22 94:23 99:14
  101:23 121:23,24
  126:5 140:20
  141:9
**looked** 12:25
  20:24 113:12
**looks** 102:23
**loose** 20:23 93:6
**loosely** 83:9
**looser** 20:17,18,21
  20:21
**lost** 134:9
**lot** 21:13 22:8
  23:17 30:24 56:11
  56:23 67:20 70:3
  70:23,24 81:13,16
  81:22 82:3 87:10
  89:4 103:16
  113:24 117:8,8,10
  118:7 122:16
  134:9,17 137:21
  138:3
**love** 27:2
**lymphocytes**
  114:9
**lysol** 21:9

**m**

**mad** 33:12,13
**mailbox** 115:16
**maintain** 68:16,18
  69:22,25 70:4,7,16
  71:2 112:9
**maintains** 109:8
**majority** 67:18,21
  68:3
**making** 25:14
  27:22,24 28:5,6,9
  28:12,18
**man** 31:13 61:3
  67:25 105:24

132:10
**manhattan** 49:21
  49:22
**manner** 6:3
**march** 1:22 2:1
  5:16
**mark** 21:2,4 81:17
**marked** 21:7,17
  21:20 41:9 81:18
  101:18 102:18
**market** 78:21
**marketing** 78:13
  78:17,19,22
**mathews** 34:7
**matt** 22:20
**matter** 5:9 29:11
  34:12 58:4 117:13
**matthews** 34:4
**mean** 18:8 19:24
  20:19 23:13 30:3
  30:3 34:23 38:2
  40:19,22 43:21
  47:9 48:16 50:9
  50:24 53:14 55:13
  56:19 58:6 59:23
  60:19 66:3,9,22,25
  67:6,23 71:3
  73:20 74:14 78:21
  78:22,24 79:2,20
  80:3 89:8 92:2,4,5
  92:24 94:24 96:22
  97:10,14,18
  103:21 104:12
  106:22 114:4
  119:11,14 121:3
  121:18,24 122:4
  122:16 129:3
  132:17 137:25
  141:3
**meaning** 46:18
  96:21 101:10

108:8,10 139:23
**means** 6:4 18:4
  51:6 54:8 72:7,11
  89:10 93:25 95:9
**media** 138:8
**medicine** 63:6
  81:22
**meet** 74:25 75:2
  77:24 90:17,19
  91:4 106:18 111:9
**meeting** 14:10,13
  14:20,23 15:2,5,14
  15:21 16:3,4
  110:3,7 124:5,8,9
  132:13,23 133:5
  133:21 134:4
**meetings** 56:14
  130:5,9,13,17
  131:12,18,22
  132:2,12
**meetup** 90:8 92:13
  93:10
**meetups** 91:24
  92:11
**member** 20:16
  23:2
**members** 10:11
  13:4,5,7,9,21 14:3
  20:15 22:23
**memory** 44:2 99:8
  122:16
**mentally** 21:13
**mentioned** 18:5
  45:13 59:4 71:21
  71:22 88:9
**mentions** 22:15,18
**met** 9:23 10:2 91:4
  91:7,10,11 106:16
  106:24,24,24
  109:23,24 110:21

**microphone** 94:20
**middle** 84:2
**million** 114:8
  126:2,14,20 127:2
  127:12,20,24
  128:21 129:2
  139:14,20
**mind** 18:7,11
**mine** 35:19 52:24
  134:11
**mineola** 147:2
**minute** 51:5 68:7
  89:13 116:9,10
**minutes** 14:22,25
  15:2 63:9 137:8
  137:10
**misconceptions**
  117:9
**misguided** 52:11
**mm** 64:13 75:14
  88:21 140:16
  142:25
**moment** 41:15
  138:14,15
**monday** 1:22 2:1
  5:16 107:12,13
**money** 81:13 93:8
  120:10 134:4,6
  138:7
**months** 66:22,23
  72:14 73:5,13,24
  74:2,5 113:15
**morning** 5:2
**mott** 90:25 91:4
  94:18 95:15
**mouth** 131:6
**move** 52:14,16
**moved** 94:7
**movie** 18:16

| n |
|---|
| **n** 3:1 4:1 5:1 6:1 |
| 7:1 8:1 9:1 10:1 |
| 11:1 12:1 13:1 |
| 14:1 15:1 16:1 |
| 17:1 18:1 19:1 |
| 20:1 21:1 22:1 |
| 23:1 24:1 25:1 |
| 26:1 27:1 28:1 |
| 29:1 30:1 31:1 |
| 32:1 33:1 34:1 |
| 35:1 36:1 37:1 |
| 38:1 39:1 40:1 |
| 41:1 42:1 43:1 |
| 44:1 45:1 46:1 |
| 47:1 48:1 49:1 |
| 50:1 51:1 52:1 |
| 53:1 54:1 55:1 |
| 56:1 57:1 58:1 |
| 59:1 60:1 61:1 |
| 62:1 63:1 64:1 |
| 65:1 66:1 67:1 |
| 68:1 69:1 70:1 |
| 71:1 72:1 73:1 |
| 74:1 75:1 76:1 |
| 77:1 78:1 79:1 |
| 80:1 81:1 82:1 |
| 83:1 84:1 85:1 |
| 86:1 87:1 88:1 |
| 89:1 90:1 91:1 |
| 92:1 93:1 94:1 |
| 95:1 96:1 97:1 |
| 98:1 99:1 100:1 |
| 101:1 102:1 103:1 |
| 104:1 105:1 106:1 |
| 107:1 108:1 109:1 |
| 110:1 111:1 112:1 |
| 113:1 114:1 115:1 |
| 115:18,20 116:1 |
| 117:1 118:1 119:1 |
| 120:1 121:1 122:1 |

123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1
**nakamoto** 118:6
**name** 5:2 7:9 8:25
9:6,7,9 11:4,6
13:25 17:7 20:9,9
20:11 29:20,22,23
34:4 40:16 66:4,5
66:8,10 70:11,24
89:5 92:23,24
93:10,22 94:3
96:4,23 104:24
106:11 111:18
115:18,19 116:3
117:7 135:10
136:6,10,11,16,17
147:4,4
**named** 45:21
118:5
**names** 13:17,23
60:9 96:5 135:13
**nasty** 30:10
**nation** 118:2
**nature** 20:16
118:2
**need** 82:2,3,11
**needs** 8:5
**negative** 36:6
**neither** 145:10
146:6
**never** 18:15 21:24
23:13 29:10 44:9
79:21 95:13
110:18 118:11
119:11,12

**new** 1:2 2:5 3:6,14
5:6,17,17 15:11
38:23,25 39:14
40:7,12 49:15
67:23,24 68:6,15
68:16 71:23,24
72:5,16 77:3
90:20 99:3,15,22
100:16,21,23
101:5,10,15 103:3
103:4,9,15,20,24
104:9,22 107:5
108:19,21,21,22
108:22 110:22
111:10 117:9
129:18 130:6,10
130:14,18,25
131:12,18,23
132:3 133:3
145:21 147:2
**nice** 22:13
**nick** 1:16 5:14
17:10 44:12 57:19
58:8 59:24 89:14
90:5 91:20 99:19
101:3 103:8
124:10 126:3
135:20,23 136:6
136:10,14,16,19
136:22,24
**night** 94:24
**nikolaos** 1:16,21
3:10 5:8,14 6:10
6:16 144:16 147:4
147:21
**nod** 8:5
**noise** 29:8
**nomenclature**
19:12
**non** 55:23

**noon** 63:7,7
**north** 90:3,19
**notary** 2:6 5:5
144:23 145:1,20
147:25
**note** 37:14
**nuanced** 123:8
**number** 104:12
**ny** 2:5 3:6,14

| o |
|---|
| **o** 46:7 111:19 |
| 115:18,20 |

**oaths** 5:6
**object** 27:25 28:18
35:10 48:21 51:16
**objected** 12:9,17
12:21
**objection** 5:19
6:14 7:23 15:20
17:14 27:6 28:9
28:10 31:19 39:2
39:6 51:6 53:25
55:17 56:2 62:4
64:4 65:11,20
68:8,19 72:6,18
75:3 78:15 85:9
110:6 112:12
127:25 132:25
**objectionable**
54:14
**objects** 7:21
**occurred** 43:16
51:11,12 123:18
**offering** 59:16,19
60:6,17 61:2,7
65:9
**office** 49:18,20
68:16,18,22 71:2,7
71:11,18,24 72:16
109:8,12,13,16,17
109:18,20,22,23

110:4,5,10,13,14
110:15,18,22
111:4,6,9
**officer** 87:8,11
145:2
**official** 57:12
**oh** 10:4 13:4 22:10
22:13 25:18 26:2
26:6,15,25 28:24
29:16 33:11 34:21
36:13,21 42:17
44:4,11 46:13
48:8 58:13,13
61:21 63:8 69:19
70:3 74:2 82:17
83:18 84:4 85:13
85:23 88:15 91:2
93:7 119:2 127:5
132:7,14 134:17
140:21
**okay** 6:21 7:2 8:18
8:24 11:9,19,23
12:17,21 13:5,7,13
14:10,13,22 15:14
16:20 17:6,22
18:2,14 21:25
22:5,13 23:2,22,22
23:24 25:3 26:9
27:4 31:2 32:22
34:16 35:9 37:11
37:16 39:12,24
40:21 41:13 43:19
48:11 51:2 55:2
59:11 61:23 66:8
70:4 73:17 77:12
77:15 79:4,11,20
83:10 87:23 88:8
88:13,18 89:3
91:7,16 97:5,8
98:5,24 99:3
100:12 101:2

102:12 105:12
106:19 107:2,16
110:12,20,24
111:6 115:9 116:6
116:12 117:7
118:23 119:24
127:18 128:13
131:3 134:2,24
136:18 138:23
139:7 141:10
142:8,18,21 143:6
144:3,9
**old** 147:2
**onboard** 134:10
**once** 34:15 88:16
91:8 92:15,20
111:2
**one's** 66:7
**ongoing** 84:3,5,22
85:4,5,10,12
**online** 77:10 124:6
**opaque** 52:21
**open** 46:24 117:14
141:9
**opinion** 52:23
124:3
**opposed** 67:24
**order** 7:14 8:8
143:22
**organization** 58:4
130:2 135:10
142:9
**organizational**
20:22 57:15 59:5
59:7,10 79:22
**organized** 11:10
**original** 143:22
**outcome** 145:14
146:11
**outside** 49:19
75:21 76:21

**owned** 110:18
111:8 139:25
**owners** 10:8,11
**ownership** 9:12
69:22,25 70:4,7,16
**owns** 9:7

**p**

**p** 3:1,1
**p.m.** 63:3 88:3,6
116:21,24 137:14
137:17 144:10,12
**pad** 140:15,19
**page** 4:2,6 12:11
12:12 21:20,25
23:7,7 24:11 41:9
84:2 87:17 147:6
**pages** 83:6
**paid** 46:18,20,22
48:3,13,16,18,24
49:2 50:4,19
73:15 79:2 87:14
98:6 105:13 119:3
119:6,9,17 120:10
121:8,15,17
129:18 138:24
139:12 142:17
**paint** 97:19
**panama** 90:9
**paper** 26:22 27:11
27:12 28:24 31:7
41:2,3,8 58:7,12
60:19,20,21 65:8
65:18
**paperless** 31:6
**papers** 63:19,21
**paperwork** 26:13
26:15,21 27:4,7,10
27:15 31:5,8
**park** 90:2,4
**part** 40:23 86:8
110:18 118:15,21

118:22
**participate** 29:3
43:7,9,14 44:16
45:10 53:21
**participated** 42:16
43:5 44:13,22
**participating**
42:15
**particular** 11:13
41:9 90:17 105:9
**particularly** 47:8
**parties** 5:20
145:11,13 146:7
146:10
**parts** 114:8
**party** 1:14,19 5:13
5:15 7:12
**pay** 34:12 85:4
86:13 95:19 98:2
133:18,19 142:13
**payment** 129:13
129:17
**payments** 125:4
**pc** 2:3 3:4 5:17
**pee** 58:23
**pellets** 61:11
**pending** 30:5,19
36:12,17,20,23
37:10 97:9 135:8
135:11
**people** 11:25 13:5
13:8 17:4,12,17,18
17:19 18:20 20:15
22:8 24:6 29:2
30:7 31:22 32:2
33:16,18,24 34:3
34:12 40:8,9
41:16 42:2,11,15
46:3,3 50:22
57:16 65:25 66:2
66:6 67:2 74:24

77:24 80:3,22,25
85:21 87:11 89:24
89:25 92:22 93:6
93:11,12,13,24,24
96:22 97:6,20
107:12,12,13,14
107:23 109:22
113:25 117:6,10
118:9,10 121:25
124:2 134:9,9,9
135:12,18 137:21
138:3,6,8 140:9
**people's** 134:7
**perceive** 95:8
**percent** 36:6 38:20
68:5,9 101:7,8,9
103:10 104:13,14
104:16,18,22
120:4
**percentage** 135:22
**perform** 40:10
48:3,13,18,23 49:2
50:2,19,19 59:15
67:8 71:25 72:13
72:22 73:4,8,17,25
74:4 86:16 113:6
**performed** 36:3,8
37:5 38:4 48:5
66:14,20 67:9
72:4,17,19 73:12
86:2,5 113:4,8,10
**period** 120:23,23
**permission** 67:3,8
67:11 93:22
**permitted** 5:24
**permitting** 7:15
**person** 14:8 38:20
41:17 66:6 134:25
**personal** 55:22
81:25 97:17
109:18,20

**personally** 98:3
120:6 125:14
126:8,10 127:11
127:18 139:12,17
143:5
**peter** 3:11 6:11
30:8 35:9
**pginsberg** 3:15
**phone** 15:9,10,10
15:18 28:25 29:3
32:21 45:9 64:21
64:23 65:2,3
85:21,22 112:21
**phones** 112:21
**photograph** 4:9
**physically** 73:20
**picked** 29:11
**picture** 97:20
102:21 103:21
**piece** 28:24 31:7
41:2,3,8 58:12
60:20 122:21
**place** 15:6,16
45:16 68:9 72:4,5
93:13 95:11,13
**placed** 21:16
82:23 102:12
**placement** 12:9
**places** 39:11 71:12
87:10 119:4
134:20
**placing** 105:9
**plaintiff** 1:6 5:10
**plaintiffs** 1:11,14
5:12,13 7:11,12
**play** 11:16 23:15
64:19 78:12 79:5
79:16,18
**pleaded** 119:4
**please** 6:8,20 7:17
7:22 8:2,6,10,14

16:11 19:2 20:20
23:16 26:16 27:10
28:21 30:8,15
32:13 34:24 56:5
62:21 71:14,16
75:6,11 83:16
106:13 126:3
**plus** 94:8 143:22
**pneumothoraxes**
21:12
**point** 25:20 60:14
122:25
**pointed** 125:12
**pointing** 119:20
**polacks** 44:5
**poland** 20:8 84:12
**polish** 44:5 45:21
**popular** 29:8
**portal** 143:22
**portion** 63:4
**posed** 7:25
**position** 86:22,25
107:17
**positive** 36:5
101:8,9
**possible** 93:13
**pr** 141:24
**practice** 17:25
**prepared** 41:24
42:8 59:18,22,24
60:16 146:3
**presence** 133:2
**present** 3:19
**presentation**
98:16 100:9
**presentations**
100:10,12
**pressure** 49:19
**pretty** 29:8 31:6
80:7 100:6

**previous** 107:21
**previously** 18:5
39:9 71:21,22
88:8 112:21
**printed** 25:11,15
**printout** 4:7 21:22
**prior** 24:13 46:4,7
46:15 92:10 145:4
**privilege** 62:5
**privy** 56:20 141:4
**probably** 12:20
38:11 42:6,10
45:12 50:13 59:21
60:14,23 66:22
74:13,19 83:8
87:9 92:7 98:23
99:2 103:11,16,22
103:23,24 107:9
113:3,25 114:9,13
114:18 118:12,22
120:12,14 122:21
122:23 131:16
140:24 141:12
143:7
**problem** 23:12
117:2 143:11
**procedural** 5:25
**proceed** 30:23
31:3
**proceeding** 5:4,23
144:13 146:4
**proceedings** 145:3
145:4,5,8 146:5
**process** 118:24
**produced** 5:22
83:4 119:23
126:22 129:6,8,10
**professional** 55:22
**proffer** 75:6,9,16
75:21 77:7

programmers
  107:19 117:12
project  117:14
  121:7,13 122:19
  139:23,23
projection  120:19
projects  81:6
  122:20
promote  78:23
  138:12,13,18,24
  139:12 141:15,19
  141:25
promotes  142:12
promoting  137:19
  137:22 138:4
  139:20
promotion  141:11
promotional  34:11
proper  68:12
properly  37:12
  68:12
provide  120:24
provided  37:21
  120:13
providing  58:25
pseudonym  118:5
pta  124:5,8,9
public  2:6 46:23
  74:10,12 144:23
  145:1,20 147:25
puffy  27:14
purpose  105:8
put  29:9,20,22
  38:18 41:18 54:7
  57:17 61:10 93:22
  96:8 98:15 100:8
  134:6

**q**

qualified  145:7
question  7:17,19
  7:22,25 8:8,11

13:18 16:5 18:9
  18:13 20:4,6
  23:14,16,20 25:25
  26:3 28:21 30:4
  30:18 32:14,16
  33:20 36:11,16,19
  36:23 37:10,12,18
  38:12 43:22 44:12
  46:12,17 47:7,7
  48:10 50:13,15
  54:11,14 57:9,10
  58:9,11 60:3
  62:10,12,15,16
  63:17 65:12 68:12
  69:14 71:5,14,16
  72:7,25 73:10
  77:18 79:8 83:16
  84:25 87:21 92:17
  97:4,9 98:10
  99:19 100:5,7
  101:15 102:4
  106:16 107:18
  115:3,5,13 118:18
  123:3,5 125:8,21
  131:8,17 132:6
  135:7
questioned  114:25
questioning  69:9
questions  7:13 8:2
  30:22,22,25 33:6
  33:10,12 35:16
  51:10,15 52:5,10
  52:12,16,21 54:15
  76:4 77:14 81:14
  114:12 116:11
  117:20,21,22
  123:2 124:11
  135:16
quite  52:8

**r**

r  3:1 6:11 46:7
  111:19 115:18,20
rachel  94:15,16
ran  90:7
random  89:24,24
reached  80:24
read  20:11 24:6
  27:2 32:9 61:15
  61:19 63:4 113:22
  114:3,4,4 115:7
  120:22 143:13,15
  143:17,18,19
reader  143:20
ready  8:17 122:25
real  89:5 94:14
  109:17,18,20,22
  110:4,5,19 111:7
realized  133:7,8,8
really  10:4 14:2
  19:10,11 20:9,10
  20:20 32:7 38:19
  47:8 51:10 52:7
  52:11 61:13 67:17
  80:4 81:21 95:24
  108:9 113:7,22
  119:11 120:3
  134:12,22
reason  7:21 19:5,8
  92:22 97:17
  107:18 140:6
  147:6
recall  26:11,12
  44:25 45:16,23
  55:12,13,14 87:7
  87:14,16 91:10
  101:3 103:2,8
  111:4 113:14
  140:4
receive  47:14,17
  47:20,23 122:2

124:16,21 125:15
  127:19 128:3,4,6
received  112:10
  112:13,17 124:23
  126:8,14,20 127:2
  127:23 128:7,21
  129:2 140:23
  141:2
receiving  141:10
recognition  83:12
recognize  18:2
  22:21 83:5,7,9
  102:22
recollect  61:14
  122:15 123:7
recollecting
  104:12,14
recollection  27:14
  60:16 121:21
  134:3
recommendations
  80:23 108:12
record  5:4,7,19
  6:9,22,25 7:3,4,6
  7:23 8:9,17,20,22
  11:19 28:12 34:24
  34:25 35:6,7,10
  37:13 38:19 39:18
  39:20,22,23,25
  40:2,4 51:25 52:3
  62:23,25 63:3,10
  87:24 88:2,4,6
  116:19,21,22,24
  126:17,17,19,20
  137:11,12,13,15
  137:17 144:10
  145:9 146:5
record's  47:7
recorded  6:3
  145:6

**recording** 5:22 8:4
  145:8 146:3
**records** 62:13
  121:20 128:24
  129:4 141:6
**reduced** 145:6
**refer** 35:10
**referenced** 45:14
**referred** 136:21
**referring** 35:11,12
  123:24 136:23
**refers** 136:18,24
**reflect** 11:19 37:14
**reflects** 52:4
**refresh** 27:13
  60:15 99:7 121:20
**regard** 75:12
**regarding** 45:11
  80:15 115:13
  131:12,23
**regular** 80:19
**relate** 52:10 83:14
  83:19
**related** 75:16
  145:10 146:7
**relates** 129:11
**relating** 60:25
  65:9 80:10 99:16
  103:15 133:2
**relationship** 10:14
  53:19,23 54:21,22
  55:6,8,9,10,12,21
  56:16,16
**relationships** 53:8
**relative** 145:12
  146:9
**remember** 9:14,19
  10:5,6,7 11:12,15
  12:22 13:11,12,14
  13:16,18,24 14:4
  15:7,12,13 17:3,5

20:9,10 23:20
25:22,23 26:22
27:11,17 34:10
36:25 43:25,25
44:24 45:4,5,8,12
45:17,19 46:9
47:13,16,19 48:2
48:15,16 49:9,17
55:4 56:19 60:12
61:17,25 66:6,10
67:17 74:2,7,13,15
74:19 78:9 83:25
85:23,24,25 86:11
92:21 99:4,5,8,11
100:19,20 101:9
101:16 102:9
103:6,11 104:22
104:23,25 107:10
107:11 110:25
111:11 113:9,12
121:3,5,18,25
122:15 123:9,10
123:10 125:3
126:10,15,16
127:16 128:9,15
128:16,22,23
**remembering** 25:5
**remotely** 6:8
**rendered** 129:14
  129:18
**renov** 22:20
  115:18,20
**rent** 95:11
**rented** 95:13
**repeat** 23:18
**rephrase** 7:20
**replay** 24:2
**replayed** 63:10
**reported** 2:6
**reporter** 5:2,3
  6:13,20,23 7:2,5

8:18,21 21:3
23:24 24:3 34:25
35:5,7 39:24 40:3
62:23 63:2,10
88:2,5 116:20,23
137:11,13,16
143:21,25 144:3,9
**represent** 7:10
**representation**
  25:14 41:4,21
  77:7,9
**represented** 98:13
**representing**
  76:24 105:13
**request** 28:16
  67:10,12,14,16
**requested** 63:11
  95:19 145:23
**requirements**
  139:11
**resell** 138:7
**reserved** 144:11
**reside** 49:10,12,14
  68:14 71:23
**resided** 71:22 72:4
**resides** 108:16,18
  108:24
**resolve** 49:13
**resource** 13:2
**respect** 28:17
**respectfully** 28:14
**respond** 54:18
  68:12 76:21 77:4
  97:4
**response** 8:3,5
**responsible** 15:2
**rest** 133:18 134:6
**retained** 4:11
**retinal** 61:9,10
**review** 145:23

**rhyme** 97:17
**ridiculous** 140:17
**right** 6:9 19:7
23:10 24:3 30:6,6
31:6 32:8 34:20
36:24 37:13,25
39:13 43:16 44:7
49:19 70:12 75:15
75:19 79:13 82:17
85:11 86:14 96:12
113:23 116:17
119:8 122:4,6
123:5,7 125:6,6
127:8 136:2
137:25 139:4
**road** 67:20,24 68:6
147:2
**robert** 1:9,13 3:20
5:11,13
**role** 10:12 11:16
26:9,11,12 47:3
64:19 78:12 79:4
79:16,18 86:17
**roman** 45:22
**room** 8:16
**ross** 90:9,10,10,10
90:10
**row** 50:22
**rules** 6:2
**run** 12:12 122:24
**running** 65:24
**runs** 90:7
**rvh** 1:9,13 5:11,12
21:20,21 147:4

**s**

**s** 3:1 4:5 46:7
111:19 147:6
**sat** 98:21,23
**satoshi** 74:21,23
74:24 75:25 76:2
76:25 77:10,20,21

77:23 78:4 88:9
88:11,13,18,23,24
89:3,7,23,23 90:12
91:3,12,17,24
92:11 93:21,23,25
94:8,12,18 95:5
96:11 118:5
saw  18:16 44:3
  110:10,12
saying  19:4 25:12
  28:18 30:7 33:7
  37:17 41:7 70:11
  70:18 89:22 91:13
  93:16,17,18,19
  94:21 102:10
  104:19 106:22
  117:23 120:6
  123:16,20 131:16
  135:9 136:2
says  11:20 22:3
  24:11 50:21 58:10
  83:24 84:2 85:7
  85:11 87:9 94:22
  107:22 136:25
schedule  106:3,5
scratch  53:2
screen  120:19
screw  18:23
screwed  133:9
sean  22:18 25:20
  27:5,14
search  113:4,6,8
  113:10
second  8:19 16:11
  37:11 39:19
  124:19,19
see  22:3,7 58:6
  61:8,13 62:13
  102:20 110:13
  113:5 118:9
  119:12 120:4,17

120:18 135:15
seen  21:23,24
  109:13,17 117:19
  119:11
self  18:24,25 19:9
send  33:25,25
  114:19,20
sent  61:16 95:18
  95:20 96:6 113:23
  122:6 139:15
sentence  22:12
separate  35:14,15
seriously  8:12,13
  8:15
services  36:4,8
  37:5,21 38:2,2,15
  40:11 48:3,4,14,19
  48:24 49:3,4 50:2
  50:19,24 58:25
  66:15,20,24 67:9
  71:25 72:13,17,19
  72:22 73:5,8,12,18
  73:25 74:4 87:15
  120:13,25 129:14
  129:17
seventy  104:16,18
shareholder  87:3
shares  109:21
  111:8 134:8
sheet  147:1
shoulders  28:13
show  89:5 94:2
  104:6 122:11
showed  119:10
showing  82:15
shrugging  28:13
shut  131:6
shuttle  45:5
siegel  94:15,16
sign  143:12,16,17

signature  144:11
  145:17 146:14
simon  50:21
simple  134:25
sit  50:6 105:22
  120:19
site  25:6 29:20,22
  29:23 42:18
sitting  122:18
six  94:6
skills  145:9 146:6
slept  109:3
slide  98:16 104:6
slides  98:16,17
  100:8,9 101:10,13
  102:6,7
slideshow  101:14
slow  75:6
smart  30:17
  108:11 117:23,24
software  67:6,7
  80:23 123:19,20
  124:18 125:11,16
  127:7 138:6,13
solutions  147:1
somebody  106:2
someone's  45:9
  142:22
sorry  10:16 13:4
  16:12,12,24 18:10
  21:11 22:7,10
  24:25 26:18 32:15
  32:17 40:15 46:13
  48:8,11,23 50:16
  50:16 56:5 57:20
  59:8 66:12 83:18
  85:2,13 89:16
  91:22 92:18 93:19
  97:5 99:20 102:14
  110:2 111:17
  118:19,19 123:8

124:12 125:9
  126:6 127:5 132:7
  136:3,7 139:8
sounds  115:21
  116:3,3
source  117:14
  141:9
southern  1:2
sowrn  144:18
space  45:5 46:23
spanos  1:16,16,21
  3:10 5:1,9,14,14
  6:1,10,16,22 7:1,9
  8:1,24 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1,7 21:1,6,7,16
  21:17 22:1 23:1
  23:10 24:1 25:1
  26:1 27:1,22 28:1
  28:14,17 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1,9
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1,4 53:1
  54:1,17 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1,12
  63:1 64:1 65:1
  66:1 67:1 68:1,9
  68:14 69:1 70:1
  71:1 72:1 73:1,4
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1,17,18,24
  82:1,11,23 83:1

84:1 85:1 86:1
87:1 88:1,8 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
101:18 102:1,12
102:19 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
112:20 113:1
114:1 115:1 116:1
117:1,4 118:1
119:1,19,20 120:1
121:1 122:1 123:1
124:1 125:1 126:1
126:23 127:1,10
128:1,2 129:1
130:1,5 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1,16 147:4,21
**sparking** 123:7
**speak** 76:19 88:13
  88:23 89:7
**speaking** 45:19
**specific** 52:13
  75:17 129:25
  138:11
**specifics** 52:7
**speculate** 96:24
  128:12
**speculation** 65:13
**speed** 81:10
**spell** 13:25
**spend** 67:18,21
  68:2

**spleen** 21:10
**spoke** 56:23
**spoken** 88:11,18
**spokesperson**
  79:20,23 80:4
**sponsor** 92:13
  95:9,10
**sponsored** 91:18
  91:25 92:3 93:7
  95:6 98:6
**sponsoring** 93:21
  95:8 97:24
**sponsors** 95:11
**sporadically** 31:24
  31:25
**square** 74:21,23
  74:24 76:2,3,25
  77:10,21,23 78:4
  88:9,11,14,18,23
  88:24 89:3,8,23,23
  90:4,12,20 91:4,13
  91:17,25 92:11
  93:21,23,25 94:8
  94:12,18 95:5
  96:11 97:11
**st** 106:11,14,15
  107:4,7,24 108:6
  108:13,16,20
  109:5,11 110:13
  110:21 111:13
  115:9,10
**stamped** 21:21
  82:24
**standing** 122:18
**standpoint** 56:9
  56:10
**stare** 72:25
**start** 8:17 13:7
  53:2 62:11 118:24
**started** 90:20
  118:25

**state** 7:22 108:18
  145:21
**states** 1:1
**station** 122:23
**statue** 90:3,4
**stenographer** 8:4
**stenographic** 6:4
**step** 76:20
**steve** 46:7,15
  47:11,14 111:16
  111:19 112:4,6,10
  112:14,17,25
  113:5,20
**stipulation** 6:5
**stole** 135:12
**stood** 98:19,22,23
**stop** 16:11 34:9
  75:6,10 127:4,21
  135:23,25
**stopped** 102:8
**straight** 8:9
**straightforward**
  54:15
**stray** 82:6
**street** 2:4 3:5 5:17
  71:19 82:18 90:25
  91:5 106:25
  109:24 116:7
**strike** 16:24 41:7
  53:3 54:21 55:5
  58:25 71:22
**structure** 81:4
  124:14
**stuff** 17:21 56:4
  57:17 92:23 95:12
  113:13 121:22,23
  121:24 134:7
  135:2,4 138:8
  139:10
**subcontractors**
  122:3,3

**subscribed** 144:18
  147:22
**substance** 51:10
**sudden** 105:23
**sue** 133:15
**suggest** 76:23
**suggesting** 82:5
**suggestion** 76:22
**suggestions** 79:25
  108:11
**sullivan** 3:12
**sullivanlaw.com**
  3:15
**supplement**
  133:18
**suppose** 106:9
**supposed** 74:18
  133:5
**sure** 10:18 11:25
  19:9 34:17 39:13
  39:15 40:25 41:4
  41:11,14,15 43:4
  43:10 44:24 50:5
  50:9 52:8,11
  55:11 57:23,25
  58:16 61:22 64:14
  73:22 84:7,17
  86:7,11 87:3,10
  88:12 89:2 94:25
  95:7 96:9,16
  103:22 104:4,4,23
  104:25 107:9
  108:15,24 113:21
  114:18 115:12,14
  115:24 116:5,13
  121:25 126:24
  129:10 135:16
  136:11,17 138:14
  138:16 139:2,2,16
  140:10 141:2
  142:19 143:4,5,5

surgeries  22:8
  32:6 61:9,11
  114:6
surprised  76:23
swear  6:14
switzerland  31:13
  61:4
sworn  5:20 6:17
  145:5 147:22
synapse  1:17 5:14
  9:10,11 10:8,22,25
  11:9,11 13:10,21
  14:11,19 15:3,16
  16:3,14,17,20,24
  24:17,20 25:21
  27:15 31:17,23
  32:2,20 35:11,22
  36:4,8 37:5 40:24
  41:24 42:7 43:5
  48:19,24 49:6,7
  50:3,7,20 51:3
  53:24 55:8,16
  56:9,17 57:5,13
  58:19,22,25 59:15
  59:19 60:6,17
  61:2,7 64:2,3,7,8
  64:16,20 65:7,10
  65:17,19,24 66:15
  66:21 72:2,14
  73:5,9,13 74:5
  77:11 78:2,14,16
  78:17,19 79:10,19
  80:11,14 82:25
  84:9,19 86:3,6,13
  86:15 87:14 99:25
  107:25 108:7,14
  115:23 119:3,16
  119:17 120:10,25
  121:7,13,17
  122:13 123:13
  127:9 130:7

131:24 133:23
  135:5 136:15,20
  136:25 137:2
  138:12,21 142:7,9
  142:11,12

**t**

t  4:5
tabby  66:7
tabitha  66:7,8
take  5:4,5 7:15 8:4
  8:12,15 12:2,3,5
  28:16 29:16 63:6
  79:12 97:17 116:9
  133:13
taken  5:9 8:13
  14:22 25:10 145:3
  145:11 146:8
talk  22:9 56:11
  76:8 77:25 115:9
  116:10 137:7
talking  27:12 38:7
  56:15 76:9,12
  96:21 113:22
  123:11 142:24
talks  124:4
team  22:15,15
  24:12,12 67:22
technical  107:25
  108:3,6
technologies  1:4
  5:9 47:18,21,24
  48:14 53:23 54:22
  70:5,8,14,17,21,25
  71:7,13,24 83:2
  84:21 86:3,7,16,17
  86:19,21,23
  118:13,23 119:2,5
  119:6,16,18
  120:11,24 121:6,8
  121:10,15,16,24
  122:10,11 124:24

125:5 126:14
  127:11,19 128:18
  128:20,25 129:19
  147:4
technologist  87:13
technology  70:19
  80:2,2,7,9 100:10
  105:11,14,21
  106:7,8,15 117:4
  118:25 137:20,23
  137:24 138:4,13
  138:19,24 139:13
  139:21 141:11,15
  141:20,25 142:13
telephone  32:12
tell  6:18 7:17
  26:21 28:8 37:23
  68:10 71:3 75:22
  103:6 106:13
  114:19 118:11
  122:12
telling  133:12
tells  76:3
term  18:19
terms  51:15 52:6
  52:13
testified  6:19 39:9
  127:10 128:3
testifying  145:5
testimony  15:21
  16:7,9 18:5 27:7
  59:10 72:19,21
  112:13,16
textbook  87:10
thank  6:13 48:23
  77:5,16 82:13,13
  82:19 101:16
  116:17,25,25
thanks  106:19
that'd  59:23

theoretically
  139:9
thing  20:23 38:2
  90:15 93:14 94:5
  96:23 113:7
  119:12 120:18
  135:6 140:22
things  8:14 29:10
  34:3,6,8,10,14
  67:3 80:18 81:10
  114:13 119:5
  121:17 122:9,16
  122:17,17 123:8
  134:7,10,17,21
think  10:10,10,10
  10:11 12:4,4
  14:21 16:5,7
  17:24 18:16 23:6
  23:19 27:11 28:22
  28:22 34:4,9,10
  35:13 40:13 43:3
  43:12,15 45:21
  47:22,22 48:5,15
  49:2 51:10 52:9
  56:18,22 57:18
  60:21 62:4 66:12
  67:13 68:25 69:11
  71:19 73:23 74:7
  74:17,18 78:5
  79:21 80:18,19,19
  81:2,9 83:15,15
  87:12,18 88:22
  90:3 91:6 92:9,12
  95:8 96:10,12
  100:17 103:18
  106:24 108:2,5,15
  111:11 112:2
  113:3,11,11 116:5
  117:8 119:11,15
  119:15 125:3
  126:15 128:10

129:19 131:25
133:7,8 137:4
139:17 140:3,20
141:13,23 142:15
142:16,17,19
**thinking** 27:16
108:19 136:12
**thinks** 89:22,23
**third** 1:14,19 5:13
5:15 7:11 14:8
87:17
**thought** 52:10
71:15 104:14
**thousands** 80:25
80:25 81:5
**three** 42:25 54:8
73:20,21 82:23
83:6,14,19 96:13
98:17 101:13
120:7 123:10,11
**threw** 92:24 93:10
**throws** 92:23
**thumb** 134:14
**thursday** 107:13
**tickets** 95:22,23
**time** 1:23 2:2 6:7
7:3,6 8:19,22 11:9
13:8,20 14:14,18
16:15 25:4,20
26:5 29:13 33:18
35:2,8,20 39:25
40:4 42:13 43:3
44:3 45:20,24
53:15,17 56:5
62:24 63:3,5,6
64:22,23 65:6
66:9,11,13,18
67:19 68:3,5,9
73:19 79:12 80:6
86:15,22 87:8
88:3,6 96:2,11,22

103:17 105:4
106:25 107:3
116:21,24 120:23
120:24 122:14
126:4 133:24
137:14,17 138:21
141:5 144:10
**timeline** 84:17
138:20
**times** 8:7 43:15,17
50:22 92:13 96:11
96:13,14 103:19
103:23 104:4,4,15
105:20 107:9
110:24
**tired** 98:21
**title** 25:23 57:12
57:21 58:5
**titles** 17:20 47:11
108:9 124:8
**toastmasters** 94:9
94:9,10,11
**today** 50:6 79:19
**token** 123:18,19
124:17 129:2
**tokens** 125:15,18
125:24 126:14,21
127:2,12,20,24
128:21 139:20
140:2,7,9,23 141:3
141:7,11 143:3
**told** 34:9,10 43:8,9
43:14 65:21 66:3
112:21 120:17
134:7
**tom** 106:11,13,15
107:2,4,7,16,24
108:6,13,16,20
109:5,11 110:21
111:13 115:9,10

**tool** 34:11
**top** 134:12 143:8
**totally** 27:25,25
52:22 76:22
**trade** 74:25 77:24
89:6 90:2
**traded** 90:6
**traders** 90:2
**tradeshow** 98:20
99:13,15,22 104:3
104:24 105:9
**tradeshows** 98:14
99:11 103:14,20
103:24 104:9
105:10 141:15
**train** 94:12
**transcribed** 32:25
33:3
**transcriber** 146:1
**transcript** 5:22
143:16,21 145:23
146:3,4
**transcriptionist**
145:7
**triple** 54:7
**true** 28:7 52:2
145:8 146:4
**trust** 82:9 120:18
**truth** 6:18,18,19
**try** 7:19 8:15 22:9
93:11 97:18
120:22 133:14,15
**trying** 27:17,20
28:2,22 43:15,21
43:24,25 44:2
50:17 52:4,18
69:15 71:4 81:3,3
94:13 97:11,19
114:12 123:21
124:12 126:6
131:9 133:13

**turn** 21:25 22:5
24:11
**turning** 23:8 87:17
**tutor** 135:18
**tv** 120:19
**tweet** 34:3,5,8,14
34:20,21 74:18
**tweeting** 34:9
66:25
**tweets** 98:11
**twice** 96:12
**twitter** 33:15,16
33:21,21,22
**two** 14:5,5,7 22:4
35:16 50:22 66:6
87:18 95:8 98:17
101:13,21 102:6
116:9 143:22
**type** 27:15 38:15
86:5 93:6 117:25
**types** 81:5 86:9
**typewriting** 145:6

**u**

**u.s.** 119:9
**ucc** 134:6
**unanswered** 114:2
114:3,16 115:10
115:15
**uncompensated**
38:8,10,15 40:11
66:15,20
**undefined** 52:5
**understand** 5:21
7:17,18,19 18:11
19:11 20:4 38:11
50:25 52:5 54:4
67:2 73:10 80:18
80:21 81:2,9
93:14 97:6,20
117:10 119:12
129:16 136:8

understanding
  16:9 83:13
understands 72:8
understood
  117:22
union 90:3,19
united 1:1
unpaid 46:18,22
  48:4,13,16,18,24
  49:3 50:4,20
  73:15 105:13
unread 115:15
use 32:7 33:15,16
  33:21,22 96:23
uses 5:24
usually 80:5 106:2
utility 123:19
  124:17 125:11,16
  127:7
uveitis 61:10

— v —

v 115:18,20 147:4
various 8:6 103:19
  141:7
vasculitis 61:10
verbal 8:2,5
veritext 5:4 147:1
victim 135:4
village 29:15
visible 79:23
visited 109:11
visitor 46:21,23
volunteer 38:16
  38:17

— w —

w 69:4
wait 7:22 8:10
  25:13,13 43:18
  51:5 71:8 75:5,5,5
  75:5 79:7,7 82:19

89:13 93:3 124:19
  124:19 130:22,22
  130:22 132:15,15
  132:15,15,16
walk 46:25
walked 8:16 46:25
  47:2,4 53:4,6,11
  53:14
walking 133:11
walks 118:10
wall 2:4 3:5 5:17
  53:5,7 71:19
  82:18 106:24
  109:24 116:7
wallet 139:19
wallets 141:8
want 6:22 7:18
  18:23 19:6 21:3
  29:25 33:12 34:12
  34:21 36:15 37:12
  38:18 39:21,22
  41:5 56:25 57:17
  61:20 62:11 63:14
  71:3 79:13 81:7
  87:20 97:6 101:24
  102:3,5 106:21
  128:6,11 137:9
  138:6,7 140:12,20
  143:9
wanted 29:2,7
  63:13 85:16
  133:17,17,18
wants 30:2 31:10
  122:21,23,24
  126:5
way 35:21,24
  41:10 59:4 63:20
  66:12 76:8,10,13
  81:5,6 82:11
  92:22 103:18
  115:23 116:2

123:23 124:14
  133:16,20
ways 134:19
we've 63:8 126:22
  129:3
webpage 11:20
website 4:7 20:24
  21:22 23:5 25:16
  41:4,16,24 42:8,15
  42:19 45:11 59:23
  107:23 131:2,15
websites 29:10
weird 20:9,12
went 29:20 41:19
  44:9 113:12 134:9
  139:17
we're 7:5
what'd 130:22
whatsapp 32:23
whatsoever 49:5
  64:19 108:10
white 114:7
whoever's 34:17
wire 87:15
wished 27:12
witness 5:20,21
  6:10,14,17 9:14
  10:19 13:15,17
  15:24 16:12 17:15
  18:15 19:4 21:9
  21:12 22:10,13
  23:13,21 25:2,4,17
  26:2,19 28:2
  29:24 30:6,12,16
  31:12 32:17 33:7
  33:11 35:3 36:13
  36:15,18,21,24
  37:11,14,17,25
  38:10 39:18,21
  43:12,20,24 44:14
  44:17 46:13 48:8

48:11 50:16 51:8
  54:6,10,16 56:3,18
  57:11,14,20,23,25
  58:6,10,13,16 60:2
  62:18,21 63:5,8,16
  64:14 65:21 69:6
  69:11,15 71:18
  72:10 73:2,15
  75:4 77:17 78:8
  79:11,13 81:13,16
  81:20 82:2,6,17,21
  85:2,11,14 89:15
  90:6 91:22 92:18
  93:5 97:2,5,10
  98:11 99:20 100:6
  100:19,22,25
  101:4,7 102:3,9
  103:10 104:18,21
  105:17 110:8
  111:20 112:19
  115:2,6 116:14,17
  116:25 118:19
  124:12 125:9,22
  126:5 127:3,5,13
  127:16 128:9,13
  128:16 131:6,9,20
  132:7,19 133:4
  134:19 135:9,12
  135:21 136:2
  140:14,17 143:20
  145:4
witnessed 95:2,4
won 50:22
wondering 135:19
worcester 3:12
word 12:10 49:4
  95:9,10 123:20
work 36:3 38:4,12
  38:13,25 39:5
  49:16 50:3 69:2,2
  74:17 81:5,6 84:3

[work - zap.org.]

84:5 85:4,5,10,12
85:16 86:2,5,7,8
86:11,13,16,21
109:9 117:11
119:18 124:14
133:20
**worked**  41:22
48:15 72:5 110:14
110:17 121:7,13
121:17,21
**working**  25:21
41:16
**works**  81:2
**world**  31:6 49:6
50:3 51:2 73:20
73:21 80:5 94:8
94:14 97:11 99:2
100:15 102:25
105:7,7 114:2,2
134:13
**worry**  82:12
**worse**  61:9
**worth**  142:23
143:3
**wow**  22:13 36:24
82:21
**write**  36:9 37:7
132:20 140:15,19
140:21
**writing**  33:3 37:14
**written**  6:5 118:7
**wrong**  16:8,10
120:18
**wrote**  140:22
143:2

**x**

**x**  4:1,5 33:25
145:23

**y**

**y**  33:25 70:18
**yeah**  9:22 11:8
12:16 14:7,7,12,17
14:21,21 18:8,10
18:21 19:15,18
20:25 22:3,4,17,17
22:17 25:9 26:8
29:5,24 37:9
38:10,11,16 39:11
41:5 44:18 45:15
48:16,17 51:8
54:16 55:13 59:17
67:10 68:2 71:18
72:3 73:7,15
74:22 77:22 78:8
82:17 83:3,8,11,15
84:20 86:4 88:10
91:2,2,6,9,16
94:23 95:12 96:21
97:2,2 98:2,14,15
99:4,4 100:17
101:10 102:16,23
103:10 104:11
105:18 106:12
107:6 109:15
110:8,16 111:23
112:8,19 115:7
118:15,22 121:12
122:6 125:6 127:3
131:2 132:19
137:21 138:5,16
138:23 140:3
141:4,22 142:6,10
143:17,24
**year**  10:5 69:18,19
73:22 88:16 91:14
99:11
**years**  9:17 45:17
50:22 53:4 56:24
94:6 116:4 123:10

123:11,12 133:7
133:10,19
**york**  1:2 2:5 3:6
3:14 5:6,17,17
15:11 38:23,25
39:14 40:7,12
67:23,24 68:6,15
68:16 71:23,24
72:5,16 77:3
90:20 99:3,16,23
100:16,21,23
101:6,10,15 103:3
103:4,9,15,20,24
104:9,22 107:5
108:21,22 110:22
111:10 129:18
130:6,10,14,18,25
131:12,18,23
132:3 133:3
145:21 147:2
**young**  17:7,7
20:13,14 46:2,4,6
47:20 49:24 50:9
50:11 53:2,3,8
54:20,23,23 55:2,6
55:6,14 56:7,16,19
56:22 57:4,7,21
58:18 114:17
139:25 140:2,7
**yugoslavia**  84:13
84:13

**z**

**z**  33:25
**zap**  14:16,17 15:24
16:3 22:15 24:11
24:12,14 71:15
75:7 78:16 91:18
98:18,19,21,22,24
99:3 101:14 104:6
104:8,10,21 105:9
105:12 139:14

143:3
**zap's**  92:24
**zap.org**  1:18 4:7
5:15 8:25 9:3,5,7
9:12 10:12,15
11:14,17,23 12:5
12:10,15,18,24
13:9,20 14:14,18
14:19 15:3,17,22
16:6,15,18,20 17:8
17:10,13 18:3
20:7,24 21:22
22:24 23:5 24:5,9
25:6,16 31:5
35:11,25 37:22
38:6 42:9 53:24
57:7,15,22 58:15
58:19 76:25 77:3
77:10 78:3,13,19
91:25 92:10,13
93:21 95:5,13,17
95:18 97:24 98:6
98:13 99:23 100:8
102:22,24 103:3,9
103:17,19,21
108:4 116:2 117:5
118:16 129:11
130:11,15,19
131:2,13 133:2,23
135:4 137:20,23
138:13,19,25
139:13,21 141:11
141:15,19,20
142:2,13
**zap.org's**  93:22
**zap.org.**  7:16
10:20 11:21 16:25
18:6 75:13 118:21
130:23 131:19
132:16,18

**zaterman** 22:20
**zero** 114:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.