```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BLOCKCHAIN TECHNOLOGIES CORP.,

                                 Plaintiff,                                  18-CV-9352 (AJN) (SN)

             -against-                                  **ORDER**

RVH, INC., et al.,

                                 Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 30, 2020, the parties appeared before the Court, and agreed that a Court mediated settlement conference may be productive. Accordingly, a telephonic Settlement Conference is scheduled for Monday, November 9, 2020, at 10:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. In advance of the Settlement Conference the parties should each submit an *ex parte* settlement letter and attendance sheet to Chambers, as described in Judge Netburn's individual rules of practice, no later than Thursday, November 5, 2020. All parties are required to appear for the duration of the conference.

      In addition, the Court grants the Defendants / Third-Party Plaintiffs leave to amend their counterclaims, which shall be filed with the Court no later than Monday November 23, 2020.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
DATED:    New York, New York                   United States Magistrate Judge
              October 30, 2020