```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 11/9/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**BLOCKCHAIN TECHNOLOGIES CORP.,**

                          **Plaintiff,**                           **18-CV-9352 (AJN) (SN)**

          **-against-**                                             **ORDER**

**RVH, INC., et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 9, 2020, the parties appeared before the Court for a productive settlement conference, though the parties were not yet able to come to an agreement. Accordingly, a follow-up telephonic Settlement Conference is scheduled for Friday, November 13, 2020, at 12:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              November 9, 2020