USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blockchain Technologies Corp.,

           Plaintiff,

–v–

RVH, Inc., *et al.*,

           Defendants.

18-cv-9352 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference currently scheduled for November 20, 2020 at 3 p.m. is hereby adjourned to December 11, 2020 at 3 p.m.

    SO ORDERED.

Dated: November 11, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge