UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLOCKCHAIN TECHNOLOGIES CORP.,

                        Plaintiff,                        18-CV-9352 (SN)

      -against-                               **ORDER**

RVH, INC., et al.,

                        Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to file a joint letter informing the Court about the status of settlement no later than December 14, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                December 7, 2020