UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLOCKCHAIN TECHNOLOGIES CORP.,

                                       Plaintiff,                                                   18-CV-09352 (SN)

                     -against-                                                **ORDER**

RVH, INC., et al.,

                                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for January 8, 2021, at 11:00 a.m. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Although not required, any party choosing to submit an *ex parte* settlement letter shall do so no later than Wednesday, January 6, 2021.

      The third-party defendants shall amend their counterclaims no later than January 15, 2021. Fact discovery will close on April 16, 2021. Any motions to compel shall be made well in advance of the discovery deadline, as it will not be further extended.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      New York, New York
                 January 6, 2021