```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

BLOCKCHAIN TECHNOLOGIES CORP.,

                                     Plaintiff,                    18-CV-09352 (SN)

               -against-                           **ORDER**

RVH, INC., et al.,

                                     Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 12, 2021, the parties submitted a letter indicating that the matter is settled and that the case may be dismissed. Respectfully, the Clerk of Court is directed to dismiss the case with prejudice.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      New York, New York
                 January 13, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021